## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P., et al.** | |
| Plaintiff(s) | |
| vs. | Civil Case No: **05-1413(RWR)** |
| **DISTRICT OF COLUMBIA, et al.** | |
| Defendant(s) | |

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically. This Notice serves as notification of bulky notice of exhibits to the complaint has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** July 15, 2005