AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Southeast Land Development Associates,
L.P., et al.

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia and Anthony A. Williams

CASE NUMBER: 1:05 CV 01413

TO: (Name and address of Defendant)

District of Columbia
c/o Attorney General
Attn: Daniel Rezneck
John A. Wilson Building
1350 Pennsylvania Ave., N.W.
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barry M. Hartman
Kirkpatrick & Lockhart Nicholson Graham, LLP
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL 1 5 2005

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/15/05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Charles Johnson | Court Clerk |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served: _Tabatha Braxton_

1350 Penn. Ave NW DC

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

G Other (specify): _____

*(handwritten stamp: SECRETARY OF D.C. 2005 JUL 15 P 3:58)*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/15/05___　　_____
　　　　　　　　　Date　　　　　　　Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.