**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P., et al. ) ) ) ) Plaintiffs, ) ) vs. ) THE DISTRICT OF COLUMBIA, et al. ) ) Defendants. ) ) ) | Civil Action No. 05-1413 (RWR) |

**NOTICE OF SUBSTITUTION OF EXHIBIT 7 TO MEMORANDUM IN SUPPORT OF
APPLICATION FOR PRELIMINARY INJUNCTION**

Please take NOTICE that Plaintiffs hereby replace Exhibit 7 to the Memorandum in Support of Application for Preliminary Injunction with the enclosed documents. Plaintiffs' current Exhibit 7 is the Private or Alternative Stadium Financing Emergency Act of 2004, which was repealed and replaced by the Private or Alternative Stadium Financing *and Cost Trigger* Emergency Act of 2004. The latter was then repealed and replaced in March 2005 by the Private or Alternative Stadium Financing and Cost Trigger Emergency Act of 2005. Accordingly, in as much as each was in effect at times relevant to this case, we include both the 2004 and the 2005 versions of the "Cost Trigger" Act as the new Exhibit 7, and replace the current Exhibit 7.

       Respectfully submitted,

       KIRKPATRICK & LOCKHART NICHOLSON
       GRAHAM LLP

       */s/ Barry M. Hartman*

       _____
       Barry M. Hartman (D.C. Bar No. 291617)
       Charles L. Eisen (D.C. Bar No. 003764)
       Christopher E. Dominguez (D.C. Bar No. 460141)
       1800 Massachusetts Avenue, N.W.
       Washington, D.C. 20036
       (202) 778-9000
       *Counsel for Plaintiffs*

July 21, 2005