# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P. et al,<br>　　　　　　　Plaintiffs<br>　　v.<br>THE DISTRICT OF COLUMBIA, et. al.,<br>　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. Act. No. 05-1413(RJR) |

## DEFENDANTS' PROTECTIVE MOTION FOR A BRIEF EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION

　　The Defendants respectfully move for a three day extension of time, to and including July 27, 2005, within which to file their opposition to Plaintiffs' application for a preliminary injunction.

　　The grounds are set forth with particularity in the accompanying Memorandum of Points and Authorities. A proposed Order is also enclosed.

　　We have been unable to secure the consent of Plaintiffs' counsel to the grant of this motion.

Dated: July 22, 2005　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　ROBERT J. SPAGNOLETTI
　　　　　　　　　　　　　　　　　　　　　　　　Attorney General for the
　　　　　　　　　　　　　　　　　　　　　　　　District of Columbia

　　　　　　　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General in Charge
　　　　　　　　　　　　　　　　　　　　　　　　of the Civil Division

...

EDWARD TAPTICH
Section Chief, Equity II

_____
/s/DANIEL A. REZNECK 31625
Senior Assistant Attorney General for
the District of Columbia
Attorneys for Defendants
441-4th St., N.W., 6th Floor South
Washington, D.C. 20001
202-724-5691

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P. et al, )<br>Plaintiffs )<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA et al., )<br>Defendants )<br>) | Civ. Act. No. 05-1413(RJR) |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR A BRIEF EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION**

1. Rule 6(b) of the Federal Rules of Civil Procedure provides as follows:

   Enlargement. When by these rules or by a notice given there under or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order.

2. The reasons the extension is sought are as follows:

   1. Plaintiffs filed their complaint and application on Friday, July 15, 2005;

   2. Plaintiffs counsel e-mailed a courtesy copy of the complaint and the application to the undersigned Daniel A. Rezneck at his office at 441-4th St., N.W., Washington, D.C. 20001 late in the afternoon of Friday, July 15, 2005. The materials

furnished, however, did not include any of the voluminous exhibits in support of the application, which amount to hundreds of pages;

3. On Monday, July 18, 2005, the undersigned requested and was furnished with some of the exhibits to the application by Plaintiffs' counsel;

4. Plaintiffs' papers, including the exhibits, were served originally on July 15, 2005, at the Wilson Building, 1350 Pennsylvania Ave., N.W., Washington, D.C., 20004;

5. The Secretary of the District apparently did not receive a full set of the papers until the end of the day on Tuesday, July 19, 2005, as shown by the stamped certificate attached hereto;

6. The Office of the Attorney General did not receive a full set of the papers until Wednesday, July 20, 2005, as is also shown on the attached certificate;

7. I received that set the same day, Wednesday, July 20, 2005;

8. On Thursday, July 21, 2005, I received notification from Plaintiffs that they were adding another exhibit to the voluminous exhibits already filed in support of the application. Thus, I believe it is correct to state that Plaintiffs' filing and service were not complete until Thursday, July 21, 2005;

9. The undersigned is the only attorney assigned to the case from the Office of the Attorney General. I have been fully occupied for the last week in drafting a motion to dismiss the complaint for lack of subject matter jurisdiction and failure to state a claim as well as papers opposing the application for a preliminary injunction. This has involved obtaining declarations, drafting legal memoranda, and consulting with my supervisors at the Office of the Attorney General.

10. A number of layers and levels of review within the District government are required before papers can be filed on its behalf and that of the Mayor, who is sued in his official capacity here. This includes review and consultation by a number of attorneys within the Office of the Attorney General and officials of the client agency.

11. This is a case of major magnitude, involving an effort to enjoin the new baseball stadium, not only by enjoining the possible use of eminent domain to acquire properties on the stadium site, but also by preventing the District from even making offers to purchase to property owners on the site and entering into voluntary purchase agreements with them.

12. As shown in a Declaration that will be filed with the Court in opposition to the application, the present law suit jeopardizes the future of major league baseball in the District of Columbia, as well as the interests of many residents of the District, particularly its youth.

13. Under these circumstances, we request a few more days to obtain the necessary reviews and clearances to file our opposition papers. I believe that my professional obligations require me to seek the brief extension, which will not delay a hearing date on the application.

WHEREFORE Defendants respectfully request the motion be granted.

Dated: July 22, 2005                                    Respectfully submitted,

                                                        ROBERT J. SPAGNOLETTI
                                                        Attorney General for the
                                                        District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General in Charge
of the Civil Division

EDWARD TAPTICH
Section Chief, Equity II

_____
/s/DANIEL A. REZNECK 31625
Senior Assistant Attorney General for
the District of Columbia
Attorneys for Defendants
441-4th St., N.W., 6th Floor South
Washington, D.C. 20001
202-724-5691