

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Southeast Land Development Associates, L.P., et al.

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia and Anthony A. Williams

CASE NUMBER 1:05CV01413

JUDGE: Richard W. Roberts

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 07/15/2005

TO: (Name and address of Defendant)

Honorable Anthony M. Williams
Mayor, District of Columbia
c/o Attorney General
Attn: Daniel Rezneck
John A. Wilson Building
1350 Pennsylvania Ave., N.W.
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barry M. Hartman
Kirkpatrick & Lockhart Nicholson Graham, LLP
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUL 15 2005

CLERK                                          DATE

(By) DEPUTY CLERK