# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                              )
SOUTHEAST LAND DEVELOPMENT             )
ASSOCIATES, L.P. et al,                 )
                              Plaintiffs    )
                    v.                      )          Civ. Act. No. 05-1413(RJR)
                                              )
THE DISTRICT OF COLUMBIA, et. al,       )
                              Defendants    )
                                              )
_____)

## ORDER

Upon consideration of the Defendants' Motion for a Brief Extension of Time to File their Opposition to Plaintiffs' Application for a Preliminary Injunction, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____day of _____, 2005, for the reasons stated by defendants in their papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that defendants may file their opposition on or before July 27, 2005.

_____
UNITED STATES DISTRICT JUDGE

Barry M. Hartman, Esq.
Kirkpatrick & Lockhart, Nicholson Graham, LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036

Daniel A. Rezneck
Senior Assistant Attorney General
for the District of Columbia
441-4[th] St., N.W., 6th floor South
Washington, D.C., 20001
(202) 724-5691