# Appendix B

*RE-ENROLLED ORIGINAL*

AN ACT

*Codification
District of
Columbia
Official Code*

**2001 Edition**

**2005 Winter
Supp.**

**West Group
Publisher**

IN THE COUNCIL OF THE DISTRICT OF COLUMBIA

To require, on an emergency basis, that a process be established to invite and evaluate the submission of viable private or alternative financing proposals for the construction of a ballpark that would substantially reduce the amount or duration of the ballpark fee proposed by the Ballpark Omnibus Financing and Revenue Act of 2004, and that the Chief Financial Officer re-estimate within 6 months the land acquisition and infrastructure costs of the South Capitol ballpark site, and, if the re-estimated costs exceed $165 million, to require the Mayor and the Sports and Entertainment Commission to pursue replacement of the South Capitol ballpark site with a substantially less costly site.

BE IT ENACTED BY THE COUNCIL OF THE DISTRICT OF COLUMBIA, That this act may be cited as the "Private or Alternative Stadium Financing and Cost Trigger Emergency Act of 2004".

Sec. 2. Requirement to invite and evaluate private financing.
(a) For purposes of this section, the term "ballpark" means the new baseball stadium to be constructed pursuant to the Ballpark Omnibus Financing and Revenue Act of 2004, passed on reconsideration on December 21, 2004 (Enrolled version of Bill 15-1028) ("Ballpark Act").
(b) There is hereby established the Baseball Financing Review Fund as a segregated, nonlapsing special revenue fund in the District separate and apart from the General Fund of the District of Columbia. All fees specifically identified by subsection (c) of this section shall be deposited into the Baseball Financing Review Fund without regard to fiscal year limitation pursuant to an act of Congress. All fees deposited into the Baseball Financing Review Fund shall not revert to the General Fund of the District of Columbia at the end of any fiscal year or at any other time, and shall be continually available to pay or reimburse the cost of services related to the evaluation and reporting of proposals as required by subsections (d) and (e) of this section, subject to authorization by Congress.
(c)(1) Within 30 days of the effective date of this act, the Chief Financial Officer shall

APR-14-2005 15:19     OFFICE OF GEN.COUNSEL                    202 724 4217    P.08/11
Case 1:05-cv-01413-RWR   Document 7-3   Filed 07/22/2005   Page 3 of 6

**RE-ENROLLED ORIGINAL**

cause to be published a notice that the District is seeking the submission of supplemental or alternative financing plans and proposals for the development and construction of the ballpark in accordance with sections 104 and 105 of the Ballpark Act that would provide for a meaningful and substantial reduction in:

　　　　(A) The minimum annual amount of ballpark fees required to be collected under proposed D.C. Official Code § 47-2762; and

　　　　(B) The principal amount of bonds that the District would otherwise need to issue under sections 103 and 105 of the Ballpark Act.

　　(2) Any party submitting a supplemental or alternative financing plan or proposal shall also submit a reasonable proposal fee, in an amount to be determined by the Chief Financial Officer, to defray the costs to the District of evaluating and reporting upon the supplemental or alternative financing plan or proposal. All proposal fees shall be deposited into the Baseball Financing Review Fund.

　(d)(1) The Chief Financial Officer, in consultation with the Mayor and the Council, shall:

　　　　(A) Establish criteria for the requested supplemental or alternative financing plans and proposals, and include this criteria within the notice required by subsection (c) of this section; and

　　　　(B) Evaluate such proposals in accordance with the criteria.

　　(2) The criteria shall limit consideration to only bona fide supplemental or alternative financing plans and proposals that have been submitted by parties that:

　　　　(A) Are financially capable of performing the supplemental or alternative financing plan and proposal; and

　　　　(B) Substantially reduce the amount or duration of the proposed ballpark fee as set forth in the Ballpark Act.

　(e)(1) Not later than March 15, 2005, and not less than 45 days prior to the issuance of bonds authorized by the Ballpark Act, the Chief Financial Officer shall deliver a report to the Mayor and the Council, describing and evaluating all supplemental or alternative financing plans and proposals that were submitted in accordance with subsections (c) and (d) of this section.

　　(2) If the Chief Financial Officer finds that at least one supplemental or alternative financing plan or proposal meets the criteria established pursuant to subsection (c) and (d) of this section and certifies that at least 50% of the cost of constructing the ballpark can be financed privately, the Mayor, within 15 days of the submission of the report by the Chief Financial Officer, shall submit proposed legislation to the Council to replace part or all of the public financing otherwise required by the Ballpark Act and thereby substantially reduce the amount or duration of the proposed ballpark fee; provided, that the private financing legislation otherwise preserves the obligations and economics of the Baseball Stadium Agreement.

**RE-ENROLLED ORIGINAL**

(f) This section shall not create any legal obligation or liability on the part of the District to any party who submits a supplemental or alternative financing plan or proposal pursuant to this section.

