# Appendix C

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P. ET AL
Plaintiffs

v.

THE DISTRICT OF COLUMBIA ET AL.
Defendants

Civ. Act. No. 05-1413 (RJR)

DECLARATION OF JOSEPH WOLFE

JOSEPH WOLFE declares and states:

1. I am employed as a Project Manager in the District of Columbia Office of Property Management ("OPM"). I have been employed there since January 2004. Prior to that time, I was a Project Manager in the Office of the Deputy Mayor for Planning and Economic Development. I was first employed by the District government in 1999 as a Project Manager with the Department of Housing and Community Development.

2. I have a B.A.S. degree in structural technology and a B.A. degree in design from the University of Pennsylvania. I have a Master's degree in planning from the University of Virginia. I am currently enrolled in a master's program in real estate at Johns Hopkins University.

3. Before joining the District government, I was a civilian employee of the U.S. Army Corps of Engineers. I was also a commissioned officer in the U.S. Army Reserve.

4.    I am a Property Manager responsible for property acquisition aspects of the ballpark stadium project provided for in Act 15-717 passed by the Council of the District of Columbia.

5.    Southeast Land Development Associates, LP ("Southeast") owns property located at 60-80 O Street, SE, in Washington, DC (Square 703, Lot 53). This property is on the site of the proposed baseball stadium. The Southeast property is currently being used as a parking lot and is leased to Washington Metropolitan Area Transit Authority. The property is next door to a solid waste transfer facility and across the street from an asphalt plant.

6.    On February 9, 2005, OPM sent Southeast a letter (copy attached), which indicated that the District may be interested in acquiring plaintiff's property. The letter also indicated that if the District decided to acquire the property, it would make an offer to purchase. The letter requested that Southeast permit the District's appraiser and environmental consultant to visit its property. The letter also informed Southeast that it or its tenant may be eligible for relocation assistance from the District. The letter made clear: "This is not a notice to vacate the premises."

7.    In a follow-up letter of April 26, 2005 to Southeast's attorney (copy attached), OPM notified Southeast of the District's plans to acquire the property, stated that the District may be able to make an offer to purchase as early as July 2005, and invited a counter-offer from the plaintiff. The letter further stated:

    "The District requires possession of your client's Property by December 31, 2005, and as such, it will be necessary for your client's tenant to move no later than December 31, 2005. However, the tenant will not be required to move without at least 90 days advance written notice of the date by which they must vacate."

8.  Square 706, LLC ("Square 706") owns a parcel of land in the 1500 block of South Capitol Street, SE, in Washington, DC (Square 706, Lot 802). This property is on the site of the proposed baseball stadium. The Square 706 property is currently being used as a parking lot. The property is adjacent to the South Capitol Street Bridge.

9.  Correspondence and communications between OPM and Square 706, similar to that between OPM and Southeast, have been exchanged (copies are attached).

10. Kenneth B. Wyban owns and resides at 21 N Street, SE, in Washington, DC (Square 702, Lots 37, 38, and 39). This property is on the site of the proposed baseball stadium.

11. Correspondence and communications between OPM and Mr. Wyban, similar to that between OPM and the other plaintiffs, have been exchanged (copies are attached).

12. OPM is in the process of obtaining appraisals to determine the amount of just compensation that the District must pay for the plaintiffs' properties. The appraisals will be prepared in conformance with the Uniform Appraisal Standards for Federal Land Acquisitions. The District's appraiser has conducted property site visits, but appraisals for the plaintiffs' properties have not been completed.

13. OPM is in the process of obtaining Phase II Environmental Site Assessments. Information provided by the Assessments will be considered in determining just compensation for the properties. Southeast and Square 706 have declined to permit access to their properties for environmental investigations and sampling.

14. The District government has not made any offers to purchase or initiated negotiations to purchase any of the plaintiffs' properties for the baseball stadium project.

15. The District government has not filed a complaint to condemn by eminent domain any of the plaintiffs' properties for the baseball stadium project.

16. The District government has not issued notices to vacate to the plaintiffs or their tenants for the baseball stadium project.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21 , 2005.

