IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P. ET AL,
Plaintiffs

v.                                    Civ. Act. No. 05-1413(RJR)

THE DISTRICT OF COLUMBIA ET AL.
D efendants

ORDER

Defendants District of Columbia and Mayor Anthony A. Williams  having moved for

dismissal of the Complaint in this Action, pursuant to Rules 12(b)(1) and 12(b)(6) of the

Federal Rules of Civil Procedure,   on the basis of the submissions of the parties and the

files and records in this case, it is hereby ORDERED  that:

1.  Defendants' motion is granted.

2.  The Complaint in this action is dismissed.

Dated:                                        _____

                                              Richard J. Roberts
                                              Judge of the United States District Court
                                              for the District of Columbia

Copies to:

Barry M. Hartman
Kirkpatrick @ Lockhart Nicholson Graham, LLP
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036

Daniel A. Rezneck
Senior Assistant Attorney General for
the District of Columbia
441-4th St., N.W. Sixth Floor South
Washington, D.C. 20001