# EXHIBIT B

**Patterson, Tegan E.**

| | |
|---|---|
| **From:** | Hartman, Barry M. |
| **Sent:** | Tuesday, July 19, 2005 3:32 PM |
| **To:** | Daniel Rezneck (daniel.rezneck@dc.gov) |
| **Cc:** | Dominguez, Christopher E. |
| **Subject:** | Proposed schedule |

Dan - here is a possible schedule for us to discuss; Please review and give me a call:.

Friday, July 22:     Defendants' Motion to Dismiss - Due by 5 PM
Tuesday, July 26:   Defendants' Opposition to Plaintiffs' Motion for PI - Due by 5 PM
Friday. July 29: :    Plaintiffs' Opposition to Defendants' Motion to Dismiss - Due by 5 PM
Tuesday; August 2:  Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss
                    Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' PI Motion

This doesn't exactly comport to the clerk's comment about wanting to stick to the rules, but we won't object to it as an accommodation to you. We will also need the assurances regarding the 'status quo' that we discussed.

**Barry M. Hartman**
**Kirkpatrick & Lockhart Nicholson Graham LLP**
**1800 Massachusetts Avenue, N.W.**
**Washington, DC  20036-1800**
**Telephone:  202.778.9338**
**Facsimile:   202.778.9100**
**Cellular:     202.256.1438**
**Email:       bhartman@klng.com**

**This electronic message contains information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged and confidential.  The information is intended for the use of the addressee(s) only.  If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this e-mail in error, please contact the sender.**

**From:** Hartman, Barry M.
**Sent:** Wednesday, July 20, 2005 11:57 AM
**To:** 'Daniel Rezneck (daniel.rezneck@dc.gov)'
**Cc:** Dominguez, Christopher E.
**Subject:** RE: Proposed schedule

Dan,

I left a message for you to see where we were on the schedule. In light of the short time, and the Judge's clerk's preference that the opposition be filed on Friday, we are proposing the following instead of the schedule we suggested yesterday: We will agree to an extension of time for you to file any responsive pleading to the Complaint (e.g., answer or motion to dismiss) and we will agree that you do not waive any grounds for a motion to dismiss by filing an opposition to the PI without an accompanying Motion to Dismiss. That way you can just respond to the PI, and depending on what happens, file your Motion to Dismiss later. If the court grants the PI, you can file the Motion to Dismiss and seek vacatur of the PI. If the court denies it, you can still file the Motion to Dismiss without the same press of time. We would also agree to file our reply by next Friday, so that everything on the PI issue is on the court's desk on Monday when he returns.

We appreciate your response as soon as possible. Thanks.


**Barry M. Hartman**
**Kirkpatrick & Lockhart Nicholson Graham LLP**
**1800 Massachusetts Avenue, N.W.**
**Washington, DC  20036-1800**
**Telephone:** 202.778.9338
**Facsimile:**  202.778.9100
**Cellular:**   202.256.1438
**Email:**      bhartman@klng.com

**This electronic message contains information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged and confidential. The information is intended for the use of the addressee(s) only. If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact the sender.**

**Patterson, Tegan E.**

| | |
|---|---|
| **From:** | Hartman, Barry M. |
| **Sent:** | Wednesday, July 20, 2005 4:02 PM |
| **To:** | 'Daniel Rezneck (daniel.rezneck@dc.gov)' |
| **Cc:** | Dominguez, Christopher E. |
| **Subject:** | SLDA v. DC, No. 05-1413 Proposed schedule |

Dan:

I continue to believe that filing two sets of papers is unnecessary, confusing, and burdensome. In the spirit of cooperation, here is a third proposal:

1. Instead of filing anything this Friday, you file the Opposition to our PI on Monday by 5 PM; include within it whatever arguments you would assert in a separate motion to dismiss, because, as you indicated, they will overlap.

2. We will file our Reply to your Opposition on Friday, July 29. The Court will therefore have all the papers before him when he arrives back on Monday.

