# EXHIBIT C

**From:** Hartman, Barry M. [mailto:bhartman@klng.com]
**Sent:** Monday, July 18, 2005 10:30 AM
**To:** daniel.rezneck@dc.gov
**Subject:** RE: SLDA v. DC - Requested Exhibits for Memo in Support of Application for Preliminary Injunction

Dan:

As you will note from our filing, I represented our tentative agreement regarding a hearing the first week in August. I would like to work with you to get a firm date on this, and to see what works for the Court. In that regard, I would like to call the Court's clerk later today, but in any event no later than tomorrow, to discuss these logistics. I look forward to hearing from you.

**Barry M. Hartman**
**Kirkpatrick & Lockhart Nicholson Graham LLP**
**1800 Massachusetts Avenue, N.W.**
**Washington, DC  20036-1800**
Telephone:   202.778.9338
Facsimile:   202.778.9100
Cellular:   202.256.1438
Email:   bhartman@klng.com

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged and confidential. The information is intended for the use of the addressee(s) only. If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact the sender.

RE: SLDA v. DC - Requested Exhibits for Memo in Support of Application for Preliminary Inju...    Page 1 of 3

## Patterson, Tegan E.

**From:** Rezneck, Daniel (OAG) [Daniel.Rezneck@dc.gov]
**Sent:** Monday, July 18, 2005 11:26 AM
**To:** Hartman, Barry M.
**Subject:** RE: SLDA v. DC - Requested Exhibits for Memo in Support of Application for Preliminary Injunction

Barry, it may be that the following week would be preferable because of an out-of town trip I have scheduled for the last weekend of July and the first couple of days of August. I will work with you to select a mutually convenient time. Please keep in touch. Why don't we talk further before you call the judge's clerk. I might want to be on that call. Dan Rezneck

# Patterson, Tegan E.

**From:** Hartman, Barry M.
**Sent:** Monday, July 18, 2005 11:41 AM
**To:** 'Rezneck, Daniel (OAG)'
**Subject:** RE: SLDA v. DC - Requested Exhibits for Memo in Support of Application for Preliminary Injunction

Dan, . I meant for the call to be with both of us. I would not, under any circumstances (except explicit authorization from you) call the chambers without you being on the phone.

I thought you had indicated that you were available the first week in August, which is why I mentioned it in the papers. My thought was for us to call the Judge's clerk together, tell him/her what we are thinking, and see what the Judge's schedule is like.

I'll call you shortly.

**Barry M. Hartman**
**Kirkpatrick & Lockhart Nicholson Graham LLP**
1800 Massachusetts Avenue, N.W.
Washington, DC  20036-1800
Telephone:   202.778.9338
Facsimile:   202.778.9100
Cellular:   202.256.1438
Email:   bhartman@klng.com

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged and confidential. The information is intended for the use of the addressee(s) only. If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact the sender.