# EXHIBIT D

Case 1:05-cv-01413-RWR   Document 8-5   Filed 07/25/2005   Page 1 of 2

**Patterson, Tegan E.**

| | |
|---|---|
| **From:** | Hartman, Barry M. |
| **Sent:** | Friday, July 15, 2005 3:55 PM |
| **To:** | Daniel Rezneck (daniel.rezneck@dc.gov) |
| **Subject:** | SLDA et at v. District |
| **Attachments:** | Application for Preliminary Injunction.pdf; Preliminary Injunction Order.pdf; Complaint.pdf; Memo in Support of Application for Preliminary Injunction.pdf |

Dan:

Please find attached a courtesy copy of the Complaint, Application for Preliminary Injunction, Memorandum in Support of Application, and Proposed Order in the referenced matter, which was just filed. The Exhibits to the Memorandum are lengthy, and so I am not including them as they may overload your server. The Docket Number is 05-1413 and has been assigned to the Honorable Richard Roberts.

The service copy will be delivered shortly with all Exhibits.

Please confirm receipt of this email.

Thanks.

**Barry M. Hartman
Kirkpatrick & Lockhart Nicholson Graham LLP
1800 Massachusetts Avenue, N.W.
Washington, DC  20036-1800
Telephone:   202.778.9338
Facsimile:   202.778.9100
Cellular:   202.256.1438
Email:   bhartman@klng.com**

**This electronic message contains information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged and confidential.  The information is intended for the use of the addressee(s) only.  If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this e-mail in error, please contact the sender.**