# EXHIBIT E

**Patterson, Tegan E.**

**From:** Rezneck, Daniel (OAG) [Daniel.Rezneck@dc.gov]
**Sent:** Friday, July 22, 2005 4:02 PM
**To:** Hartman, Barry M.

July 22, 2005

Dear Barry,

Please be advised that the conditions in your letter to me of July 22, 2005, are not acceptable to our client.

Sincerely yours,

Daniel A. Rezneck
Counsel for Defendants