IN THE UNITED STATES DISTRICT COURT
FOR THE DISRIT OF COLUMBIA

SOUTHEAST LAND DEVELOPMENT :
ASSOCIATES, L.P. *et al.,* :
          Plaintiffs :
    v: :        Civ. Act. No. 05-1413(RJR)
           :
THE DISTRICT OF COLUMBIA, *et a.,* :
         Defendants :

ORDER

The Court having considered the Plaintiffs' Application for Preliminary Injunction and the Opposition thereto, it is this ___ day of _____

ORDERED that the Application is DENIED.

                                              _____
                                              Richard J. Roberts
                                              United States District Court Judge

Copies to:

Barry Hartman, Esq.
Kirkpatrick Lockhart
1800 Massachusetts Ave., NW
Washington, DC 20036

Daniel A. Rezneck, Esq.
Office of the Attorney General
for the District of Columbia
6th Floor South
441 Fourth St., NW
Washington, DC 20001