UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P., et al., ) ) ) Plaintiffs, ) ) v. ) ) THE DISTRICT OF COLUMBIA, et al. ) ) Defendants. ) | Civil Action No. 1:05-CV-01413 (RWR) |

**DEFENDANTS' NOTICE OF FILING OF SUPPLEMENTAL MATERIALS**

Defendants hereby submit three exhibits to supplement the record.

1. A March 30, 2005, letter from Chief Financial Officer ("CFO") Natwar M. Gandhi to District of Columbia Mayor Anthony Williams and Chairman of the Council of the District of Columbia Linda Cropp, which summarizes in detail the findings of the CFO in his report prepared by Deloitte & Touche LLP pursuant to the Private or Alternative Stadium Financing and Cost Trigger Emergency Act of 2004. This is a public document available on the CFO's website at www.cfo.dc.gov.

2. A March 2005 Powerpoint presentation made by the CFO to the Mayor and the Council of the District of Columbia on March 29 and 30, respectively, setting forth the findings in the CFO's report. This is a public document available on the CFO's website at www.cfo.dc.gov.

3. An April 18, 2005, letter from Deloitte & Touche LLP to the Office of the CFO providing further information on the CFO's report in response to questions raised by the Council of the District of Columbia.

Dated: August 4, 2005  Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General in Charge
of the Civil Division

EDWARD TAPTICH
Chief, Equity II Section


/s/ Daniel A. Rezneck
DANIEL A. REZNECK #31625
Senior Assistant Attorney General
Attorneys for Defendants
441 4th Street, N.W.
6th Floor South
Washington, DC 20001
(202) 724-5691