# Office of the Chief Financial Officer
# Government of the District of Columbia

## Cost Re-estimation Study for Baseball Stadium
## March 2005

# Overview

- In December 2004, the Council passed the Private or Alternative Stadium Financing and Cost Trigger Emergency Act of 2004.
  - Required the Chief Financial Officer (CFO) to re-estimate the costs to the District for land acquisition and infrastructure and provide a report to the Mayor and the Council by May 15, 2005.
  - If total amount of the re-estimated costs exceeds $165 million, the primary ballpark site is deemed financially unavailable and the Mayor and the Sports and Entertainment Commission must pursue replacement of the primary ballpark site with a substantially less costly site in the District, subject to approval of Baseball Expos, LP, or its successors.

2

# Requirements of the Act

- Land Acquisition cost re-estimate
    - Separate appraisals of each parcel of land to be acquired
    - Estimate of the environmental remediation costs
    - Legal expenses associated with land acquisition

- Infrastructure cost re-estimate
    - Estimate for basic road and sidewalk improvements
    - Cost of expanding Navy Yard Metro station to accommodate the additional usage anticipated by the stadium
    - Water and sewer relocation costs

# Proposed Ballpark Site




4

# Summary of Findings

| Summary of Findings | Direct Cost (in millions) | Contingency (in millions) | Total Estimated Cost (in millions) |
|---|---:|---:|---:|
| Property Costs | $77.1 | N/A | $77.1 |
| Environmental Costs | $8.0 | N/A | $8.0 |
| Infrastructure Costs* | $64.3 | $11.9 | $76.2 |
| **Total** | | | **$161.35** |

\* The Infrastructure cost estimate includes $29.4 million for the relocation of a twelve-foot sewer tunnel running under the stadium site. If the Ballpark is designed so that the tunnel does not need to be moved, the cost to protect the tunnel is approximately $2.3 million, reducing the total infrastructure cost to $49.1 million, and the total estimated cost to $134.2 million.

# Land Acquisition

- Proposed Ballpark site is situated on approximately 19 acres of land.
  - The District would have to purchase 13.83 acres made up of 63 privately-owned parcels of land.
  - Remaining 5 acres consist of District owned streets and rights-of-way.
- Land appraised at highest and best use as commercial property based on the rezoning of the area without regard to the District's public infrastructure project
  - Eminent Domain
    - "Just compensation" for property taken by the government in a condemnation proceeding is the full money equivalent of the property taken.
    - Courts adopt market value as a rough equivalent of value to the owner.
    - For condemnation purposes, just compensation will not take into account any increase in the value of the land because of the public investment in the stadium.
  - Study included estimates of related indirect expenses such as legal/condemnation costs related to use of eminent domain.
- Cost adjustments for demolition of existing structures and environmental remediation were applied where appropriate.
- Study included estimates to relocate existing businesses.

6

# Land Cost Estimate - Summary

| | |
|---|---|
| Market Value | $73.68 million |
| Condemnation/Legal Cost Estimate | $2.5 million |
| Business & Residence Relocation Cost Estimate | $0.95 million |
| **Total Land Acquisition Cost Estimate** | **$77.1 million** |

