# Deloitte

Deloitte & Touche LLP
Two World Financial Center
New York, NY 10281
USA

Tel:  212-436-3169
Fax: 212-653-5892
www.deloitte.com

April 18, 2005

John P. Ross
Senior Advisor
Economic Development Finance
Office of the Chief Financial Officer
441 4th Street N.W., Suite 400-S
Washington, DC 20002

**Re: Land Acquisition Cost Study, March 22, 2005**

Dear John:

We are pleased to take this opportunity to clarify several items in our Report dated March 22, 2005. This letter seeks to summarize the salient points of several important issues raised by your office last week, and we will provide references back to our Report and the Appendices as appropriate. The topics addressed include the property cost analysis (specifically the sales comparisons utilized, the condemnation costs and a typical market value calculation), the environmental cost of the public spaces, as well as a summary of the owners contacted and the inspection due diligence completed during the course of our field work. After a thorough review of all issues raised and consideration of the information presented to us, nothing has come to our attention that would warrant alteration of the opinions rendered in our Report.

**Property Cost Study for the Proposed Stadium Site**

The scope of the property cost study involved the research and analysis necessary to reach a market value conclusion for the Proposed Stadium Site. The initial step involved inspecting each parcel and the surrounding neighborhood, to gain an understanding of the current and potential uses of the site. After investigating neighborhood characteristics, we collected market data relevant to the analysis of the Proposed Stadium Site.

Based upon our analysis of land and building sales data, we concluded that the existing improvements represent an interim use, and that the highest and best use will eventually be to demolish the improvements to permit redevelopment. This is an indication that the value of the land exceeds the value of the subject properties as they are currently improved. Therefore, we collected, verified and analyzed land sale transactions with similar location, physical characteristics, and zoning to that of the Proposed Stadium Site.

The comparable sales activity in the area involved either vacant land or improved properties that were purchased for land value only (i.e. the improvements had no contributory value and will be demolished for near term redevelopment). The comparable sales discovered in our research and considered in our analysis were for redevelopment with alternative uses. This factor coupled with the higher density development allowed on the Proposed Stadium Site by recent rezoning, reinforces our conclusion that highest and best use of the subject parcels is interim current use in anticipation of imminent redevelopment.

Solely for the information and use of The Office of the Chief Financial Officer, District of Columbia and not to be relied upon by any other person or entity

Member of
Deloitte Touche Tohmatsu

John Ross
April 18, 2005
Page 2

We have initially analyzed the sales to reflect a "gross" value for the subject assuming the subject is free of environmental impairment and is vacant and ready for development. The costs of environmental remediation and demolition are then deducted, as appropriate, on a parcel by parcel basis to reflect the market value of the subject in an "as-is" condition. The "as-is" market value reflects the most probable price that a willing buyer and willing seller would agree to in an arms length transaction. The costs of demolition and environmental remediation are then added back as lump sum adjustments as part of the total project costs. To compensate the owners of the parcels as if the properties are environmentally clean and ready for development and then have remediation and demolition costs incurred by the District would imply the purchaser pays twice for remediation and demolition. Our "as-is" market values eliminate double counting of environmental remediation and demolition costs.

The appropriate unit of comparison in this analysis is the sale price per square foot of maximum permitted building area, or price per square foot of the floor area ratio (FAR). This reflects the analysis of typical purchasers of development land, and will eliminate the need for additional site size or development density adjustments which could introduce unnecessary subjectivity and speculation to the analysis.

In the process of performing market research, numerous resources and market participants were consulted, including: public records; a transaction database maintained by the CoStar Group; the Multiple Listing Service; local appraisers at Cushman & Wakefield, Joseph J. Blake & Associates, New Market Real Estate Group, and The MacDonald Group; local brokers at Spaulding & Slye Colliers, Cushman & Wakefield, Diamond Property Company, and Equis Corporation; and several developers active in this market, including Monument Realty, William C. Smith & Company, Akridge, and Lerner Enterprises. Efforts were made to confirm the transactions with a minimum of two third party sources as well as the principals (buyers and sellers).

It is important to note that the effect of the announcement of a possible stadium project has not been considered in this analysis. This is in conformance with the District's position that "for condemnation purposes, just compensation will not take into account any increase in the value of the land because of the public investment in the stadium" (see Page 7 on our Report).

