IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P., et al. | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )  Civil Action No. 05-1413 (RWR) |
| THE DISTRICT OF COLUMBIA, et al. | ) ) ) |
| Defendants. | ) ) ) |

**PLAINTIFFS' MOTION AND STATEMENT OF POINTS AND AUTHORITIES
REQUESTING HEARING ON DEFENDANTS' MOTION TO DISMISS**

Pursuant to LCvR 7(f), Plaintiffs Southeast Land Development Associates, L.P. ("SLDA"), Square 706, L.L.C., and Kenneth B. Wyban respectfully move for the Court to set an expedited hearing for oral argument on Defendants' Motion to Dismiss.

At the August 5, 2005 hearing on Plaintiffs' Application for Preliminary Injunction, the parties did not argue the merits of Defendants' Motion to Dismiss since that Motion was not fully briefed at the time. While some issues overlapped, Plaintiffs request such an opportunity in order to address the following issue that was not fully addressed in the context of a Motion to Dismiss: Whether the identification of the "public purpose" that justifies confiscation of private property pursuant to the Fifth Amendment "public use" clause is determined solely from the preamble language of the Ballpark Omnibus Financing and Revenue Act of 2004 (D.C. Code Ann. § 10-1601) ("Ballpark Act") rather than from the entire text of that statute and the inextricably-related Private or Alternative Stadium Financing and Cost Trigger Emergency Act of 2004 (D.C. Code Ann. § 3-1401) ("Cost Trigger Act"), as set forth in *Maiatico v. United States*, 302 F.2d 880 (D.C. Cir. 1962). This issue is directly relevant to the Defendants' Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) since that Motion relies exclusively on the preamble language in the Ballpark Act and ignores the text of that law and the Cost Trigger Act.

- 2 -

Accordingly, Plaintiffs respectfully request that the Court set a hearing for oral argument on Defendants' Motion to Dismiss at the earliest possible time.

Dated: August 31, 2005

Respectfully submitted,

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM, LLP

_____
Barry M. Hartman, (D.C. Bar No. 291617)
Charles L. Eisen (D.C. Bar No. 003764)
Christopher E. Dominguez, (D.C. Bar No. 460141)
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 778-9000
(202) 778-9100 (fax)

Counsel for Plaintiffs