IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

SOUTHEAST LAND DEVELOPMENT )
ASSOCIATES, L.P *et al.*, Plaintiffs )   Civil Action No. 05-1413 (RJR)
   v. )
  )
THE DISTRICT OF COLUMBIA, *et al.* )
  )
   **Defendants** )
_____)

## OPPOSITION OF DEFENDANTS TO PLAINTIFFS' MOTION REQUESTING HEARING ON DEFENDANTS' MOTION TO DISMISS

Defendants respectfully oppose plaintiffs' motion for a hearing on the issue of "public use" as unnecessary and redundant.

The issue of "public use" was extensively briefed by both of the parties in their supporting papers on both defendants' motion to dismiss and plaintiffs' motion for a preliminary injunction. The relevant statutes were analyzed in detail both in the parties' written submissions and at the hearing of August 5, 2005. The Court dealt comprehensively with the issue of "public use" in its opinion rendered at the conclusion of the hearing of August 5, 2005. The case cited by plaintiffs in their current motion, Maiatico v. United States, 302 F.2d 880 (D.C. Cir. 1962), is not new to the Court. We cited it at p. 17 of our Memorandum of Points and Authorities in support of defendants' motion to dismiss.

The issue plaintiffs now seek to raise---what statutory language in the Council legislation is relevant to the issue of "public use"---was discussed by the parties at the hearing of August 5, 2005, as the transcript of that proceeding will confirm. Indeed, we identified and relied on several sections of the statutes cited by plaintiffs, including but not limited to Section 101 of the Ballpark Omnibus and Revenue Act of 2004, which plaintiffs incorrectly refer to as the

1

"preamble" rather than what it is, the "legislative findings" section of the statute. The full text of both statutes was before the Court when it made its "public use" determinations in the opinion delivered at the hearing of August 5, 2005.

We are satisfied to submit the motion to dismiss to the Court for its decision on the basis of the extensive record already made in the written submissions of the parties, the oral argument on August 5, 2005, and the opinion rendered by the Court that day as supplemented by the Court on August 8, 2005. We see no useful purpose to be served by a rehashing of the arguments on the issue of "public use", which has been so central throughout the case.

Accordingly, we respectfully request that the motion be denied.

Dated: September 1, 2005

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General in Charge of the Civil Division

EDWARD TAPTICH
Section Chief, Equity II


/s/_____

DANIEL A. REZNECK 31625
Senior Assistant Attorney General
for the District of Columbia
441-4th St., N.W., 6th floor South
Washington, D.C., 20001
Attorney for Defendants
(202) 724-5691

2