IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P. ET AL,
           Plaintiffs

v.                         Civ. Act. No. 05-1413(RJR)

THE DISTRICT OF COLUMBIA ET AL.
           Defendants

ORDER

Plaintiffs having moved for a hearing on defendants' motion to dismiss and defendants having filed a memorandum in opposition, on the basis of the submissions of the parties and the entire record in this case, it is hereby ORDERED that:

       Plaintiffs' motion is denied.

Dated:                                    _____
                                        Richard J. Roberts
                                        Judge of the United States District Court
                                        for the District of Columbia

Copies to:

Barry M. Hartman
Kirkpatrick @ Lockhart Nicholson Graham, LLP
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036

Daniel A. Rezneck
Senior Assistant Attorney General for
the District of Columbia
441-4th St., N.W. Sixth Floor South
Washington, D.C. 20001