IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P *et al.* | ) ) ) | Civil Action No. 05-1413 (RJR) |
| Plaintiffs | ) ) ) | |
| v. | ) ) | |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) | |
| Defendants. | ) ) ) | |

### MOTION OF DEFENDANTS DISTRICT OF COLUMBIA AND ANTHONY A. WILLIAMS FOR A STAY OF DISCOVERY PENDING DECISION BY THE COURT ON DEFENDANTS' MOTION TO DISMISS

Defendants District of Columbia and Mayor Anthony A. Williams move, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and the inherent power of the Court, for a stay of discovery in this case until the Court decides the pending dispositive motion of defendants to dismiss the Complaint for lack of subject matter jurisdiction and failure to state a claim. It is standard practice in this and other jurisdictions to grant such a stay when a motion to dismiss is pending, so as to avoid the unnecessary expenditure of time, resources, and energy by the parties and the Court.

This motion is supported by a memorandum of points and authorities. A proposed Order accompanies the motion.

Plaintiffs do not consent to the grant of this motion.

Dated:  October 12, 2005                    Respectfully submitted,

1

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General in Charge of the Civil Division

EDWARD TAPTICH
Section Chief, Equity II


\_/s/_____

DANIEL A. REZNECK 31625
Senior Assistant Attorney General
for the District of Columbia
441-4th St., N.W., 6th floor South
Washington, D.C., 20001
Attorney for Appellee
(202) 724-5691

2