IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P. ET AL,
          Plaintiffs

      v.                           Civ. Act. No. 05-1413(RJR)

THE DISTRICT OF COLUMBIA ET AL.
          Defendants

ORDER

Defendants having moved for a stay of discovery until disposition of their pending motion to dismiss the Complaint and plaintiffs having opposed the motion, on the basis of the submissions of the parties and the entire record in this case, it is hereby ORDERED that:

    Defendants' motion is granted, and discovery shall be stayed until decision by this Court of defendants' pending motion to dismiss the Complaint.

Dated:

                                                   _____
                                                   Richard J. Roberts
                                                   Judge of the United States District Court
                                                   for the District of Columbia

Copies to:

Barry M. Hartman
Kirkpatrick & Lockhart Nicholson Graham, LLP
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036

Daniel A. Rezneck
Senior Assistant Attorney General for
the District of Columbia
441-4th St., N.W. Sixth Floor South
Washington, D.C. 20001