IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P., et al.<br><br>      Plaintiffs,<br><br>      vs.<br><br>THE DISTRICT OF COLUMBIA, et al.<br><br>      Defendants. | Civil Action No. 05-1413 (RWR) |

## **DEFENDANTS' PROPOSED ORDER**

On the basis of the submissions of the parties in their Joint Report under Local Civil Rule 16.3, the motion of defendants for a stay of discovery until disposition of their pending motion to dismiss the Complaint, plaintiffs' opposition thereto, and the entire record in this case, it is hereby ORDERED that:

    All discovery and other proceedings in this case shall be stayed until decision by the Court of defendants' pending motion to dismiss the Complaint.

**SO ORDERED,** this _____ day of _____ 2005.

_____
Richard W. Roberts
United States District Court Judge

DC-760771 v1