IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P., et al. | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )  Civil Action No. 05-1413 (RWR) |
| THE DISTRICT OF COLUMBIA, et al. | ) ) ) |
| Defendants. | ) ) ) |

### **PLAINTIFFS' PROPOSED ORDER**

Any other parties shall be joined or the pleadings amended within 15 days after the issuance of the Court's scheduling order. Discovery will be permitted until December 19, 2005, except that depositions of experts will be permitted until December 31, 2005. Motions for summary judgment shall be filed by January 16, 2006, memorandum in opposition shall be filed by February 6, 2006, and reply briefs shall be filed by February 20, 2006.

The parties shall have 20 days to respond to discovery requests and 10 days to serve good faith initial objections. Depositions shall be limited to 4 hours each, except expert deposition shall be limited to 7 hours each. Five days notice for depositions shall be sufficient notice.

The pretrial conference will be held the week of February 13, 2006. Trial shall be scheduled to begin March 1, 2006 until completed.

**SO ORDERED,** this _____ day of _____ 2005.

_____
Richard W. Roberts
United States District Court Judge

DC-760772 v1