IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P., et al. ) ) ) ) Plaintiffs, ) ) vs. ) ) THE DISTRICT OF COLUMBIA, et al. ) ) Defendants. ) ) | Civil Action No. 05-1413 (RWR) |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion of District of Columbia Councilmembers David A. Catania and Jim Graham for Leave to File Amicus Curiae Brief in Opposition to Defendants' Motion to Dismiss; Brief Amicus Curiae of District of Columbia Councilmembers David A. Catania and Jim Graham in Opposition to Defendants' Motion to Dismiss, and proposed Order, was served by 1st class mail, postage prepaid, and by e-mail this ___ day of October, 2005, to:

Barry M. Hartman
Kirkpatrick & Lockhart Nicholson Graham LLP
Suite 200
1800 Massachusetts Avenue, N.W.
Washington, D.C.  20036
bhartman@klng.com

Daniel A. Rezneck
Senior Assistant Attorney General
For the District of Columbia
441 Fourth Street, N.W.
6th Floor South
Washington, D.C.  20001
Daniel.Rezneck@dc.gov