IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P., et al. ) | |
| Plaintiffs, ) | |
| vs. ) | Civil Action No. 05-1413 (RWR) |
| THE DISTRICT OF COLUMBIA, et al. ) | |
| Defendants. ) | |

**PROPOSED ORDER**

Upon consideration of Amici Councilmembers' Motion for Leave to file an Amicus Curiae Brief, and the positons of the parties, it is hereby

**ORDERED,** that the Motion be and hereby is granted.

SIGNED this ____ day of _____, 2005.

_____
Richard W. Roberts
United States District Court Judge