IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P. ET AL,
                Plaintiffs

            v.                            Civ. Act. No. 05-1413(RJR)

THE DISTRICT OF COLUMBIA ET AL.
                Defendants

ORDER

Councilmembers Catania and Graham having moved for leave to file an amicus curiae brief in opposition to defendants' pending motion to dismiss the Complaint and defendants having filed a memorandum in opposition, on the basis of these submissions and the entire record in this case, it is hereby ORDERED that:

        The motion for leave to file is DENIED.


Dated:                                        _____
                                        Richard J. Roberts
                                        Judge of the United States District Court
                                        for the District of Columbia


Copies to:

Barry M. Hartman
Kirkpatrick @ Lockhart Nicholson Graham, LLP
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036

Daniel A. Rezneck
Senior Assistant Attorney General for
the District of Columbia
441-4th St., N.W. Sixth Floor South
Washington, D.C. 20001

David A. Catania
Council of the District of Columbia
Room 110
1350 Pennsylvania Ave., N.W.
Washington, D.C. 20004


Jim Graham
Council of the District of Columbia
Room 105
1350 Pennsylvania Ave., N.W.
Washington, D.C. 20004