# EXHIBIT 1

| Unlimited | Basic | Economy | Which Call Plan Fits? | |
| $19.95 /month | $14.95 /month | $7.95 /month | Try Lingo On For Size First Month FREE! | lingo |

# The Washington Times

## www.washingtontimes.com

# Williams defends Anacostia site for ballpark

By Robert Redding Jr. and Tim Lemke
THE WASHINGTON TIMES
Published October 20, 2005

D.C. Mayor Anthony A. Williams yesterday said he is on "alert status" about building a $535 million ballpark along the Anacostia River, as the city government is set to use eminent domain as soon as next week to acquire land for the new stadium.

During his weekly briefing yesterday, Mr. Williams ruled out developing the area around RFK Stadium for Major League Baseball -- which some D.C. Council members have suggested as a money-saving alternative. The stadium currently is being used as the temporary home for the Washington Nationals.

"RFK is not a slam-dunk," Mr. Williams said, noting that efforts to build a new stadium for the Washington Redskins in that area failed. "That is a very difficult site."

The mayor was responding to concerns among council members over the District's financing for and construction of the ballpark.

The District is awaiting approval of a financing plan calling for a $246 million upfront payment from Deutsche Bank in exchange for a lease payment and revenue from the stadium.

The rest of the ballpark would be paid for by the issuance of municipal bonds. Wall Street has refused to grant an investment-grade rating on the bonds until the city fixes certain technical problems with the plan.

Some council members said they think this is an opportunity to revisit the plan to lower the city's costs.

But D.C. Council Chairman Linda W. Cropp, at-large Democrat, said she will block other council members from making any major changes to the deal because it was derived from an agreement signed with Major League Baseball requiring the District to build a new ballpark in Southeast by March 2008.

City officials informed the 23 landowners at the 21-acre ballpark site that they must sell their property to the city by tomorrow or have it taken through eminent domain.

That means the District could begin acquiring properties through eminent domain by next week, though it is likely to try to close any deals that are being negotiated.

Mr. Williams, a Democrat who is not seeking a third term, has been pushing for the Anacostia River location because it is key to his waterfront development initiative.

"When you consider the sum cost already put into this site, all of the time and effort and money," he said. "I think you will find ... there is no longer any comparison."

He also said he wants MLB to select a new owner for the Nationals soon to help move along development of a stadium.

MLB said it could vote on the ownership by next month but will not announce an owner until it has finalized a lease agreement with the District.

Mr. Williams said he does not favor an ownership group led by Jeff Smulyan, chief executive officer of Emmis Communications, which is based in Indianapolis.

"I have a concern that he [Mr. Smulyan] isn't in the city," the mayor said. "I have a concern that his participation in and of itself is diluted by corporate investment, in other words his investment [is] out of town [and] is not even his personally.

"The last thing I want is some far-and-distant corporation having a major stake, control and direction over the baseball franchise," Mr. Williams said.

Mr. Smulyan is considered one of the front-runners to land the team, along with a group led by D.C. businessmen Fred Malek and Jeffrey Zients and another by the Lerner family, which owns a large real estate company in Bethesda.

MLB is reviewing a total of eight bids.

Meanwhile, city officials said they have struck a deal with one landowner at the ballpark site but that most others have been either unwilling to sell or have not responded.

Most landowners have been offered about three times the amount at which properties were assessed, but many have resisted selling because land around the ballpark site has risen sharply in value in anticipation of the stadium.

D.C. officials have said they would like to secure ownership of the land by Dec. 31, with construction on the stadium to begin in March.

Copyright © 2005 News World Communications, Inc. All rights reserved.

**Return to the article**

**Click Here For Commercial Reprints and Permissions**
Copyright © 2005 News World Communications, Inc.

# EXHIBIT 2



# The Washington Times

### www.washingtontimes.com

## Landowners face deadline today

By Robert Redding Jr.
THE WASHINGTON TIMES
Published October 21, 2005

Today is the deadline for property owners in Southeast to comply with the D.C. government's demand that they give up their land for the District's proposed Major League Baseball stadium, but club owner Robert Siegel says he plans to keep fighting.

"I am scared to death," said the landlord of many of the neighborhood's homosexual strip bars and adult theaters. "And I have lost a tremendous amount of business, and right now we don't even know if the stadium is going to be moved or relocated to RFK Stadium. That's what I want. That's what I am hoping for. And at the end of November, I will find out."

D.C. Mayor Anthony A. Williams this week ruled out the RFK option, which some D.C. Council members have suggested as a money-saving alternative. The stadium is being used as the temporary home for the Washington Nationals.

