UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHEAST LAND<br>DEVELOPMENT, L.P., *et al.*,<br>      Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA,<br>*et al.,*<br>      Defendants. | Civil Action No. 05-1413 (RWR/AK) |

**MEMORANDUM ORDER**

Pending before this Court is Non-Party Ryland Mitchell's motion to quash subpoena and for protective order ("Motion") [23] filed in response to an October 13, 2005 subpoena requiring his deposition on October 26, 2005, and the production of documents by his firm, Lipman, Frizzell & Mitchell ("LFM"), on the same date. *See* Exhibit A to Motion. The requested documents and information relate to appraisals conducted by Mr. Mitchell and/or his firm "on any parcels located on the 'primary ballpark site' as that term is defined in Section 105(a)(2) of the Ballpark Omnibus Financing and Revenue Act of 2004." Motion at 1. According to Plaintiffs, Ryland Mitchell ("Mitchell") was retained by the [Defendant] District of Columbia to conduct appraisals of Plaintiffs' real property in connection with the District's stated intent to take such property for the purpose of constructing a professional baseball stadium." *See* Plaintiffs' opposition to the Motion ("Opposition") [24] at 1. Resolution of the Motion was referred to the undersigned on October 25, 2005 by the trial court, because of the imminent return date on the subpoena.

This Court set a telephonic status conference on October 25, 2005, to discuss subpoena

compliance. Counsel for Plaintiffs, Defendants and Non-Party Mitchell were informed of the telephone conference but counsel for Defendants did not participate.[1] In light of the fact that Mitchell has been out of country since October 22, 2005, and he will not return to the United States until November 2, 2005, the Court indicated that it will hold the Motion in abeyance pending Mr. Mitchell's return. In the interim, the Court instructed both counsel to confer about alternative deposition dates for Mitchell and Mitchell's counsel was asked to ascertain whether Mitchell and/or LFM have in their possession the documents listed on the Attachment to the subpoena, and whether they will produce such documents without objection, and so advise the Court. Accordingly, it is this 26th day of October, 2005,

**ORDERED** that the Motion to Quash Subpoena and for Protective Order [23] is hereby **deferred**.

---

ALAN KAY
UNITED STATES MAGISTRATE JUDGE

---

[1] Chambers left two message for Defendants' counsel but he was attending an all-day mediation session and did not receive the messages until after the conference call.