Sec. 3. Requirement to review costs and pursue alternative ballpark site.
(a) For the purposes of this section, land acquisition costs shall include the following:
(1) One separate appraisal of each parcel of land to be acquired, which shall be performed after the effective date of this act;
(2) An estimate of the environmental remediation costs; and
(3) Legal expenses associated with land acquisition.
(b) For purposes of this section, infrastructure costs shall include the following:
(1) The District Department of Transportation's estimate for basic road and sidewalk improvements;
(2) The cost of expanding the Navy Yard Metro station to accommodate the additional usage anticipated by the stadium; and
(3) Water and sewer relocation costs.
(c) Prior to May 15, 2005, and prior to the date upon which the District enters into any obligation to acquire or purchase any property on a site bounded by N Street, S.E., Potomac Avenue, S.E., South Capitol Street, S.E., and 1st Street, S.E. ("primary ballpark site"), the Chief Financial Officer shall re-estimate the costs to the District for land acquisition and infrastructure and provide a report on this re-estimate to the Mayor and the Council.
(d) If the total amount of these re-estimated costs to the District exceeds $165 million, the primary ballpark site shall be deemed financially unavailable by the District pursuant to the Ballpark Act. Pursuant to the Ballpark Act, the Mayor and the Sports and Entertainment Commission shall pursue replacement of the primary ballpark site with a substantially less costly site in the District, subject to the approval of Baseball Expos, L.P., or its assigns or successors, in accordance with the Baseball Stadium Agreement, as defined in section 105(a)(3) of the Ballpark Act.

Sec. 4. Repealer.
The Private or Alternative Financing Emergency Act of 2004, passed on emergency basis on November 30, 2004 (Enrolled version of Bill 15-1136), is repealed.

Sec. 5. Fiscal impact statement.
The Council adopts the attached fiscal impact statement as the fiscal impact statement required by section 602(c)(3) of the District of Columbia Home Rule Act, approved December 24, 1973 (87 Stat. 813; D.C. Official Code § 1-206.02(c)(3)).

**RE-ENROLLED ORIGINAL**

Sec. 6. Effective date.

This act shall take effect following approval by the Mayor (or in the event of veto by the Mayor, action by the Council to override the veto), and shall remain in effect for no longer than 90 days, as provided for emergency acts of the Council of the District of Columbia in section 412(a) of the District of Columbia Home Rule Act, approved December 24, 1973 (87 Stat. 788; D.C. Official Code § 1-204.12(a)).

_Linda W. Cropp_
Chairman
Council of the District of Columbia

_Anthony A. Williams_
Mayor
District of Columbia
APPROVED
December 29, 2004



# COUNCIL OF THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20004

Docket No. **B15-1158**

[ ] ITEM ON CONSENT CALENDAR
[X] ACTION & DATE — **ADOPTED FINAL READING, 12-14-04**
[X] VOICE VOTE — **APPROVED**
  RECORDED VOTE ON REQUEST
ABSENT — **ALL PRESENT**
[ ] ROLL CALL VOTE – Result  (..............)

| Councilmember | Aye | Nay | NV | AB | Councilmember | Aye | Nay | NV | AB | Councilmember | Aye | Nay | NV | AB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chmn Cropp | X | | | | Chavous | X | | | | Orange | X | | | |
| Allen | X | | | | Evans | X | | | | Patterson | X | | | |
| Ambrose | X | | | | Fenty | | | X | | Schwartz | X | | | |
| Brazil | X | | | | Graham | | | X | | | | | | |
| Catania | | X | | | Mendelson | X | | | | | | | | |

X – Indicate Vote     AB – Absent     NV – Present, Not Voting
CERTIFICATION RECORD

Secretary to the Council     Date: December 27, 2004

---

[ ] ITEM ON CONSENT CALENDAR
[ ] ACTION & DATE
[ ] VOICE VOTE
  RECORDED VOTE ON REQUEST
ABSENT
[ ] ROLL CALL VOTE – Result  (..............)

| Councilmember | Aye | Nay | NV | AB | Councilmember | Aye | Nay | NV | AB | Councilmember | Aye | Nay | NV | AB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chmn. Cropp | | | | | Chavous | | | | | Orange | | | | |
| Allen | | | | | Evans | | | | | Patterson | | | | |
| Ambrose | | | | | Fenty | | | | | Schwartz | | | | |
| Brazil | | | | | Graham | | | | | | | | | |
| Catania | | | | | Mendelson | | | | | | | | | |

X – Indicate Vote     AB – Absent     NV – Present, Not Voting
CERTIFICATION RECORD

Secretary to the Council     Date

---

[ ] ITEM ON CONSENT CALENDAR
[ ] ACTION & DATE
[ ] VOICE VOTE
  RECORDED VOTE ON REQUEST
ABSENT
[ ] ROLL CALL VOTE – Result  (..............)

| Councilmember | Aye | Nay | NV | AB | Councilmember | Aye | Nay | NV | AB | Councilmember | Aye | Nay | NV | AB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chmn. Cropp | | | | | Chavous | | | | | Orange | | | | |
| Allen | | | | | Evans | | | | | Patterson | | | | |
| Ambrose | | | | | Fenty | | | | | Schwartz | | | | |
| Brazil | | | | | Graham | | | | | | | | | |
| Catania | | | | | Mendelson | | | | | | | | | |

X – Indicate Vote     AB – Absent     NV – Present, Not Voting
CERTIFICATION RECORD

Secretary to the Council     Date