_____
Joseph Wolfe

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
OFFICE OF PROPERTY MANAGEMENT

Carol J. Mitten
Director



February 9, 2005

SE Land Development Association
c/o Harold Zirkin
3 Bethesda Metro Center, Suite 840
Bethesda, MD  20814-5330

**Re:  60-80 O Street, SE, Square 703, Lot 53**

Dear Sir or Madame:

The District of Columbia ("District") may be interested in acquiring your property at 60-80 O Street, SE, (Square 703, Lot 53) for the purpose of constructing a publicly-owned stadium complex.  This notice is intended to inform you of the anticipated process that the District will undertake.

The District's Office of Property Management (OPM) will begin by initiating an environmental assessment and appraisal of your property.  In order to ensure that OPM's appraisal is as reliable as possible, we hope you will allow us to arrange a convenient time for the appraiser and environmental consultant to visit your property.  To establish a time for a site visit, please contact Mr. Joseph Wolfe, Project Manager, at (202) 724-4150.

The District's Chief Financial Officer (CFO) is currently re-estimating the acquisition and infrastructure costs for a stadium complex on a site that includes your property. Depending on the results of the CFO's re-estimate for land acquisition and infrastructure costs, which by law must be completed by May 15, 2005, the District may decide to proceed with the acquisition of your property.  In the event that the District elects to proceed, OPM will share the results of its property appraisal with you and make an offer to purchase your property.

If the District acquires your property and you or your tenant (if any) is displaced for the project, you or your tenant (if any) may be eligible for relocation assistance.  This is not a notice to vacate the premises.  If the District elects to proceed with the acquisition of your property, you will receive formal notice of your eligibility for relocation assistance.  If you move or are evicted before receiving such notice, you may not receive any assistance.

If you have any questions about the appraisal process or relocation assistance, please contact Mr. Wolfe at (202) 724-4150.  I look forward to continuing this dialogue in future correspondence.

Sincerely,

Carol J. Mitten
Director

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## OFFICE OF PROPERTY MANAGEMENT

**Carol J. Mitten**
**Director**



April 26, 2005

By Regular and Certified Mail

John H. C. Barron, Jr.
Duane Morris
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

**Re: Notice of Intention to Acquire 60-80 O Street, SE, (Square 703, Lot 53) for Inclusion in Publicly Owned Baseball Stadium Complex and Eligibility for Relocation Assistance**

Dear Mr. Barron:

The District of Columbia ("District") recently received clearance from its Chief Financial Officer to proceed with plans to build a baseball stadium complex in Near Southeast. In order to construct the stadium, the District needs to acquire title to your client's property at 60-80 O Street, SE, (Square 703, Lot 53) ("Property"). Federal and District laws require the District to provide your client, Southeast Land Development Associates, notice of its plans to acquire the Property.

As you are aware, the District is in the process of obtaining an appraisal to determine the amount of just compensation that the District must pay for your client's Property. The appraisal will be prepared in conformance with the Uniform Appraisal Standards for Federal Land Acquisitions and, consistent with established eminent domain law, it will ignore any impact that the planned stadium will have on the market value of the Property. Once we accept the appraisal, we will make your client an offer for the Property based upon the appraised value.

We anticipate that we may be able to make an offer as early as July 2005. If, after your client reviews the District's offer and appraisal, they wish to counter the District's offer, we will ask them to present documents and facts that support their counteroffer. If they intend to base any potential counteroffer on another appraisal of the Property, we recommend that they engage an appraiser as soon as possible, as the District will need their counteroffer and supporting documentation shortly after the District presents its offer and appraisal to them.

The District requires possession of your client's Property by December 31, 2005, and as such, it will be necessary for your client's tenant to move no later than December 31, 2005. However, the tenant will not be required to move without at least 90 days advance written notice of the date

2

by which they must vacate. When they do move, they may be entitled to relocation payments and other assistance in accordance with Chapter 22 of Title 10 of the District of Columbia Municipal Regulations and Federal regulations implementing the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, as amended.

To assist your client's tenant with relocation, counseling and other services, Joseph Wolfe of my office will be contacting them to determine their relocation needs and preferences. He will also assist them in finding a suitable business relocation site, explain the relocation eligibility requirements, help them file payment claims, and obtain any other assistance for which they are eligible.

Enclosed are copies of the relocation regulations. If you have any questions regarding this notice, please contact Mr. Wolfe at (202) 724-4150.