3. We will agree that your time for filing responsive pleadings to the Complaint (including a separate Motion to Dismiss) will be extended beyond August 4 (August 19th, perhaps?).

This gives you significantly more time to prepare your papers. Although it shortens our time to respond, it accommodates our wishes that we have all arguments in one set of papers, and assures that the Court will have all papers in front of him when he returns on August 1. I think it also works with the days you were going to be out.

As far as the 'status quo' is concerned, we are seeking assurances consistent with our June 28, 2005 letter that the District and Mayor will "Cease all activity relating to the acquisition of the primary ballpark site" until the Court rules on the Motion for Preliminary Injunction, and that the District and Mayor will not use any facts arising between the date the Complaint was filed, and the date of the hearing on the Application, to support any arguments that either Defendant intends to make either in their oppositions to the Application, or at the hearing on the Application.

Give me a call to discuss.

**Barry M. Hartman**
**Kirkpatrick & Lockhart Nicholson Graham LLP**
**1800 Massachusetts Avenue, N.W.**
**Washington, DC 20036-1800**
**Telephone:   202.778.9338**
**Facsimile:   202.778.9100**
**Cellular:   202.256.1438**
**Email:   bhartman@klng.com**

**This electronic message contains information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged and confidential. The information is intended for the use of the addressee(s) only. If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact the sender.**

**Patterson, Tegan E.**

| | |
|---|---|
| **From:** | Hartman, Barry M. |
| **Sent:** | Thursday, July 21, 2005 10:29 AM |
| **To:** | Daniel Rezneck (daniel.rezneck@dc.gov) |
| **Cc:** | Dominguez, Christopher E. |
| **Subject:** | SLDA v. DC No. 05-1413- Schedule |

Dan:

Per our discussion, here is the agreed-to schedule for filing. You may represent to the Court that we do not object to your request for additional time to file the Opposition, but given what the Clerk told us, we do not want to affirmatively consent to it either. Our agreement is conditioned on us receiving the documents by the times noted.

Friday, July 22:    Defendants' Motion to Dismiss - Due by 5 PM
Tuesday, July 26:   Defendants' Opposition to Plaintiffs' Motion for PI - Due by 5 PM (you have agreed to give us more time if need be)
Friday. July 29: :    Plaintiffs' Opposition to Defendants' Motion to Dismiss - Due by 5 PM
Tuesday; August 2:  Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss
                    Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' PI Motion

On the status quo issue, please send me your proposed alternative language. Thank you.


**Barry M. Hartman**
**Kirkpatrick & Lockhart Nicholson Graham LLP**
**1800 Massachusetts Avenue, N.W.**
**Washington, DC  20036-1800**
**Telephone:** 202.778.9338
**Facsimile:**  202.778.9100
**Cellular:**   202.256.1438
**Email:**      bhartman@klng.com

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged and confidential.  The information is intended for the use of the addressee(s) only.  If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this e-mail in error, please contact the sender.

**Patterson, Tegan E.**

| | |
|---|---|
| **From:** | Hartman, Barry M. |
| **Sent:** | Thursday, July 21, 2005 10:57 AM |
| **To:** | 'Daniel Rezneck (daniel.rezneck@dc.gov)' |
| **Cc:** | Dominguez, Christopher E. |
| **Subject:** | RE: SLDA v. DC No. 05-1413- Schedule- status quo agreement |

Dan, I assume it is understood from our conversations that our agreement to the schedule is based on a "status quo" agreement as well.

**Barry M. Hartman**
**Kirkpatrick & Lockhart Nicholson Graham LLP**
**1800 Massachusetts Avenue, N.W.**
**Washington, DC  20036-1800**
**Telephone:** 202.778.9338
**Facsimile:** 202.778.9100
**Cellular:** 202.256.1438
**Email:** bhartman@klng.com

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged and confidential.  The information is intended for the use of the addressee(s) only.  If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this e-mail in error, please contact the sender.