## Land Cost Estimate - Detail

| Unit | Square | Lot | Property Address | Land (SF) | Bldg (SF) | Building Type | Current Use | Market Value |
|---|---|---|---|---|---|---|---|---|
| 1 | 702 | 106 | 7 N St SE | 8,530 | | Vacant Land | Vacant Land | $1,169,210 |
| | 702 | 807 | N St SE | | | | | |
| | 702 | 808 | N St SE | | | | | |
| | 702 | 826 | 1300 South Capitol St SE | | | | | |
| | 702 | 859 | South Capitol St SE | | | | | |
| | 702 | 860 | 9 N St SE | | | | | |
| | 702 | 861 | 11 N St SE | | | | | |
| | 702 | 866 | South Capitol St SE | | | | | |
| | 702 | 869 | N St SE | | | | | |
| 2 | 702 | 126 | 1352 South Capitol St. SE | 4,376 | 3,639 | Office/Street Level Retail | Unknown | 524,020 |
| 3 | 702 | 852 | South Capitol St SE | 1,682 | | Vacant Land | Vacant Land | 228,438 |
| 4 | 702 | 853 | South Capitol St SE | 1,331 | | Vacant Land | Vacant Land | 180,127 |
| 5 | 702 | 127 | 1345 Half St SE | 20,070 | 19,867 | Industrial | Night Club | 2,458,746 |
| 6 | 702 | 804 | 31 N St SE | 8,857 | | Vacant Land | Tow Truck Impound Lot | 1,202,255 |
| | 702 | 805 | N St SE | | | | | |
| | 702 | 845 | 25-29 N St SE | | | | | |
| 7 | 702 | 841 | 20 O St SE | 10,001 | 14,960 | Industrial Warehouse | "Bath House Chain" | 1,109,921 |
| 8 | 702 | 846 | 1342 South Capitol St SE | 17,994 | 2,944 | Aamco | Transmission Repair | 2,335,099 |
| 9 | 702 | 851 | South Capitol St SE | 3,013 | | Vacant Land | Vacant Land | 449,934 |
| | 702 | 857 | South Capitol St SE | | | | | |
| 10 | 702 | 858 | South Capitol St SE | 1,345 | | Vacant Land | Vacant Land | 180,281 |
| 11 | 702 | 854 | South Capitol St SE | 1,331 | | Vacant Land | Vacant Land | 178,354 |

# Land Cost Estimate - Detail

| Unit | Square | Lot | Property Address | Land (SF) | Bldg (SF) | Building Type | Current Use | Market Value |
|---|---|---|---|---|---|---|---|---|
| 12 | 702 | 856 | South Capitol St SE | 1,331 | | Vacant Land | Vacant Land | 178,354 |
| 13 | 702 | 855 | South Capitol St SE | 12,721 | | Vacant Land | Tow Truck Impound Lot | 1,901,189 |
|  | 702 | 868 | South Capitol St SE | | | | | |
| 14 | 702 | 37 | 21 N St SE | 5,799 | 3,500 | Single-family Residential & Vacant Land | Single-family Residential & Vacant Land | 695,716 |
|  | 702 | 38 | | | | | | |
|  | 702 | 39 | | | | | | |
| 15 | 702 | 104 | 3 N St SE | 3,072 | | Vacant Land | Vacant Land | 417,982 |
|  | 702 | 105 | 5 N St SE | | | | | |
|  | 702 | 867 | N St SE | | | | | |
| 16 | 702 | 806 | Half St SE | 1,400 | | Vacant Land | Vacant Land | 178,541 |
| 17 | 702 | 862 | 13 N St SE | 6,371 | 3,500 | Single-family Residential | Single-family Residential | 210,159 |
| 18 | 702 | 863 | 15 N St SE | | | Single-family Residential | Single-family Residential | 210,159 |
| 19 | 702 | 864 | 17 N St SE | | | Single-family Residential | Single-family Residential | 210,159 |
| 20 | 702 | 865 | 19 N St SE | | | Single-family Residential | Single-family Residential | 210,159 |
| 21 | 702 | 79 | 1315 Half St SE | 23,088 | | Vacant Land | Tow Truck Impound Lot or Junkyard | 2,995,967 |
|  | 702 | 80 | 1315 Half St SE | | | | | |
|  | 702 | 81 | 1315 Half St SE | | | | | |
|  | 702 | 82 | 1315 Half St SE | | | | | |
|  | 702 | 83 | 1315 Half St SE | | | | | |
|  | 702 | 84 | 1315 Half St SE | | | | | |
|  | 702 | 85 | 1315 Half St SE | | | | | |
|  | 702 | 836 | 1315-1317 Half St SE | | | | | |
|  | 702 | 838 | 1315 Half St SE | | | | | |