The Proposed Stadium Site has been analyzed and valued as if available for any use permitted by zoning. Absent the stadium, immediate commercial development of the site is not considered to be immediately feasible. A development horizon for the site of approximately three years was projected, based on activity in the surrounding neighborhood, and the typical planning, permitting, and construction process of approximately three years. This necessitates downward adjustments to comparable sales acquired for near-term development, which is significantly more desirable to developers. An extended holding period results in higher carrying costs, the potential for a zoning change that can impact planned development, and a greater level of risk. Nonetheless, our value conclusions included upward adjustments to reflect net income to the existing improvements for their interim use during the three-year development horizon. It should be noted that the most recent sales activity in 2005 will also reflect the impact of the stadium announcement, and a downward adjustment may be necessary to eliminate the impact of the stadium announcement from the value conclusions.

Comparable Sales Data

The current zoning of the Proposed Stadium Site permits a variety of development, including office and residential uses. We have researched both commercial and multi-family residential land sales throughout

John Ross
April 18, 2005
Page 3

the subject neighborhood of Near Southeast. Due to the somewhat unique characteristics of this neighborhood, the comparison of this location to other parts of the city is subjective and difficult to quantify. Therefore, we extended our search of historical sales data to January of 2000, in order to obtain all sales activity in the immediate area. Additionally, we have included three supplemental sales from a similar transitional neighborhood in Northeast Washington. This neighborhood has experienced an increase in development activity and investor interest, due to the recent completion of the New York Avenue Metrorail station at 200 Florida Avenue, NE. A total of 10 commercial land sales were selected, indicating sale prices ranging from $8.67/SF-FAR to $40.54/SF-FAR, prior to adjustment. Three residential land sales were identified, including one re-sale of the same property. These comparables indicate sale prices from $26.28/SF-FAR to $51.22/SF-FAR. A summary of the sales, including a brief description of their physical characteristics, is included within the Property Cost Study.

Sales Data provided by City Council

Subsequent to the issuance of our report, dated March 22, 2005, the City Council provided us with three parcel numbers and 13 property cards, from the District's Real Property Assessment Database, for parcels within the Near Southeast neighborhood that have recently sold. Although the property cards are an excellent source for "leads" on sale transactions, they cannot be solely relied upon for analysis. The transaction information contained in the property cards is incomplete and can be misinterpreted. For example, an assemblage that involves the acquisition of multiple parcels in a single transaction will typically be presented on each individual property card with the aggregated sale price. From the review of a single property card, it can be easily misunderstood that additional parcels were acquired for the recorded sale price. This potential misinterpretation may result in overstating the individual parcel's unit price due to dividing the aggregated multi-parcel price by a single parcel size. When the process is repeated for each parcel in the multi-parcel assemblage, the error is reinforced by reflecting multiple different and erroneously high unit prices. Additionally, the property cards do not reveal buyer and seller motivations, special circumstances or conditions related to the sale, and numerous other factors that can impact a sale price.

The attached table summarizes the analysis included in our original report. City Council Sales A and B were in fact considered and presented within our analysis as Land Sales #4 and #1, respectively. City Council Sale C was not considered in our research due to its very small size. Council Sales D through G were discovered and considered in our original research but were rejected due to the presence of special motivations of the purchasers which makes them less than a typical arms length transactions, and consequently are not good indicators of market value. Council Sales H through P represent the assemblage of 10 adjacent parcels, performed in three transactions recorded simultaneously. The assemblage transaction information was not available at the time Deloitte concluded market research. As of late February 2005, the Recorder of Deeds was updated through December 28, 2004, and no 2005 data could be accessed.

**Condemnation Costs**

Our property cost study included providing an estimate of the probable condemnation and related legal costs that may be incurred by the District of Columbia during its acquisition of the Proposed Stadium Site. You are referred to Page 63 of Appendix A of our report for the analysis of the condemnation and legal cost estimates. As noted in our report and previously in this letter, the market value of the subject sites reflects "as-is" market value. Implicit in the definition of "as-is" market value is the assumption of a willing buyer and willing seller. Premiums for condemnation do not fall within the

John Ross
April 18, 2005
Page 4

bounds of a willing seller. The assumed premiums for condemnation cannot be assigned to any particular parcel and are added to our estimate of total project costs as a lump sum adjustment.

Based upon our findings, we concluded that statistics extracted from recent condemnation proceedings within the region, and more specifically, within the states of Virginia and Maryland and the District of Columbia municipal boundaries, were more relevant than those of sports related condemnation cases in other states. The rationale for this conclusion is that there are multiple factors that can influence condemnation and related legal costs such political and legal environment, public policy, local market conditions, and other issues that are sensitive to local community interests.