D.C. Council Chairman Linda W. Cropp, at-large Democrat, said she will block other council members from making any major changes to the deal because it was derived from an agreement signed with Major League Baseball requiring the District to build a new ballpark in Southeast by March 2008.

The District has informed Mr. Siegel and 22 other property owners on the 21-acre ballpark site that they will have to move as soon as next week, or the District could exercise its eminent domain powers.

Mr. Siegel, 55, owner of Glorious Health and Amusement, an X-rated homosexual movie house and video store, said his attorney is asking for an injunction.

"The assessment is bananas." said Mr. Siegel, who is an Advisory Neighborhood Commission member and has been in the warehouse area since 1979. "The city has offered me $6.7 million, and $6.7 million dollars doesn't buy you diddly.

"This is my home," he said. "If I lose my house because of baseball, I lose my commission, how about that."

Mary Pacaco, manager of N Street's nearly 17-year-old Quality Carry-Out, said the deadline sneaked up on her.

"We are scared because we don't know where we are going to go," she said, pointing out that the restaurant was built around the steady influx of nearby blue-collar workers.

Neighbor Joe Woodridge, who has run District Transmission for 37 years, said he may not relocate his business in the District at all.

"I am thinking about moving to New Orleans," said Mr. Woodridge, 65, who has bought a house in the Big Easy. "That's my home, and my wife wants me to retire."

Robin Marshall, who is one of about 50 employees at Connecticut-based Lane Construction's Senate Asphalt division on P Street, also said it would be difficult to relocate.

"Most of our work is in the city, so we don't want to be too far away from D.C.," Mrs. Marshall said. "We know we are going to have to move, but in order to find a facility that will facilitate the size we need we would probably have to go ... too far south."

City officials said they have struck a deal with one landowner at the ballpark site but that most others have been either unwilling to sell or have not responded.

Most landowners have been offered about three times the amount at which properties were assessed, but many have resisted selling because the rise in land values around the ballpark site have outpaced the city's offers.

D.C. officials have said they would like to secure ownership of the land by Dec. 31, with construction on the stadium to begin in March.

Copyright © 2005 News World Communications, Inc. All rights reserved.

**Return to the article**


**Click Here For Commercial Reprints and Permissions**
Copyright © 2005 News World Communications, Inc.

# EXHIBIT 3

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
OFFICE OF THE DEPUTY MAYOR FOR PLANNING AND ECONOMIC DEVELOPMENT

★ ★ ★

Stephen M. Green
Director of Development

October 19, 2005

By First Class Mail

Southeast Land Development Associates, L.P., care of:

Harold Zirkin                          Samuel Jon Gerstenfeld
General Partner                        General Partner
6419 Shadow Road                       805 15th Street, N.W.
Chevy Chase, MD  20815                 Suite 230
                                       Washington, DC  20005

**Re:  Offer to Acquire 60-80 O Street, S.E., (Square 703, Lot 53) for Inclusion in Publicly Owned Baseball Stadium Complex**

Dear Messrs. Zirkin and Gerstenfeld:

The District of Columbia has extended to you an offer to purchase the fee simple interest in the unimproved parcel of land located at 60-80 O Street, S.E., in Washington, D.C., described in the District of Columbia tax assessment records as Lot 53 in Square 703 (the "Property"). This purchase offer is made by the Office of the Deputy Mayor for Planning and Economic Development ("DMPED") on behalf of the District of Columbia for the purpose of constructing a baseball stadium complex.

We subsequently met with Mr. Gerstenfeld, his daughter, and their attorneys on September 22, 2005.  On September 30, 2005 we sent correspondence indicating that we had not received a counter-offer from you and that if we did not hear from you, or we have not reached an agreement on a mutually satisfactory price for the Property by October 21, 2005, the District will initiate proceedings to acquire the above referenced property through eminent domain pursuant to its authority under D.C. Official Code §§ 16-1311 through 16-1321 (2001).

We are in receipt of a letter dated October 5, 2005 from Arent Fox, your attorneys, responding with a counter-offer of $85 per FAR foot. We thank you for responding but we hereby reject your counter-offer. Again, if we have not reached an agreement as set forth above, we will proceed as indicated.

Southeast Land Development Associates, L.P.
October 19, 2005
Page two

Sincerely,

Stephen M. Green
Director of Development

cc: Barry M. Hartman, Esq.
    Kirkpatrick & Lockhart
        Nicholson Graham, LLP
    1800 Massachusetts Ave., N.W.
    Suite 200
    Washington, DC 20036-1221

    Barbara S. Wahl, Esq.
    Arent Fox
    1050 Connecticut Ave., NW
    Washington, DC 20035
    (202)857-6395