Sincerely,

Carol J. Mitten
Director

Enclosures

cf:
Harold Zirkin
Southeast Land Development Associates
3 Bethesda Metro Center, Suite 840
Bethesda, MD  20814-5330

Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, D. C. 20006
Direct Tel:  202.776.7865
Facsimile:  202.776.7801
E-mail: jbarron@duanemorris.com

---

**From:** Wolfe, Joseph (OPM) [mailto:Joseph.Wolfe@dc.gov]
**Sent:** Wednesday, May 18, 2005 2:06 PM
**To:** Barron, Jr., John H.C.
**Cc:** Mahoney, Christopher
**Subject:** RE: Environmental Assessment

John,

The District's environmental consultant, Environmental Design and Construction (EDC), will be doing environmental testing on a number of properties on the planned stadium site over the next month.  We would still like to schedule a time for EDC to do investigations and sampling on your clients' properties at

1315 - 1317 Half Street, SE (Square 702, Lots 79-85, 836, 838);
60-80 O Street, SE (Square 703, Lot 53);
1400-1430 South Capitol Street, SE (Square 704, Lot 11);
60 P Street, SE (Square 705, Lot 15);
Parcel in the 1500 block of South Capitol Street, SE (Square 706, Lot 802); and
1522 South Capitol Street, SE (Square 706, Lot 809).

Please let me know if this will be possible.  Thank you.

*Joe Wolfe*
Project Manager
Office of Property Management
Phone (202) 724-4150
Cell (202) 360-8161

---

**From:** Wolfe, Joseph (OPM)
**Sent:** Thursday, May 05, 2005 8:49 AM
**To:** 'Barron, Jr., John H.C.'
**Cc:** Mahoney, Christopher
**Subject:** Environmental Assessment

John,

Would it be possible to schedule times for our environmental consultant, Environmental Design and Construction, to visit your clients' properties and do investigations and sampling for a Phase II Environmental Assessment?

*Joe Wolfe*

7/16/2005

Project Manager
Office of Property Management
Phone (202) 724-4150
Cell (202) 360-8161

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

## Rezneck, Daniel (OAG)

| | |
|---|---|
| **From:** | Barron, Jr., John H.C. [JBarron@duanemorris.com] |
| **Sent:** | Thursday, June 16, 2005 6:08 PM |
| **To:** | Wolfe, Joseph (OPM) |
| **Cc:** | Mahoney, Christopher |
| **Subject:** | 60-80 O Street, S.E. -- Environmental Inspection |

Joe:

This will respond to your recent e-mail requesting access to our client's property at 60-80 O Street, S.E. (Square 703, Lot 53) by the District's environmental consultant to conduct investigations and sampling. I have been requested by the owners of the property to inform you that they respectfully decline to permit any access to their property for such investigations and sampling.

Southeast Land Development Associates has owned the subject property for investment purposes for many years and has paid substantial real estate taxes with respect thereto pending the orderly redevelopment of that submarket. The recent rezoning of the neighborhood has substantially increased the permitted density of development. Such rezoning, together with the strong commercial and residential real estate market in the District, has substantially increased the fair market value of our client's land.  As you know, prior to enactment of the stadium legislation, they received a written offer in the amount of nearly $26 million from a premier Washington development firm which they are very interested in pursuing.

Under these circumstances, they have no present intention of selling the foregoing property to the District of Columbia or to anyone else and will vigorously contest any attempt to condemn all or any portion of their property or to conduct any environmental inspections or testing of the property prior to the date of any actual taking.

John

John H. C. Barron,  Jr.
Partner
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, D. C. 20006
Direct Tel:  202.776.7865
Facsimile:  202.776.7801
E-mail: jbarron@duanemorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**Rezneck, Daniel (OAG)**

| | |
|---|---|
| **From:** | Wolfe, Joseph (OPM) |
| **Sent:** | Thursday, May 05, 2005 8:49 AM |
| **To:** | 'Barron, Jr., John H.C.' |
| **Cc:** | 'Mahoney, Christopher' |
| **Subject:** | Environmental Assessment |

John,

Would it be possible to schedule times for our environmental consultant, Environmental Design and Construction, to visit your clients' properties and do investigations and sampling for a Phase II Environmental Assessment?