9

# Land Cost Estimate - Detail

| Unit | Square | Lot | Property Address | Land (SF) | Bldg (SF) | Building Type | Current Use | Market Value |
|---|---|---|---|---|---|---|---|---|
| 22 | 702 | 870 | Half St SE | 36,752 | 15,595 | Industrial Warehouse w/ Office | Large truck repair shop | 4,407,569 |
|  | 702 | 871 | 1331 Half St SE |  |  |  |  |  |
| 23 | 703 | 5 | 1338 Half St SE | 9,588 | 16,591 | Industrial Warehouse | Artist Studio | 999,363 |
| 24 | 703 | 6 | Half St SE | 19,176 | 25,344 | Industrial Warehouse | Unknown | 2,255,579 |
|  | 703 | 7 | 1326 Half St SE |  |  |  |  |  |
| 25 | 703 | 8 | 1318 Half St SE | 9,588 | 9,340 | Industrial Warehouse | Car Repair Shop | 1,203,681 |
| 26 | 703 | 53 | 60-80 O St SE | 67,119 |  | Paved Parking Lot | Paved Parking Lot | 9,071,213 |
| 27 | 703 | 54 | 1315 1st St SE | 53,418 | 17,329 | Industrial Warehouse | Garbage Transition Sub-station | 7,100,161 |
| 28 | 703 | 819 | SE | 24,651 | 15,601 | Industrial Warehouse | Appears vacant | 3,382,914 |
|  | 703 | 821 | 65 N St SE |  |  |  |  |  |
|  | 703 | 822 | 65 N St SE |  |  |  |  |  |
| 29 | 704 | 11 | 1400-1430 South Capitol St SE | 88,595 | 81,496 | Industrial Warehouse | Warehouse/office | 10,204,967 |
| 30 | 705 | 15 | 60 P St SE | 88,100 |  | Asphalt Plant | Asphalt Plant | 9,865,002 |
| 31 | 706 | 802 | South Capitol St SE | 3,233 |  | Vacant Land | Vacant Land | 298,213 |
| 32 | 706 | 806 | 31-41 P St SE | 57,567 | 28,176 | Industrial Warehouse | Warehouse/office | 6,264,294 |
|  | 706 | 807 | 24 Potomac Ave SE |  |  |  |  |  |
|  | 706 | 808 | South Capitol St SE |  |  |  |  |  |
| 33 | 706 | 809 | 1522 South Capitol St SE | 12,513 |  | Vacant Land | Vacant Land | 1,404,871 |
|  |  |  | **OVERALL SUMMARY - Land Acquisition Cost Estimate** |  |  |  |  |  |
|  |  |  | Market Value |  | $73,682,599 |  |  |  |
|  |  |  | Add: Condemnation/Legal Cost Estimate |  | 2,500,000 |  |  |  |
|  |  |  | Add: Business & Residence Relocation Cost Estimate |  | 950,000 |  |  |  |
|  |  |  | Total Land Acquisition Cost Estimate |  | $77,132,599 |  |  |  |

10

# Environmental Remediation

- Conducted Phase I Environmental Site Assessment (ESA) in accordance with the requirements of ASTM 1527 – 2000 (American Society for Testing and Materials).

- Phase I ESA typically focuses on current and past uses of the property and the resulting assessment of the "Recognized Environmental Conditions" observed at the site.

- Environmental site assessment was conducted through records review, site reconnaissance, and interviews.