For the purpose of our study, we studied the condemnation statistics collected by the Federal Highway Administration (FHA) and the Real Estate Department of WMATA in order to understand condemnation activity. The statistics indicated that 10% to 25% of all parcels taken for public use were acquired through the condemnation process. The percentage of parcels acquired through condemnation in the states of Virginia and Maryland, as well as in the District of Columbia ranged from 15% to 25%. The top end of the range was influenced by WMATA's acquisition of multiple parcels for the Metro Blue Line under a restricted time frame. WMATA representatives reported to us that on a more normalized basis the typical condemnation rate ranges from 10% to 15% of the parcels acquired for public use.

We further learned based on WMATA statistics that typical condemnation price premiums were approximately 15% above market value for the parcels acquired through the judicial process. From a more conservative perspective, the FHA data indicated that the price premiums for the property acquired in the states of Virginia and Maryland equated to approximately $100,000 per occurrence.

In developing a reasonably anticipated outcome for condemnation activity and settlements, we noted that in litigated condemnation, the courts should consider the evidence of both the individual owner and condemnation authority which represents the community. The property owner should conduct its own benefit cost assessment weighing the probability of a favorable or unfavorable judgment relative to the costs incurred for litigation.

We arrived at our estimate of condemnation costs after considering the statistics compiled by the FHA and WMATA. In order to quantify our estimate, we offer the following calculations:

| | | | | |
|---|---|---|---|---|
| (1) | $74,000,000 | | $74,000,000 | |
| (2) | 10% | | 25% | |
| (3) | $7,400,000 | to | $18,500,000 | |
| (4) | 15% | | 15% | |
| (5) | $1,110,000 | to | $2,775,000 | |

**Conclude: $2,500,00**

Legend:
- Market value of subject parcels "as-is"
- Percentage of property that will require condemnation
- Dollar value of property that will require condemnation
- Percentage price premium above market value to acquire property through condemnation
- Dollar price premium to acquire property through condemnation

John Ross
April 18, 2005
Page 5

As indicated in our report, we estimated condemnation costs at the upper end of the range due to the political sensitivity and public interest of the proposed ballpark observed during this study, as well as the District of Columbia's aggressive development schedule.

**Environmental and Infrastructure Costs**

The $8,002,640 environmental remediation costs included in our study carries $1,675,260 in costs for public spaces including streets and alley ways. This is indicated in our Environmental Cost Estimate on page 11 of the study/report dated 3/22/05 under economic unit 34. This line shows that the public space is 251,324 square feet (about 5.5 acres) and includes streets, alleys, rights of way and the land located at the south east corner of the property (commonly referred to as the triangle). The potential environmental issues for this public space are discussed on pages 25 and 26 of our report as well as in Appendix C, which contains the full Phase I Environmental Site Assessment.

Our $29.4 million cost estimate for the relocation of the 11'-6" sewage tunnel includes the cost of materials, labor, design and management to relocate the sewer tunnel, including the costs to install and backfill a concrete lining. Pages 29 and 30 of our Report summarize the assumptions utilized to generate the estimate and Page 2 of Appendix D provides a more detailed cost estimate.

**Market Value Calculation**

In order to address the District Council's questions regarding our market value calculation, we refer to Page 57 of Appendix A of our report. It is stated that the first component of our analysis is valuing the subject's underlying land, *assuming it is cleared of any improvements, free of soil contamination, and available for development.* Under the new zoning of the subject, both commercial and residential uses are allowed. Based on new developments nearby planned unit development approvals for neighboring sites, a mixture of residential and commercial development is the likely future use of the subject, absent the stadium. Commercial and residential parcels in a given neighborhood will normally exhibit differing unit values. As indicated on Page 58 of Appendix A of the report, we have estimated a commercial value of $15.00/SF-FAR and a residential value of $22.00/SF-FAR for the Proposed Stadium Site for benchmark commercial and residential parcels respectively at the proposed Stadium Site.

The foregoing conclusions of value per SF-FAR were concluded based on our analysis of the comparable sales. The analysis process involved comparing the comparable sales presented in Appendix A of our report to the benchmark parcel established for the Proposed Stadium Site. The various adjustments applied in this case were for the following elements of comparison:

- conditions of sale;
- time (market conditions);
- location (inclusive of access and visibility); and
- development timing.

You are referred to the attached Land Sales Summary Table, which presents our comparable sales, as well as comments on the qualitative adjustments that were made to each sale. This process resulted in a range of "adjusted" sale prices from which we estimated the per SF-FAR values for the benchmark

John Ross
April 18, 2005
Page 6

parcel. It is important to note that the adjustment for development timing is a key element of comparison that was intended to account for the Proposed Stadium Site's long-term development horizon compared to many of the comparable sales which were acquired for near-term development.