*Joe Wolfe*
Project Manager
Office of Property Management
Phone (202) 724-4150
Cell (202) 360-8161

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
OFFICE OF PROPERTY MANAGEMENT

Carol J. Mitten
Director



February 3, 2005

Square 706 LLC, A DC LLC
4938 Hampden Lane, # 305
Bethesda, MD  20814-2914

**Re:  Parcel in the 1500 Block of South Capitol Street, SE, Square 706, Lot 802**

Dear Sir or Madame:

The District of Columbia ("District") may be interested in acquiring your property in the 1500 block of South Capitol Street, SE, (Square 706, Lot 802) for the purpose of constructing a publicly-owned stadium complex.  This notice is intended to inform you of the anticipated process that the District will undertake.

The District's Office of Property Management (OPM) will begin by initiating an environmental assessment and appraisal of your property.  In order to ensure that OPM's appraisal is as reliable as possible, we hope you will allow us to arrange a convenient time for the appraiser and environmental consultant to visit your property.  To establish a time for a site visit, please contact Mr. Joseph Wolfe, Project Manager, at (202) 724-4150.

The District's Chief Financial Officer (CFO) is currently re-estimating the acquisition and infrastructure costs for a stadium complex on a site that includes your property. Depending on the results of the CFO's re-estimate for land acquisition and infrastructure costs, which by law must be completed by May 15, 2005, the District may decide to proceed with the acquisition of your property.  In the event that the District elects to proceed, OPM will share the results of its property appraisal with you and make an offer to purchase your property.

If the District acquires your property and you or your tenant (if any) is displaced for the project, you or your tenant (if any) may be eligible for relocation assistance.  This is not a notice to vacate the premises.  If the District elects to proceed with the acquisition of your property, you will receive formal notice of your eligibility for relocation assistance.  If you move or are evicted before receiving such notice, you may not receive any assistance.

---

441 4th Street, NW, Washington, DC  20001 · (202) 724-4400 · (Fax) (202) 727-9877

If you have any questions about the appraisal process or relocation assistance, please contact Mr. Wolfe at (202) 724-4150.  I look forward to continuing this dialogue in future correspondence.

Sincerely,

*Carol J. Mitten*

Carol J. Mitten
Director

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Office of Property Management**

Carol J. Mitten
Director



May 4, 2005

John H. C. Barron, Jr.
Duane Morris
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

RE:  Notice of Intention to Acquire Parcel in the 1500 Block of South Capitol Street, SE,
     (Square 706, Lot 802) for Inclusion in Publicly Owned Baseball Stadium Complex and
     Eligibility for Relocation Assistance

Dear Mr. Barron:

Enclosed is a copy of a notice that was sent to Stephen Best of Leboeuf, Lamb, Greene &
Macrae, LLP and Square 706, LLC.  I recently learned that you represent Square 706, LLC.
Future correspondence intended for your client will be sent to you.

Sincerely,

Joseph Wolfe
Project Manager

Enclosure

---

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
OFFICE OF PROPERTY MANAGEMENT

Carol J. Mitten
Director



April 26, 2005

By Regular and Certified Mail

Stephen Best
Leboeuf, Lamb, Greene & Macrae, LLP
1875 Connecticut Avenue, NW, Suite 1200
Washington, DC 20009-4938

**Re: Notice of Intention to Acquire Parcel in the 1500 Block of South Capitol Street, SE, (Square 706, Lot 802) for Inclusion in Publicly Owned Baseball Stadium Complex and Eligibility for Relocation Assistance**

Dear Mr. Best:

The District of Columbia ("District") recently received clearance from its Chief Financial Officer to proceed with plans to build a baseball stadium complex in Near Southeast. In order to construct the stadium, the District needs to acquire title to your client's parcel in the 1500 block of South Capitol Street, SE, (Square 706, Lot 802) ("Property"). Federal and District laws require the District to provide your client, Square 706, LLC, notice of its plans to acquire the Property.

As you are aware, the District is in the process of obtaining an appraisal to determine the amount of just compensation that the District must pay for your client's Property. The appraisal will be prepared in conformance with the Uniform Appraisal Standards for Federal Land Acquisitions and, consistent with established eminent domain law, it will ignore any impact that the planned stadium will have on the market value of the Property. Once we accept the appraisal, we will make your client an offer for the Property based upon the appraised value.