- Total Cost = $8.0 million

# Environmental Cost Estimate - Detail

| Economic Unit | Square | Block | Lot | Property Address | Assessed Owner Name | Land (SF) | Bldg (SF) | Estimated Environmental Cost | Soil Contamination Cost Estimate | Remedial Cost Estimate |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 702 | 1 | 106 | 7 N St SE | 1352-1354 Corporation | 8,530 | | $ 4,842 | $ 56,859 | $ 61,701 |
| | 702 | 1 | 807 | N St SE | | | | | | |
| | 702 | 1 | 808 | N St SE | | | | | | |
| | 702 | 1 | 826 | 1300 South Capitol St SE | | | | | | |
| | 702 | 1 | 859 | South Capitol St SE | | | | | | |
| | 702 | 1 | 860 | 9 N St SE | | | | | | |
| | 702 | 1 | 861 | 11 N St SE | | | | | | |
| | 702 | 1 | 866 | South Capitol St SE | | | | | | |
| | 702 | 1 | 869 | N St SE | | | | | | |
| 2 | 702 | 1 | 126 | 1352 South Capitol St. SE | 1352-1354 Corporation | 4,376 | 3,639 | $ 7,027 | $ 29,169 | $ 36,197 |
| 3 | 702 | 1 | 852 | South Capitol St SE | 1352-1354 Corporation | 1,682 | | $ 3,069 | $ 11,212 | $ 14,281 |
| 4 | 702 | 1 | 853 | South Capitol St SE | 1352-1354 Corporation | 1,331 | | $ 3,069 | $ 8,872 | $ 11,941 |
| 5 | 702 | 1 | 127 | 1345 Half St SE | Robert Siegel Inc | 20,070 | 19,867 | $ 15,675 | $ 133,781 | $ 149,456 |
| 6 | 702 | 1 | 804 | 31 N St SE | N Street SE Joint Venture LLC | 8,857 | | $ 16,804 | $ 59,038 | $ 75,843 |
| | 702 | 1 | 805 | N St SE | | | | | | $ - |
| | 702 | 1 | 845 | 25-29 N St SE | | | | | | $ - |
| 7 | 702 | 1 | 841 | 20 O St SE | William Cohen Et Al | 10,001 | 14,960 | $ 17,239 | $ 66,664 | $ 83,903 |
| 8 | 702 | 1 | 846 | 1342 South Capitol St SE | Richard A Biggs & Nancy S Biggs | 17,994 | 2,944 | $ 34,878 | $ 119,943 | $ 154,821 |
| 9 | 702 | 1 | 851 | South Capitol St SE | 1316 South Capitol LLC | 3,013 | | $ 4,842 | $ 20,084 | $ 24,926 |
| | 702 | 1 | 857 | South Capitol St SE | | | | | | $ - |
| 10 | 702 | 1 | 858 | South Capitol St SE | 1316 South Capitol LLC | 1,345 | | $ 4,842 | $ 8,965 | $ 13,807 |
| 11 | 702 | 1 | 854 | South Capitol St SE | South Capitol Street JV | 1,331 | | $ 4,842 | $ 8,872 | $ 13,714 |
| 12 | 702 | 1 | 856 | South Capitol St SE | South Capitol Street JV | 1,331 | | $ 4,842 | $ 8,872 | $ 13,714 |