Our estimated SF-FAR values assume the sites are cleared of improvements and free of environmental contamination. Utilizing the previously estimated overall development mix of 4.0 FAR for residential use and 3.0 for commercial use, the blended value estimate is $19.00/SF-FAR for the benchmark parcel. This is a simple weighted average, calculated as follows:

| | | | | |
|---|---|---|---|---|
| Residential @ | $22.00/SF FAR | x | 4.0 FAR = | $88.00 |
| Commercial @ | $15.00/SF FAR | x | 3.0 FAR = | $45.00 |
| Sub-Total | | | 7.0 FAR | $133.00 |
| Divide by Total FAR | | | | _ 7.0 |
| **Blended Benchmark Site** | | | | **$19.00/SF FAR** |

The blended value estimate of $19.00/SF-FAR represents a benchmark for the overall property, to which further adjustments have been applied to account for specific variations between the individual economic units. Based on the total site area of 602,612 square feet, the maximum permitted FAR of 7.0, and the benchmark value estimate of $19.00/SF-FAR, the initial value calculation for *a cleared and environmentally clean* benchmark parcel is $80,147,396, *before* the refinements for individual site characteristics and *before* the adjustment for the contributory value of the interim use improvements. It is noted that this value, based on a benchmark parcel, assumes that all parcels or economic units comprising the Proposed Stadium Site are no better or worse than the benchmark site in terms of physical characteristics (e.g., corner vs. non-corner location, access/visibility, site shape, etc.).

We recognize that differences do in fact exist among the economic units comprising the Proposed Stadium Site. Consequently, individual adjustments equating to +$3,884,810 on an aggregate net basis were made to account for the physical characteristics of individual economic units relative to the benchmark parcel. Making the parcel specific adjustments, suggests an aggregate market value for the Proposed Stadium Site, **assuming the site is free of all environmental contamination and cleared of all building improvements,** of $84,032,206, or $19.93 per square foot of FAR.

The following schedule summarizes all of the adjustments to translate from the aggregated benchmark value assuming the Proposed Stadium Site is already environmentally clean and cleared of improvements, to the as-is market value inclusive of specific parcel qualities, interim improvement contributions, environmental contamination and demolition requirements. In order to consolidate the adjustments, we have presented the total adjustments applied for the entire Proposed Stadium Site, which represent the aggregate for all economic units.

| Gross Benchmark Value Estimate | Add Unit-by-Unit adjustments for (2) | Add Contributory Value of (3) Improvements | (Less) Environmental Remediation Costs | (Less) Demolition Costs (3) | "As-Is" Market Value |
|---|---|---|---|---|---|
| $80,147,396 | +$3,884,810 | +$3,184,342 | ($6,327,380) | ($7,206,570) | $73,682,599 |

(1) Value estimate before adjustments and assuming the economic unit is free of soil contamination and improvements
(2) Adjustments for individual physical characteristics of each economic unit
(2) Contributory value of buildings and improvements (if any) based on interim use rental income
(3) Demolition costs were only deducted to the extent that a given economic unit was improved with buildings and improvements.

John Ross
April 18, 2005
Page 7

Therefore, the total market value for the Proposed Stadium Site, prior to making adjustments for improvements, environmental remediation, and demolition costs, equates to $84,032,206 ($80,147,396 + $3,884,810 = $84,032,206), which further equates to $19.93 per square foot FAR.

Our report presents the "as-is" market value for each economic unit. Due to the uniqueness of the properties with respect to environmental remediation and extent of improvements as well as street frontage, and location influences, two economic units with the same land size may have different as-is market values due to the deductions and attributes addressed above.

**Contact List**

It was not possible to gain access to each site. However every property owner was notified by certified mail of our interest in discussing their specific property. Furthermore, except for cases where access was specifically denied in response to our certified letter (Siegel) and in the case of one entertainment oriented property belonging to another owner, we attempted to personally contact the property occupants at each site during our field inspections. The following table summarizes our efforts to contact, inspect and interview the owners and occupants at each site.