We anticipate that we may be able to make an offer as early as July 2005. If, after your client reviews the District's offer and appraisal, they wish to counter the District's offer, we will ask them to present documents and facts that support their counteroffer. If they intend to base any potential counteroffer on another appraisal of the Property, we recommend that they engage an appraiser as soon as possible, as the District will need their counteroffer and supporting documentation shortly after the District presents its offer and appraisal to them.

The District requires possession of your client's Property by December 31, 2005, and as such, it will be necessary for your client's tenant to move no later than December 31, 2005. However,

by which they must vacate.  When they do move, they may be entitled to relocation payments and other assistance in accordance with Chapter 22 of Title 10 of the District of Columbia Municipal Regulations and Federal regulations implementing the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, as amended.

To assist your client's tenant with relocation, counseling and other services, Joseph Wolfe of my office will be contacting them to determine their relocation needs and preferences.  He will also assist them in finding a suitable business relocation site, explain the relocation eligibility requirements, help them file payment claims, and obtain any other assistance for which they are eligible.

Enclosed are copies of the relocation regulations.  If you have any questions regarding this notice, please contact Mr. Wolfe at (202) 724-4150.

Sincerely,

Carol J. Mitten
Director

Enclosures

cf:
Square 706, LLC
Hampden Lane, # 305
Bethesda, MD  20814-2914

## Rezneck, Daniel (OAG)

| | |
|---|---|
| **From:** | Wolfe, Joseph (OPM) |
| **Sent:** | Saturday, July 16, 2005 2:51 PM |
| **To:** | Rezneck, Daniel (OAG) |
| **Subject:** | FW: Environmental Testing |

FYI.  This concerns Square 706, LLC.

---

**From:** Wolfe, Joseph (OPM)
**Sent:** Saturday, July 16, 2005 2:49 PM
**To:** 'Barron, Jr., John H.C.'
**Cc:** Mahoney, Christopher
**Subject:** Environmental Testing

John,

Did you intend to send me a similar response for

60 P Street, SE (Square 705, Lot 15); and
Parcel in the 1500 block of South Capitol Street, SE (Square 706, Lot 802)?

I don't seem to have an e-mail from you regarding these properties.  Thanks.

*Joe Wolfe*
Project Manager
Office of Property Management
Phone (202) 724-4150
Cell (202) 360-8161

---

**From:** Barron, Jr., John H.C. [mailto:JBarron@duanemorris.com]
**Sent:** Thursday, June 16, 2005 6:35 PM
**To:** Wolfe, Joseph (OPM)
**Cc:** Mahoney, Christopher
**Subject:** 1522 South Capitol Street, S.E. Environmental Testing

Joe:
This will respond to your recent e-mail requesting access to our client's property at 1522 South Capitol Street, S.E. (Square 706, Lot 809) by the District's environmental consultant to conduct investigations and sampling. I have been requested by the owners of the property to inform you that they respectfully decline to permit any access to their property for such investigations and sampling.

The owners have owned the subject property for investment purposes for many years and have paid substantial real estate taxes with respect thereto pending the orderly redevelopment of that submarket. The recent rezoning of the neighborhood has substantially increased the

7/16/2005

permitted density of development. Such rezoning, together with the strong commercial and residential real estate market in the District, has substantially increased the fair market value of our client's land.

Under these circumstances, they have no present intention of selling the foregoing property to the District of Columbia or to anyone else and will vigorously contest any attempt to condemn all or any portion of their property or to conduct any environmental inspections or testing of the property prior to the date of any actual taking.

John

John H. C. Barron, Jr.
Partner
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, D. C. 20006
Direct Tel: 202.776.7865
Facsimile: 202.776.7801
E-mail: jbarron@duanemorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**Rezneck, Daniel (OAG)**

| | |
|---|---|
| **From:** | Wolfe, Joseph (OPM) |
| **Sent:** | Monday, July 18, 2005 11:16 AM |
| **To:** | Rezneck, Daniel (OAG) |
| **Subject:** | FW: Environmental Testing |

FYI

**From:** Barron, Jr., John H.C. [mailto:JBarron@duanemorris.com]
**Sent:** Monday, July 18, 2005 11:12 AM
**To:** Wolfe, Joseph (OPM)
**Cc:** Mahoney, Christopher
**Subject:** RE: Environmental Testing

Yes, Joe, I intended for the same response to apply to each of those two sites as well.  If you need a more formal separate response for each site, please advise.  Any update as to when we should reasonably expect to receive an offer from the District?  I need to make some plans in the near future and want to make sure that I am available when needed.  Thanks.