# Environmental Cost Estimate - Detail

| Economic Unit | Square | Block | Lot | Property Address | Assessed Owner Name | Land (SF) | Bldg (SF) | Estimated Environmental Cost | Soil Contamination Cost Estimate | Remedial Cost Estimate |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 702 | 1 | 855 | South Capitol St SE | Donohoe Company Inc | 12,721 | | $ 18,892 | $ 84,795 | $ 103,687 |
|    | 702 | 1 | 868 | South Capitol St SE | | | | | | |
| 14 | 702 | 2 | 37 | 21 N St SE | Kenneth B Wyban | 1,933 | | $ 13,576 | $ 12,885 | $ 26,461 |
|    | 702 | 2 | 38 | N St SE | Kenneth B Wyban | 1,933 | | $ 4,842 | $ 12,885 | $ 17,727 |
|    | 702 | 2 | 39 | N St SE | Kenneth B Wyban | 1,933 | | $ 4,842 | $ 12,885 | $ 17,727 |
| 15 | 702 | 2 | 104 | 3 N St SE | N Street LLC | 3,072 | | $ 4,842 | $ 20,477 | $ 25,319 |
|    | 702 | 2 | 105 | 5 N St SE | | | | | | |
|    | 702 | 2 | 867 | N St SE | | | | | | |
| 16 | 702 | 2 | 806 | Half St SE | Paka Inc | 1,400 | | $ 4,842 | $ 9,332 | $ 14,174 |
| 17 | 702 | 2 | 862 | 13 N St SE | George J Quinn Sr | 6,371 | | $ 17,605 | $ 42,467 | $ 60,072 |
| 18 | 702 | 2 | 863 | 15 N St SE | George J Quinn Sr | | | | | |
| 19 | 702 | 2 | 864 | 17 N St SE | George J Quinn Sr | | | | | |
| 20 | 702 | 2 | 865 | 19 N St SE | George J Quinn Sr | | | | | |

13

# Environmental Cost Estimate - Detail

| Economic Unit | Square | Block | Lot | Property Address | Assessed Owner Name | Land (SF) | Bldg (SF) | Estimated Environmental Cost | Soil Contamination Cost Estimate | Remedial Cost Estimate |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 702 | 3 | 79 | 1315 Half St SE | Federal Eagle Associates DC Ltd | 23,088 | | $ 28,283 | $ 153,899 | $ 182,181 |
| | 702 | 3 | 80 | 1315 Half St SE | | | | | | |
| | 702 | 3 | 81 | 1315 Half St SE | | | | | | |
| | 702 | 3 | 82 | 1315 Half St SE | | | | | | |
| | 702 | 3 | 83 | 1315 Half St SE | | | | | | |
| | 702 | 3 | 84 | 1315 Half St SE | | | | | | |
| | 702 | 3 | 85 | 1315 Half St SE | | | | | | |
| | 702 | 3 | 836 | 1315-1317 Half St SE | | | | | | |
| | 702 | 3 | 838 | 1315 Half St SE | | | | | | |
| 22 | 702 | 3 | 870 | Half St SE | 1331 Half Street Corporation | 36,752 | 15,595 | $ 40,816 | $ 244,979 | $ 285,795 |
| | 702 | 3 | 871 | 1331 Half St SE | | | | | | |
| 23 | 703 | 2 | 5 | 1338 Half St SE | Patricia Ghiglino | 9,588 | 16,591 | $ - | $ 63,911 | $ 63,911 |
| 24 | 703 | 2 | 6 | Half St SE | E M Warring | 19,176 | 25,344 | $ 59,144 | $ 127,822 | $ 186,966 |
| | 703 | 2 | 7 | 1326 Half St SE | | | | | | |
| 25 | 703 | 2 | 8 | 1318 Half St SE | Joseph Lukaesko | 9,588 | 9,340 | $ 47,885 | $ 63,911 | $ 111,796 |