| # | Block | Lot(s) | Notified by Certified Mail | Visited Site | Met Owner | Denied Access | Inspected Exterior | Inspected Interior | Photos Taken | Interviewed | Received Info | Received Financials | Owner Provided Data |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 702 | 106,807,808,826,859-861, 866, 869 (Siegel) | Y | N | N | Y | N | na | na | N | Y | N | N |
| 2 | 702 | 126 (Siegel) | Y | N | N | Y | N | N | Y | N | Y | N | N |
| 3 | 702 | 852 | Y | Y | N | N | Y | na | na | N | Y | na | na |
| 4 | 702 | 853 | Y | Y | N | N | Y | na | na | N | Y | na | na |
| 5 | 702 | 127 (Siegel) | Y | N | N | Y | N | N | Y | N | Y | N | N |
| 6 | 702 | 804, 805, 845 | Y | Y | N | N | Y | na | na | N | Y | na | na |
| 7 | 702 | 841 | Y | N | N | N | N | N | Y | N | Y | Y | Y |
| 8 | 702 | 846 | Y | Y | Y | N | N | Y | Y | Y | Y | Y | Y |
| 9 | 702 | 851, 857 | Y | Y | N | N | Y | na | na | N | Y | na | na |
| 10 | 702 | 858 | Y | Y | N | N | Y | na | na | N | Y | na | na |
| 11 | 702 | 854 | Y | Y | N | N | Y | na | na | N | Y | na | na |
| 12 | 702 | 856 | Y | Y | N | N | Y | na | na | N | Y | na | na |
| 13 | 702 | 855, 868 (Siegel) | Y | N | N | Y | N | na | na | N | Y | N | N |
| 14 | 702 | 37-39 | Y | Y | N | N | Y | N | Y | N | Y | na | na |
| 15 | 702 | 104, 105, 867 | Y | Y | N | N | Y | na | na | N | Y | na | na |
| 16 | 702 | 806 | Y | Y | N | N | Y | na | na | N | Y | | Y |
| 17 | 702 | 862 | Y | Y | N | N | Y | N | Y | N | Y | na | na |
| 18 | 702 | 863 | Y | Y | N | N | Y | N | Y | N | Y | Y | N |
| 19 | 702 | 864 | Y | Y | N | N | Y | N | Y | N | Y | Y | Y |
| 20 | 702 | 865 | Y | Y | N | N | Y | N | Y | N | Y | na | na |

| | Property Name Property Address Square / Lot Number( -) | Sale Date | Sale Price | Land Area (Acres) | Land Area (SF) | Sale Price / SF Land | Proposed Use Zoning Permitted FAR | Sale Price / FAR | Site Condition Site Location | Conditions of Sale | Buyer | Seller | Comparison to Subject Property |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | SALES DATA PROVIDED BY CITY COUNCIL | | | | | | |
| A | 20 M Street, SE Square 698, Lots 1, 2, 3, 20, 804 & 805 | 4/5/2001 | $3,345,000 | 0.51 | 22,312 | $149.92 | Office Building C-3-C 6.5 | $23.06 | Vacant land Corner location | Seller financing | Southeast Realty, LLC (Lerner Enterprises) | 20 M Street Partners, L.P. (c/o Colonial Parking) | > Superior location > Superior proximity to Metro > Shorter development horizon |
| | Comments: | This transaction is Sale #4 in Deloitte's analysis. A total of six parcels were acquired for the indicated sale price of $3,345,000, with a total land area of 22,312 SF. It is possible that the Council misunderstood this sale, as Lot I appears in the assessment records with the total sale price paid for all six parcels. | | | | | | | | | | | |
| B | 1100 S. Capitol Street, SE Square 698, Lot 814 | 8/5/2004 | $4,812,500 | 0.56 | 24,371 | $197.47 | Unknown C-3-C 6.5 | $30.38 | Parking lot Corner location | N/A | 1100 South Capital LLC (c/o Lawrence L. Ruben Co.) | The Green Door LLC (do Leonard Greenberg) | > Superior location > Superior proximity to Metro > Shorter development horizon |
| | Comments: | This transaction is Sale # 1 in our analysis. The sale price in our report differs slightly from the tax records. The variance of $197.06/SF vs. $197.47/SF ($30.32/FAR vs. $30.38/FAR) is not material to the analysis. | | | | | | | | | | | |