John


John H. C. Barron,  Jr.
Partner
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, D. C. 20006
Direct Tel:  202.776.7865
Facsimile:  202.776.7801
E-mail: jbarron@duanemorris.com



**From:** Wolfe, Joseph (OPM) [mailto:Joseph.Wolfe@dc.gov]
**Sent:** Saturday, July 16, 2005 2:49 PM
**To:** Barron, Jr., John H.C.
**Cc:** Mahoney, Christopher
**Subject:** Environmental Testing

John,

Did you intend to send me a similar response for

60 P Street, SE (Square 705, Lot 15); and
Parcel in the 1500 block of South Capitol Street, SE (Square 706, Lot 802)?

I don't seem to have an e-mail from you regarding these properties.  Thanks.

*Joe Wolfe*
Project Manager
Office of Property Management
Phone (202) 724-4150
Cell (202) 360-8161

---

**From:** Barron, Jr., John H.C. [mailto:JBarron@duanemorris.com]
**Sent:** Thursday, June 16, 2005 6:35 PM
**To:** Wolfe, Joseph (OPM)
**Cc:** Mahoney, Christopher
**Subject:** 1522 South Capitol Street, S.E. Environmental Testing

Joe:
This will respond to your recent e-mail requesting access to our client's property at 1522 South Capitol Street, S.E. (Square 706, Lot 809) by the District's environmental consultant to conduct investigations and sampling. I have been requested by the owners of the property to inform you that they respectfully decline to permit any access to their property for such investigations and sampling.

The owners have owned the subject property for investment purposes for many years and have paid substantial real estate taxes with respect thereto pending the orderly redevelopment of that submarket. The recent rezoning of the neighborhood has substantially increased the permitted density of development. Such rezoning, together with the strong commercial and residential real estate market in the District, has substantially increased the fair market value of our client's land.

Under these circumstances, they have no present intention of selling the foregoing property to the District of Columbia or to anyone else and will vigorously contest any attempt to condemn all or any portion of their property or to conduct any environmental inspections or testing of the property prior to the date of any actual taking.

John


John H. C. Barron, Jr.
Partner
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, D. C. 20006
Direct Tel:  202.776.7865
Facsimile:  202.776.7801
E-mail: jbarron@duanemorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

7/18/2005

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
OFFICE OF PROPERTY MANAGEMENT

Carol J. Mitten
Director



February 3, 2005

Kenneth B. Wyban
21 N Street, SE
Washington, DC 20003-3545

**Re: 21 N Street, SE, and Other Parcels in the Unit Block of N Street, SE, Square 702, Lots 37, 38, and 39**

Dear Mr. Wyban:

The District of Columbia ("District") may be interested in acquiring your property at 21 N Street, SE, and other parcels in the unit block of N Street, SE, (Square 702, Lots 37, 38, and 39) for the purpose of constructing a publicly-owned stadium complex. This notice is intended to inform you of the anticipated process that the District will undertake.

The District's Office of Property Management (OPM) will begin by initiating an environmental assessment and appraisal of your property. In order to ensure that OPM's appraisal is as reliable as possible, we hope you will allow us to arrange a convenient time for the appraiser and environmental consultant to visit your property. To establish a time for a site visit, please contact Mr. Joseph Wolfe, Project Manager, at (202) 724-4150.

The District's Chief Financial Officer (CFO) is currently re-estimating the acquisition and infrastructure costs for a stadium complex on a site that includes your property. Depending on the results of the CFO's re-estimate for land acquisition and infrastructure costs, which by law must be completed by May 15, 2005, the District may decide to proceed with the acquisition of your property. In the event that the District elects to proceed, OPM will share the results of its property appraisal with you and make an offer to purchase your property.

If the District acquires your property and you or your tenant (if any) is displaced for the project, you or your tenant (if any) may be eligible for relocation assistance. This is not a notice to vacate the premises. If the District elects to proceed with the acquisition of your property, you will receive formal notice of your eligibility for relocation assistance. If you move or are evicted before receiving such notice, you may not receive any assistance.

---

441 4th Street, NW, Washington, DC 20001 · (202) 724-4400 · (Fax) (202) 727-9877

If you have any questions about the appraisal process or relocation assistance, please contact Mr. Wolfe at 724-4150.  I look forward to continuing this dialogue in future correspondence.