# Environmental Cost Estimate - Detail

| Economic Unit | Square | Block | Lot | Property Address | Assessed Owner Name | Land (SF) | Bldg (SF) | Estimated Environmental Cost | Soil Contamination Cost Estimate | Remedial Cost Estimate |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 703 | 2 | 53 | 60-80 O St SE | SE Land Development Association | 67,119 | | $ 32,918 | $ 447,398 | $ 480,315 |
| 27 | 703 | 2 | 54 | 1315 1st St SE | WSI Acquisition Company | 53,418 | 17,329 | | $ 356,070 | $ 356,070 |
| 28 | 703 | 2 | 819 | SE | RLG Realty Company Inc | 24,651 | 15,601 | $ 35,030 | $ 164,317 | $ 199,347 |
| | 703 | 2 | 821 | 65 N St SE | | | | | | $ - |
| | 703 | 2 | 822 | 65 N St SE | | | | | | $ - |
| 29 | 704 | 3 | 11 | 1400-1430 South Capitol St SE | Government Services Inc | 88,595 | 81,496 | $ 176,955 | $ 590,551 | $ 767,507 |
| 30 | 705 | 1 | 15 | 60 P St SE | Roubin Associates LLC | 88,100 | | $ 1,299,530 | $ 587,252 | $ 1,886,781 |
| 31 | 706 | 3 | 802 | South Capitol St SE | William T Martin (Square 706 LLC A DC LLC) | 3,233 | | $ 39,273 | $ 21,550 | $ 60,824 |
| 32 | 706 | 3 | 806 | 31-41 P St SE | Schroff Real Estate Co | 57,567 | 28,176 | $ 291,521 | $ 383,727 | $ 675,248 |
| | 706 | 3 | 807 | 24 Potomac Ave SE | | | | | | |
| | 706 | 3 | 808 | South Capitol St SE | | | | | | |
| 33 | 706 | 3 | 809 | 1522 South Capitol St SE | William LP Genstar Stone Products | 12,513 | | $ 67,758 | $ 83,408 | $ 151,166 |
| 34 | | | | | | 251,324 | | | $ 1,675,260 | $ 1,675,260 |
| Totals | | | | | | 853,936 | | $ 2,310,525 | $ 5,692,115 | $ 8,002,640 |

15

# Infrastructure Improvements

- Scope of infrastructure improvements determined through coordination with various agencies currently providing utility service and roadway access to the site.
- Estimate includes costs related to:
  - site utilities
  - sewer tunnel relocation/protection
  - roadway improvements
  - Navy Yard Metro Rail Station improvements
- Estimate includes a contingency for unforeseen costs related to infrastructure improvements.
- The infrastructure cost assumes the relocation of the sewer tunnel at $29.4 million.
  - It may be possible that the Ballpark can be designed such that the tunnel does not have to be removed.
  - The cost to protect the tunnel in lieu of relocation is estimated to be $2.3 million.
  - Total cost of infrastructure improvements without tunnel relocation would be $49.1 million.
  - Total estimated costs for land acquisition, environmental remediation and infrastructure would be $134.2 million.

16

# Infrastructure Improvements - Detail

| Description | Cost Estimate |
|---|---|
| Site Utilities – Inspection, testing, removal and the relocation of existing utilities on the footprint of the proposed site: | |
| Water, Gas and Storm Drainage: | $3,201,074 |
| Estimated cost provided by **PEPCO**: | $10,000,000 |
| Estimated cost provided by **Comcast**: | $250,000 |
| Estimated cost provided by **Verizon**: | $1,500,000 |
| Tunnel Protection – Relocate the tunnel & sanitary sewer lines under the footprint of the Baseball Stadium. If the stadium can be designed so as not to impact the tunnel, the cost to protect the tunnel (in lieu of the relocation costs shown here) is estimated to be $2,275,207. | $29,439,421 |
| Roadway Improvements – This is typical for Potomac Avenues, N Street and 1st Street up to M Street: demolition & roadway excavation, new sidewalk, new curb & gutter, new street lighting, trees, striping, milling of existing pavement, 2" overlay, and new drainage. | |
| 1st Street SE Improvements (Between Potomac Avenue & M Street) | $5,683,541 |
| N Street SE Improvements | $3,020,252 |
| Potomac Avenue SE Improvements | $3,230,710 |
| Navy Yard Metro Station – Improvements per Metro recommendations to accommodate approximately 15,000 passengers/hour, including adding fare gates and extending the mezzanine to accommodate increased passenger flow. Necessary scope of work was provided by WMATA. | $19,892,647 |
| **Infrastructure Total** | **$76,217,645** |

17

# Summary of Cost Re-estimation Study

- Total projected costs of acquiring the land, environmental remediation, and infrastructure improvements are estimated at $161.4 million

- Includes $11.9 million in contingency