| C | 919 New Jersey Avenue, SE Square 738, Lot 16 | 11/3/2004 | $235,000 | 0.02 | 873 | $269.19 | Hold for dev. C-3-C 6.5 | $41.41 | Improved at sale, demo required | None | Square 738, LLC (c/o William C. Smith Co.) | Unknown | > Rejected as comparable due to size |
| | Comments: | This transaction represents the acquisition of a vacant row house. The buyer indicated that an assemblage is planned. The purchaser also indicated that the nearby Capitol Hill Tower project ( I block southeast) received approval for an increased maximum density of 10.0 FAR, which set a precedent and impacts developer's expectations for the immediate neighborhood. A 10.0 FAR for this site would equate to a sale price/FAR of $26.92. | | | | | | | | | | | |
| D | 1029 New Jersey Avenue, SE Square 740, Lot I | 1114/2004 | $675,000 | 0.05 | 2,142 | $315.13 | Continued Use C-3-C 6.5 | N/A | Industrial building Corner location | Purchase by tenant | Hailu Tekleberhan & Meseret Degef (c/o Hailu Tekleberhan/HTT, Inc.) | DACO Corporation (c/o George Cokonis) | > Sale was considered in our original highest and best use analys > Impacted by exigent buyer motivation > Building sale, not relied upon in estimation of land value > Rejected as not comparable due to above |
| | Comments: | This transaction represents the purchase of an industrial building by the tenant, The buyer had leased the property for several years prior to purchase, and will continue to occupy the building. The buyer indicated that they paid the seller's price without performing an appraisal or market research, because they could not afford to relocate their business. This purchase price reflects a special motivation of the buyer, and is not a good indicator of market value. | | | | | | | | | | | |
| E | 1029 New Jersey Avenue, SE Square 740, Lot I | | | | | | | | | | | | |
| | Comments: | Duplicate of D (above), submitted twice. | | | | | | | | | | | |
| F | 156 L Street, SE Square 741, Lot 812 | | | | | | | | | | | | |
| | Comments: | Transferred with G, see below. | | | | | | | | | | | |
| G | 156 L Street, SE Square 741, Lots 812 & 19 | 10/28/2004 | 5220,000 | 0.02 | 840 (70+770) | $261.90 | Redevelopment C-3-C 6.5 | $40.29 | Improved with 2-story retail bldg, demo required Corner location | N/A | Jin Huang | Kyu H. & Mi Y. Kim | > Sale was considered, not relied upon in our analysis > impacted by buyer motivation |
| | Comments: | This transaction represents the purchase of a retail building. This property is the final holdout in the land assemblage for the Marriott site. The adjacent hotel was under construction at the time of sale, and the buyer is now offering the property for sale at a substantially higher price. This purchase price reflects a special motivation of the buyer, and is not a good indicator of market value. | | | | | | | | | | | |
| H | New Jersey Avenue Assemblage Square 743N, Lots 816, 817, 823, 44, 46,47 & 57 | 1/11/2005 | $2,984,800 | 0.24 | 10,569 | $282.41 | Redevelopment C-3-C 6.5 | $43.45 | Parking lot Mid-block location | Assemblage | NJA Associates LLC (The Donohoe Companies, Inc.) | Unknown | > Sale data not available at the time of our analysis > Closed subsequent to announcement of stadium |
| | Comments: | This transaction information was not available at the time Deloitte concluded market research. This is one of three transactions that occurred in the assemblage of I S parcels at the Navy Yard Metro station. A total of seven parcels were acquired in this transaction for the indicated sale price of $2,984,800, with a total land area of 10,569 SF. | | | | | | | | | | | |