Sincerely,

Carol J. Mitten
Director

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
OFFICE OF PROPERTY MANAGEMENT

Carol J. Mitten
Director



April 18, 2005

By Regular and Certified Mail

Kenneth B. Wyban
21 N Street, SE
Washington, DC  20003-3545

**Re:  Notice of Intention to Acquire 21 N Street, SE, (Square 702, Lots 37, 38, and 39) for Baseball Stadium Complex and Eligibility for Relocation Assistance**

Dear Mr. Wyban:

The District of Columbia ("District") recently received clearance from its Chief Financial Officer to proceed with plans to build a baseball stadium complex in Near Southeast.  In order to construct the stadium, the District needs to acquire title to your home located at 21 N Street, SE, (Square 702, Lots 37, 38, and 39) ("Property") and other parcels in the unit block of N Street, SE. Federal and District law require the District to provide you notice of its plans to acquire your Property and your eligibility for relocation assistance.

The District is in the process of obtaining an appraisal to determine the amount of just compensation that the District must pay for your Property.  The appraisal will be prepared in conformance with the Uniform Appraisal Standards for Federal Land Acquisitions and, consistent with established eminent domain law, it will ignore any impact that the planned stadium will have on the market value of your Property.  Once we accept the appraisal, we will make you an offer for your Property based upon the appraised value.

We anticipate that we may be able to make an offer as early as July 2005.  If, after you review the District's offer and appraisal you wish to counter the District's offer, we will ask you to present documents and facts that support your counteroffer.  If you intend to base any potential counteroffer on another appraisal of the Property, we recommend that you engage an appraiser as soon as possible, as the District will need your counteroffer and supporting documentation shortly after the District presents its offer and appraisal to you.

The District requires possession of your Property by December 31, 2005 and, as such, it will be necessary for you to move no later than December 31, 2005.  However, you do not need to move now.  You will not be required to move without at least 90 days advance written notice of the

date by which you must vacate. When you do move, you may be entitled to relocation payments and other assistance in accordance with Chapter 22 of Title 10 of the District of Columbia Municipal Regulations and Federal regulations implementing the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, as amended. Please note that in accordance with federal regulations, any person who is an alien not lawfully present in the United States may not be eligible for relocation advisory services and relocation payments.

To assist you in your relocation, counseling and other services are available to you. If he has not already done so, Joseph Wolfe of my office will be contacting you to determine your relocation needs and preferences. He will also assist you in finding a comparable replacement dwelling, explain the relocation eligibility requirements, help you file payment claims, and obtain any other assistance for which you are eligible.

In addition to assistance with finding a replacement property, you may be eligible to receive payments for actual, reasonable moving expenses and replacement housing. It is important that you do not move before we have a chance to discuss your eligibility for assistance. Also, please note that we will need timely advance notice of your move, and we will need to inspect the items to be moved, if you intend to apply for reimbursement of your moving expenses. Mr. Wolfe will be determining your eligibility for relocation payments; however, if you disagree with his determination, you have the right to appeal his determination.

Enclosed are copies of the relocation regulations. If you have any questions regarding this notice, please contact Mr. Wolfe at (202) 724-4150.

Sincerely,

Carol J. Mitten

Carol J. Mitten
Director

Enclosures

**Rezneck, Daniel (OAG)**

| | |
|---|---|
| **From:** | Wolfe, Joseph (OPM) |
| **Sent:** | Thursday, May 05, 2005 9:00 AM |
| **To:** | 'wybank@aol.com' |
| **Subject:** | Environmental Assessment |

Mr. Wyban,

Would it be possible to schedule a time for our environmental consultant, Environmental Design and Construction, to visit your property at 21 N Street, SE, and do investigations and sampling for a Phase II Environmental Assessment?

*Joe Wolfe*

Project Manager
Office of Property Management
Phone (202) 724-4150
Cell (202) 360-8161

## Rezneck, Daniel (OAG)

**From:** WYBANK@aol.com
**Sent:** Sunday, May 08, 2005 8:40 AM
**To:** Joseph.Wolfe@dc.gov
**Subject:** Re: Environmental Assessment

Dear Mr Wolf,
Before any access is given to the City for a Phase II Environmental Assessment, please provide the individual's name and address and qualifications of your environmental consultant.