| | Property Name Property Address Square / Lot Number(s) | Sale Date | Sale Price | Land Area (Acres) | Land Area (SF) | Sale Price / SF Land | Proposed Use Zoning Permitted FAR | Sale Price / FAR | Site Condition Site Location | Conditions of Sale | Buyer | Seller | Comparison to Subject Property |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | SALES DATA PROVIDED BY CITY COUNCIL | | | | | | |
| 1 | New Jersey Avenue Assemblage Square 743N, Lot 817 | | | | | | | | | | | | |
| | Comments: | Transferred with H, see above. | | | | | | | | | | | |
| 1 | New Jersey Avenue Assemblage Square 743N, Lots 818 & 23 | 1/11/2005 | $1,500,000 | 0.10 | 4,437 | $338.07 | Redevelopment C-3-C 6.5 | $52.01 | Parking lot Mid-block location | Assemblage | NJA Associates LLC (The Donohoe Companies, Inc.) | Unknown | > Sale data not available at the time of our analysis > Closed subsequent to announcement of stadium |
| | Comments: | This transaction information was not available at the time Deloitte concluded market research in 2/2005. This is one of three transactions that occurred in the assemblage of 10 parcels at the Navy Yard Metro station. Two parcels were acquired in this transaction for the indicated sale price of $1,500,000, with a total land area of 4,437 SF. | | | | | | | | | | | | |
| K | New Jersey Avenue Assemblage Square 743N, Lot 823 | | | | | | | | | | | | |
| | Comments: | Transferred with H, see above. | | | | | | | | | | | |
| L | New Jersey Avenue Assemblage Square 743N, Lot 44 | | | | | | | | | | | | |
| | Comments: | Transferred with fl, see above. | | | | | | | | | | | |
| M | New Jersey Avenue Assemblage Square 743N, Lot 45 | 1/11/2005 | $1,707,491 | 0.03 | 1,401 | $1,218.77 | Redevelopment C-3-C 6.5 | $187.50 | Parking lot Mid-block location | Assemblage | NJA Associates LLC (The Donohoe Companies, Inc.) | Unknown | > Sale data not available at the time of our analysis > Closed subsequent to announcement of stadium |
| | Comments: | This transaction information was not available at the time Deloine concluded market research in 2/2005. This is one of three transactions that occurred in the assemblage of 10 parcels at the Navy Yard Metro station. | | | | | | | | | | | | |
| J | New Jersey Avenue Assemblage Square 743N, Lot 47 | | | | | | | | | | | | |
| | Comments: | Transferred with H, see above. | | | | | | | | | | | |
| O | New Jersey Avenue Assemblage Square 743N, Lot 46 | | | | | | | | | | | | |
| | Comments: | Transferred with H, see above. | | | | | | | | | | | |
| P | New Jersey Avenue Assemblage Square 743N, Lot 57 | | | | | | | | | | | | |
| | Comments: | Transferred with H, see above. | | | | | | | | | | | |
| | *Cumulative representation of Sales H through P* H-P New Jersey Avenue Assemblage Square 743N, Lots 816, 817, 44, 46, 47 & 57, 818, 823 & 45 | 1/11/2005 | $6,192,291 | 0.38 | 16,407 | $377.42 | Redevelopment C-3-C 6.5 | $58.06 | Parking lot Mid-block location | Assemblage | NJA Associates LLC (The Donohoe Companies, Inc.) | Unknown | > Sale data not available at the time of our analysis > Closed subsequent to announcement of stadium |
| | Comments: | Cumulative representation of Sales H through P. It is most appropriate to evaluate the three assemblage sales based on the total acquisition cost and the total site area, which is the perspective of a typical developer. | | | | | | | | | | | | |