  Please provide a detailed review of the steps that will be taken for the sampling and investigation, how much time the consultant will be spending on my property, what off-property procedure will be followed once samples have been taken from my property, and the approximate date that I will receive the results of the Phase II Assessment.  Please also specific the area on my property which the environmental consultant needs to access.

 Before access will be granted on my property, I will require that the City sign an agreement that all findings and documents provided by the consultant to the City will be copied to me within 5 business days of the City's receipt of same.

Thank you.
Ken Wyban

> -----Original Message-----
> From: Wolfe, Joseph (OPM) <Joseph.Wolfe@dc.gov>
> To: 'wybank@aol.com' <wybank@aol.com>
> Sent: Thu, 5 May 2005 08:59:45 -0400
> Subject: Environmental Assessment
>
> Mr. Wyban,
> Would it be possible to schedule a time for our environmental consultant, Environmental Design and Construction, to visit your property at 21 N Street, SE, and do investigations and sampling for a Phase II Environmental Assessment?
>
> *Joe Wolfe*
> Project Manager
> Office of Property Management
> Phone (202) 724-4150
> Cell (202) 360-8161

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Office of Property Management**

Carol J. Mitten
Director



May 10, 2005

Kenneth B. Wyban
21 N Street, SE
Washington, DC  20003-3545

RE:  Phase II Environmental Assessment

Dear Mr. Wyban:

I am writing in response to your e-mail dated May 9, 2005, regarding access to your property for investigations and sampling associated with a Phase II Environmental Assessment.  In your e-mail you requested the following:

1) Name, address and qualifications of the environmental consultant,
2) A detailed review of the steps that will be taken for the sampling and investigation,
3) An indication of how much time the consultant will be spending on your property,
4) Information on what off-property procedure will be followed once samples have been taken from your property,
5) The approximate date that results of the Phase II Assessment will be received, and
6) An indication of the specific area of your property to which the environmental consultant needs access.

Enclosed is a memo from our environmental consultant, Carl Kohlmeyer of Environmental Design and Construction, which attempts to answer your questions.  If you have further questions about the Assessment, please contact Mr. Kohlmeyer at (202) 373-5200.

I agree to forward to you a copy of the Phase II Environmental Assessment findings and documents for your property at 21 N Street, SE, within 5 business days of my receipt of the same.

Sincerely,

Joseph Wolfe
Project Manager

Enclosure

Management of petroleum storage and delivery systems,
Site safety and project risk management,
Quality Control
Cost Estimation
Construction Management
Federal, state and local regulatory compliance.


The scope of the investigation on the property will include access of the structure to perform asbestos and lead based paint investigation. All accessible areas of the building and any other structures on the property should be accessed to ensure a complete assessment of the property. Bulk samples will be collected from building materials and surfaces suspected of being a potential Asbestos Containing Material (ACM) or being LBP. This investigation typically requires approximately two to four hours for a structure of this size and age.

The property and associated lots are also scheduled for a petroleum investigation and test pits. The petroleum investigation will include collecting soil and, if possible groundwater samples. The collection method will vary depending on access for equipment. The preferred method would be to utilize a direct push drill rig.

The test pit consist of excavating a hole to a depth of 8-12 feet to assess the potential for imported fills, buried objects and the presence of subsurface contamination. Upon completion of the assessment the excavation is backfilled and the site restored. Access and specific location will be coordinated with the owner to minimize disturbance to the facility and operations. Pre-construction, progress photos and post construction photographs will be taken to document the investigation.

The drilling and test pit operation will require one to two days to complete. Sample will be collected and held under chain of custody in accordance with EPA procedures. They will be preserved in accordance with EPA protocols and will typically be held in a cooler with ice to ensure sample integrity. The samples will be transported to a local laboratory for analysis. Sample will be received in the laboratory and inspected to ensure they have been properly preserved and are acceptable for analysis. The analysis will be performed in accordance with EPA SW 846 Protocols for the specific parameters requested. The parameters requested will typically include Total Petroleum Hydrocarbon for Diesel Range Organics or Gasoline Range Organics, Volatile Organic Compounds, Semi-volatile Organic Compounds, and heavy metals. The report of the results typically takes 2-4 weeks to prepare based on the turn around time for the analysis and includes the analytical data, associated documentation and an interpretation of the results.