LAND SALES SUMMARY TABLE

| # | Property Name / Property Address / Squ / Lot Number(,) | Sale Date / Documentk | Sale Price | Land Area (Acres) | Land Ate. (SF) | Sale Price/SF | Proposed Use / Zoning / Permitted FAR | Sale Price/FAR | Site Condition / Sit, Location | Condition of Sale | Buyer | Seller | Comprison m Suhcd Pro try |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | **Near SE Land Sale, -Commerdal** | | | | | | | | | | | | |
| 1 | 100 S. Capitol Street, SE / Square 698, Lot 814 | 7/20/2004 / 108412 | $4,807,167 | 0.56 | 24,394 | $197.06 | Urdmown / C.3-C / 6.5 | $30.32 | Parking lot / Comer location | N/A | 100 South Capital LLC | The Green Door LLC | > Superior location /access / exposure<br>> Superior pmximity 1. Me-<br>> Shona development horizon |
| 2 | 1333 M Street, SE / Square S of 1048, Lot I | 2/28/2003 / 31567 | $2,110,000 | 0.93 | 40,580 | 552.00 | Mixed Use / M / 6.0 | $8.67 | Impeevod at sale-demo required / Comer location | None | 1333 M Street SE LLC | Support Terminals Operating Partnership LP | > Inferior access / exposarc<br>> Inferior proximity to Metro<br>> Inferior zoning |
| 3 | Federal Gateway Two / 212 M Street, SE (aka 250 M Street) / Square 769, Lot 21 | 1/7/2002 / 02377 | $3,100,000 | 0.33 | 14,318 | $216.51 | Office Building / C-3-C / 6.5 | $33.31 | Improved at sale, price includes buyers remcd. & demo costs / Corner location | None | Sq.- 769.LLC (do William C. Smith Co.) | Richard C.Pelicamo(Truo) (do Shell Oil Company) | > Superior location / access / exposure<br>> SupM" proximity to Metro<br>> Shoom development horizon |
| 4 | 20 M Street, SE / Square 698, Lots 1, 2, 3,20,804, 805 | 4/5/2001 / 32849 | $3,345,000 | 0.51 | 22,312 | $149.92 | Office Building / C-3-C / 6.5 | $23.06 | Vacant land / Comer location | Seller Financing | Southeast Really, LLC (Leniee Enterprises) | 20 M Street Partners, L.P. (c/o Colonial Parking) | > Superior location / access / exposure<br>> Superior pmximity ro Mdro<br>> Shona development horizon |
| 5 | 250So-,SW / Square 653, Lot 75 | 3/19/2001 / 31403 | $260,000 | 0.05 | 2,138 | $121.61 | Hold for dev. / CMI / 3.0 | $40.54 | Vacant land / Mid-block location | None | F. D. Grayton, Inc. | Mohammad S. Pr- et a l | > Interior proximity to Metro<br>> Infeeiorzoning<br>> Shorter development horizon |
| 6 | Federal Gateway / 1100 New Jersey Ave., SE (Oar 140 M Street, SE) / Square 742 | 9/18/2000 / 5/24/2000 / 2/7/2000 / 85268 | $6,500,000 | 0.73 | 31,905 | $203.73 | Office Building / C-3-C / 6.5 | $31.34 | Improved at sale-price includes Inlyes reined. & demo costs / Site locations vary | Assemblage .1`3 parcels | Square742.LLC | M/M William Martin / 807 H Street Associates / Anne" Corporation | > Superior location/access/exposure<br>> Superior proximity to Metre<br>> Shonor development horizon |
| 7 | 80 M Street, SE / Square 699, Lot 28 | 2/22/2000 / 18087 | $5,500,000 | 1.04 | 45,117 | $121.91 | Office Building / C-3-C / 6.5 | $18.75 | Vacant Land / Full block, frontage on four streets | None | Spaulding&StyeServtces,L.P. | 80 M Tracks, L.P. | > Superior location / access / exposure<br>> Superior proximity to Memo<br>> Shorter development horizon |
|   | **hen York Ave. Metro Land Sales-Commercial** | | | | | | | | | | | | |
| 8 | 40 Patterson St, NE / Square 672, Lot 253 | 1220/2004 / 83444 | $3,200,000 | 0.59 | 25,526 | $125.36 | Office Budding / C-3-C / 6.5 | $19.29 | Improved withI-story clinic, demo enguyed / M,d.blmk location | None | Forty PatrersonStreet, LLC | HAC, Inn | > Slightly superior location<br>> Superior proxrmay to Metro<br>> Shorter development horizon |
| 9 | Constitution SquarcHkat Capitol Square) / 100 M Street, NE / Square 711, Lot 100 | 9/15/2003 / 118094 | $53,000,000 | 6.94 | 302,429 | $175.25 | Office Complex / C-3-C / 6.5 | $26.96 | Vacant land / Comer location, frontage on 3 streets | None | Square 711 Developer, LLC (c/o The John Akridge Companies) | First & M Street Investing Company, LLC (do Penomse) | > Slightly superior location<br>> Superior proximity to Moon<br>> Shunter development horizon |
| 10 | 4-76 New York Avenue, NE / Square 670 | (/31/2003 / 17394 | $15,000,000 | 2.17 | 94,358 | $158.97 | Hold for Dev. / C-3-C / 6.5 | $24.46 | Vacant land / Full block frontage on three streets (triangular) | Related parties | Coyote Jnmals Nick, LLC c/o Douglas Development Co. | New York Avoue Gateway, LLC do D.F. Antoncli | > Supeior location /access /exposure<br>> Shorter development horizon |
|   | **IN , SE Land Sale, -Resdential** | | | | | | | | | | | | |
| 11 | Jerkins Row Condominiums / 1391 Pennsylvania Avenue, SE / Square 1045, Lots 112-137,834-839 | 10/122004 / 142498 / 142502 | $16,500,000 | 2.11 | 92,040 | $179.27 | Residential Dev. / C-2-B / 3.5 | $51.22 | Improved at sale, demo required / Comer location | Assemblage of 2 parcels | Jenkins Row LP (1Pl) | Father Flannigans Boy's Home and Elvrau Three, LLC | > Superior location / access / exposuro<br>> Superior proximity m Mmm<br>> Shona development horizon |
| 12 | Capitol Hill Tower / 148 L Street, SE / Square 741 | 7/ 17/2000 / 7/14/2000 / 66806 | $4,092,500 | 0.45 | 19,746 | $207.26 | Residential dev. / C-3-C / 6.5 | $31.89 | Improved at sale, demo requited / Comer location | Assemblage | NJA Devdopment Partners (Volbal Cc) LP | Mary & Daniel Loughran Fndin. And New Jersey Avenue LP | > Superior location /access / exposure<br>> Superior pro, miry to Metro<br>> Shona development horizon |
| 13 | 1343-1349 Pennsylvania Avenue, SE / 1320 Potomac Avenue, SE / Square 1045, Lots 127, 128, 817. 818, 828, 836, 837, 840, 841 | 2/32000 / 14426 & 14427 | $8,119,000 | 2.03 | 88,280 | $91.97 | Boys' home / C-2-B / 3.5 | $26.28 | Impmvcd, w/ three 2-story bldg., demo requircd | Assemblage | Father Flannigans Boys' Home | Boel, LLC Potomac Capitol Hill Corporation | > Superior location / access / cap —<br>> Superior proximity to Metre<br>> Shoom development horizon |