# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>1350 Pennsylvania Avenue, NW,<br>Washington, DC  20004,<br>a municipal corporation,<br><br>       Plaintiff,<br><br>      v.<br><br>521,025 SQUARE FEET OF LAND IN THE<br>DISTRICT OF COLUMBIA, MORE OR LESS,<br>COMPRISED OF:<br><br>ALL OF LOTS 37, 38, AND 39 IN SQUARE 702,<br>CONSISTING OF 5,799 SQUARE FEET OF<br>LAND, MORE OR LESS (hereinafter<br>"Defendant Parcel A");<br><br>ALL OF LOTS 79, 80, 81, 82, 83, 84, 85, 836,<br>AND 838 IN SQUARE 702, CONSISTING OF<br>23,088 SQUARE FEET OF LAND, MORE<br>OR LESS (hereinafter "Defendant Parcel B");<br><br>ALL OF LOTS 106, 126, 127, 807, 808, 826, 852,<br>853, 859, 860, 861, 866, AND 869 IN<br>SQUARE 702, CONSISTING OF 35,989<br>SQUARE  FEET OF LAND, MORE OR LESS<br>(hereinafter "Defendant Parcel D");<br><br>ALL OF LOTS 804, 805, AND 845 IN SQUARE<br>702, CONSISTING OF 8,857 SQUARE FEET OF<br>LAND, MORE OR LESS (hereinafter<br>"Defendant Parcel E");<br><br>ALL OF LOT 846 IN SQUARE 702<br>CONSISTING OF 17,994 SQUARE FEET OF<br>LAND, MORE OR LESS (hereinafter<br>"Defendant Parcel H");<br><br>ALL OF LOTS 854 AND 856 IN SQUARE 702,<br>CONSISTING OF 2,662 SQUARE FEET OF<br>LAND, MORE OR LESS (hereinafter<br>"Defendant Parcel J"); | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

05-0008505

Civil Action No._____(RP)

RECEIVED
Civil Clerk's Office

OCT 2 5 2005

Superior Court of the
District of Columbia
Washington, D.C.

ALL OF LOTS 855 AND 868 IN SQUARE 702,          )
CONSISTING OF 12,721 SQUARE FEET OF             )
LAND, MORE OR LESS (hereinafter                 )
"Defendant Parcel K");                          )
                                                )
ALL OF LOTS 870 AND 871 IN SQUARE 702,          )
CONSISTING OF 36,707 SQUARE FEET OF             )
LAND, MORE OR LESS (hereinafter                 )
"Defendant Parcel M");                          )
                                                )
ALL OF LOT 5 IN SQUARE 703, CONSISTING          )
OF 9,588 SQUARE FEET OF LAND, MORE              )
OR LESS, (hereinafter "Defendant Parcel N");    )
                                                )
ALL OF LOT 8 IN SQUARE 703, CONSISTING          )
OF 9,588 SQUARE FEET OF LAND, MORE              )
OR LESS (hereinafter "Defendant Parcel P");     )
                                                )
ALL OF LOT 53 IN SQUARE 703, CONSISTING )
OF 67,119 SQUARE FEET OF LAND, MORE             )
OR LESS (hereinafter "Defendant Parcel Q");     )
                                                )
ALL OF LOT 54 IN SQUARE 703, CONSISTING )
OF 53,418 SQUARE FEET OF LAND, MORE             )
OR LESS (hereinafter "Defendant Parcel R");     )
                                                )
ALL OF LOT 11 IN SQUARE 704, CONSISTING )
OF 88,595 SQUARE FEET OF LAND, MORE             )
OR LESS (hereinafter "Defendant Parcel T");     )
                                                )
ALL OF LOT 15 IN SQUARE 705, CONSISTING )
OF 88,100 SQUARE FEET OF LAND, MORE             )
OR LESS (hereinafter "Defendant Parcel U");     )
                                                )
ALL OF LOT 802 IN SQUARE 706,                   )
CONSISTING OF 3,233 SQUARE FEET OF              )
LAND, MORE OR LESS (hereinafter                 )
"Defendant Parcel V");                          )
                                                )
ALL OF LOTS 806, 807, AND 808 IN                )
SQUARE 706, CONSISTING OF 57,567                )
SQUARE FEET OF LAND, MORE OR LESS               )
(hereinafter "Defendant Parcel W");             )
                                                )
AND                                             )
                                                )

SOUTHEAST LAND DEVELOPMENT                    )
ASSOCIATES, LP, Owner                         )
C/O SAMUEL JON GERSTENFELD                    )
General Partner                               )
805 15ᵗʰ Street, N.W., Suite 230              )
Washington, DC  20005; ET AL.,                )
                                              )
                    Defendants.               )

## COMPLAINT IN CONDEMNATION
### (ACTION INVOLVING REAL PROPERTY)

The District of Columbia ("District") brings this action against the specified parcels of land

and others, alleging as follows:

### Nature of Action

1.      This is a condemnation action filed pursuant to D.C. Official Code § 16-1311 (2001)

to acquire certain real property designated in the accompanying Declaration of Taking, filed

herewith and incorporated herein, located in the District of Columbia (the "Properties").  The

District brings this civil action for condemnation of real property in connection with the

taking of the Properties under its power of eminent domain, pursuant to the Declaration of

Taking, for the authorized municipal use set forth in the Ballpark Omnibus Financing and

Revenue Act of 2004, D.C. Law 15-320, effective April 8, 2005.  The District seeks

condemnation of the Properties and possession thereof, the ascertainment of the value of the

Properties, and an award of just compensation to the owners and parties with interests in the

Properties taken.

### Jurisdiction

2.      This Court has jurisdiction over this matter pursuant to D.C. Official Code

§§ 11-921(a)(3)(A)(ii) and 16-1303 (2001).

## The Parties

3.    The District is a body corporate for municipal purposes and is the Plaintiff in this

action.  D.C. Official Code § 1-102 (2001).

4.    The Defendants are the Properties and the owners and other parties of interest

identified in Exhibit A, attached hereto.

## Authority

5.    The authority for the taking is D.C. Official Code § 16-1311 (2001), and Title I of the

Ballpark Omnibus Financing and Revenue Act of 2004, D.C. Law 15-320, effective April 8,

2005, and is further set forth in the Declaration of Taking filed herewith.

6.    The Properties cannot be acquired by purchase from the owners thereof at a price

satisfactory to the officers of the District authorized to negotiate for the Properties.

7.    The Properties are taken for an authorized municipal use, namely the construction and

operation of a publicly owned baseball stadium complex, including a stadium and facilities

functionally related and subordinate thereto, and the accompanying infrastructure including

parking, office, and transportation facilities.

8.    Simultaneously with the filing of this Complaint, the District has filed a Declaration

of Taking executed by the Mayor or his duly authorized designee, and tendered to the

Registry of the Court an amount estimated to be just compensation for the Properties, which

amount is set forth in the Declaration of Taking.

WHEREFORE, the District respectfully requests this Court decree that:

A.    the Properties have been condemned to the full extent of the interests set forth

in the Declaration of Taking in accordance with D.C. Official Code § 16-1314 (2001);

B.    all right, title, and interest in and to the Properties are vested in the District of Columbia;

C.    the parties in possession be ordered to surrender possession of the Properties to the District;

D.    just compensation for the taking be ascertained and awarded to the parties entitled thereto; and

E.    the District be granted such other relief as may be lawful and proper.

Trial by jury on the issue of just compensation is required pursuant to D.C. Official Code § 16-1313 (2001).

Date:  October 25, 2005                    Respectfully submitted,

                                           ROBERT J. SPAGNOLETTI
                                           Attorney General for the District of Columbia
                                           CHARLES F. BARBERA
                                           Deputy Attorney General
                                           BRUCE  BRENNAN
                                           Assistant Deputy Attorney General

WITH:

JERRY A. MOORE III                         MICHAEL J. KRAINAK
D.C. Bar No. 911511                        D.C. Bar No. 466888
J.  DOUGLAS BALDRIDGE                      Chief, Real Estate Section
D.C. Bar No. 437678                        Telephone: 202-442-9773
ARI N. ROTHMAN                             Email: michael.krainak@dc.gov
D.C. Bar No. 481334
BISI LADEJI
D.C. Bar No. 490072
VENABLE, LLP                               DAVID FISHER
575 7th Street, N.W.                       D.C. Bar No. 325274
Washington, DC  20004-1601                 Chief, Tax, Bankruptcy & Finance Section
Telephone:  202-344-4000                   Commercial Division
Fax:  202-344-8300                         441 4th Street, N.W., 6th Floor North
Email:  jamoore@venable.com                Washington, DC  20001
                                           Telephone:  202-724-6658
                                           Fax:  202-727-6014
                                           Email:  david.fisher@dc.gov

EXHIBIT A

List of Interested Parties

**Parcel A**
(Lots 37, 38, and 39 in Square 702)
Area of Land:  5,799 square feet, more or less

Interested Parties:
Kenneth B. Wyban, Owner
21 N Street, S.E.
Washington, DC  20003-3545

Thomas F. Ireton, Trustee u/d/t
40 Black Gum Lane
Hilton Head Island, SC  29962

John Renner, Trustee u/d/t
1667  K Street, NW
Suite 510
Washington DC  20006

Alvin Friedman, Trustee u/d/t
210 E. Redwood Street
Suite 400
Baltimore, MD 21202

American Home Mortgage Corp., Mortgagee
(f/k/a Columbia National Inc.)
Serve:
        CSC Lawyers Incorporating Service
        Registered Agent
        11 E. Chase Street
        Baltimore, MD 21202

**Parcel B**
(Lots 79, 80, 81, 82, 83, 84, 85, 836, and 838 in Square 702)
Area of Land:  23,088 square feet, more or less

Interested Parties:
Federal Eagle Associates, LLC, Owner
Serve:
        Phillip J. Steffen
        Registered Agent
        1341 East Capitol Street, SE

#108
Washington, DC  20003

ABC Towing / Arlington Towing, Tenant
Serve:
Barbara Bland
Registered Agent
1325 ½ Wisconsin Ave, NW
Washington, DC  20007

**Parcel D**
(Lots 106, 126, 127, 807, 808, 826, 852, 853, 859, 860, 861, 866, and 869 in Square 702)
Area of Land:  35,989 square feet, more or less

Interested Parties:
1352-1354 Corporation, Owner
Serve:
Robert Siegel
Registered Agent
1352-1354 South Capitol Street, SE
2nd Floor
Washington, DC  20003

Robert Siegel, Inc., Owner
Serve:
Robert Siegel
Registered Agent
1352-1354 South Capitol Street, SE
2nd Floor
Washington, DC 20003

Minga LLC, t/a Heat, Tenant u/d/t
Serve:
Dimitri P. Mallios, Esq.
Registered Agent
1828 L Street, NW
Suite 500
Washington, DC 20036

CJ Enterprises, Ltd. t/a Ziegfelds and Secrets, Tenant u/d/t
Serve:
Louis N. Nichol
Registered Agent
7219 Western Ave, NW
Washington, DC 20015

Atlas Manufacturing, Inc., Tenant
Serve:
      Calvin L. Reid
      Registered Agent
      240 P Street NW
      Washington, DC 20001

Congressional Productions, Inc. t/a Follies Theatre, Tenant
Serve:
      O'Brien and Long Law Firm
      Registered Agent
      Steve O'Brien
      Stuart Long
      2600 Virginia Ave, NW
      #208
      Washington, DC 20037

Robert M. Siegel, t/a Glorious Health and Amusement, Tenant
1352 South Capitol Street SE
2nd Floor
Washington, DC 20003

AB Credit Service, a/k/a AB Credit Enterprises, a/k/a AB Enterprises, Inc., Tenant
Serve:
      Robert Siegel
      Registered Agent
      1352-1354 South Capitol Street, SE
      2nd Floor
      Washington, DC  20003

**Parcel E**
(Lots 804, 805, and 845 in Square 702)
Area of Land:  8,857 square feet, more or less

Interested Parties:
N Street S.E. Joint Venture L.L.C. (DC Revoked), Owner
Serve:
      Barry Alan Minkoff
      Member, Organizer
      Minkoff Company, Inc.
      5223 River Road
      Bethesda, MD  20816

Alternative Towing Transporting Service, Inc. (DC Revoked), Tenant
Serve:

Shirley McIlwain
Secretary
1202 Staples Street, NE
Washington, DC 20002

**Parcel H**
(Lot 846 in Square 702)
Area of Land:  17,994 square feet, more or less.

Interested Parties:
Richard A. Biggs, Individually and as Trustee under certain trusts, Owner
2600 Ridge Road
Mount Airy, MD  21771-4439

Nancy S. Biggs, Individually and as Trustee under certain trusts, Owner
2600 Ridge Road
Mount Airy, MD  21771-4439

Martha English, Owner
3207 Emory Church Road
Olney, MD  20832

Eung Joon Chung, t/a AAMCO Transmissions (DC Revoked), Tenant
1342 South Capitol Street, SE
Washington, DC  20003

E&M Auto Repair (DC Revoked), Tenant
Eung Joon Chung, Director and President
1342 South Capitol Street, SE
Washington, DC  20003

**Parcel J**
(Lots 854 and 856 in Square 702)
Area of Land:  2,662 square feet, more or less

Interested Parties:
South Capitol Street Joint Venture, Owner
Serve:
  Harry W. Goldberg, Esq.
  General Partner
  5530 Wisconsin Avenue
  Suite 1209
  Chevy Chase, MD 20815

  and

Clarence Berman, General Partner
Address Unknown

and

Harry Kroll, General Partner
Address Unknown

and

Jack Shuster, GeneralPartner
Address Unknown

and

Joan Shuster, General Partner
Address Unknown

and

Goldberg Children's Trust, General Partner
Address Unknown


**Parcel K**
(Lots 855 and 868 in Square 702)
Area of Land:  12,721 square feet, more or less

Interested Parties:
1352-1354 Corporation, Owner
Serve:
        Robert Siegel
        Registered Agent
        1352-1354 South Capitol Street, SE
        2nd Floor
        Washington, DC  20003

The Donohoe Companies, Owner
Serve:
        John E. Stinchfield, Esq.
        Registered Agent
        2101 Wisconsin Ave., NW
        Washington, DC  20007

Thomas A. Gentile, Trustee u/d/t
5530 Wisconsin Ave.

Chevy Chase, MD 20815
301-654-5757

Jonathan J. Goldberg, Trustee u/d/t
5530 Wisconsin Ave.
Chevy Chase, MD 20815
301-654-5757

Leon Miskin, Mortgagee
440 East-West Highway
Apartment 223
Bethesda, MD 20814
301-986-4674

Estate of Anita Miskin, Mortgagee
Address Unknown

Estate of Herbert Miskin, Mortgagee
Address Unknown

Reba Miskin Etty, Mortgagee
440 East-West Highway
Apartment 223
Bethesda, MD 20814
301-986-4674

Rose Miskin Biskar, Mortgagee
11520 SE Sunnyside Road
Apt. 501
Clackamas, OR 97015

King Towing, Inc. d/b/a King Towing and Parking Management, Tenant
Serve:
       Rebecca Luz Jaimes
       Registered Agent
       5300 Holmes Run Parkway
       PH14
       Alexandria, VA  22304
       703-370-4699

**Parcel M**
(Lots 870 and 871 in Square 702)
Area of Land:  36,707 square feet

Interested Parties:
1331 Half Street Corporation, Owner

Serve:
> CT Corporation System
> Registered Agent
> 1015 15th Street. NW
> Suite 1000
> Washington, DC 20005
>
> and
>
> V.T. Orrison, President
> 3724 Cardiff Road
> Chevy Chase, MD 20815-5944

Chesapeake and Potomac Telephone Co.
n/k/a Verizon Communications, Inc.,  Easement Beneficiary
Serve:
> CT Corporation System Registered Agent
> 1015 15th Street, NW
> Suite 1000
> Washington, DC 20005

Weber's White Trucks, Tenant
Serve:
> CT Corporation System
> Registered Agent 1015 15th Street, NW
> Suite 1000
> Washington, DC 20005

**Parcel N**
(Lot 5 in Square 703)
<u>Area of Land</u>:  9,588 square feet

<u>Interested Parties</u>:
Patricia Ghiglino, Owner
6561 Shady Side Road
Shady Side, MD 20764

Washington Sculpture Center, Inc., Tenant
Serve:
> Teresa Ghiglino
> Registered Agent
> 1764 Kilbourne Pl. N.W.
> Washington, DC 20010
> 202-232-7419

**Parcel P**
(Lot 8 in Square 703)
Area of Land:  9,588 square feet, more or less

Interested Parties:
Joseph Lukaesko, Owner
6703 Berkshire Drive
Temple Hills, MD 20748

Unknown heirs of Joseph C. Pacheo, Mortgagee

**Parcel Q**
(Lot 53 in Square 703)
Area of Land:  67,119 square feet, more or less

Interested Parties:
Southeast Land Development Associates, Limited Partnership, Owner
Serve:
      Harold Zirkin
      General Partner
      6419 Shadow Road
      Chevy Chase, MD 20815
      301-656-3885

      and

      Samuel Jon Gerstenfeld
      General Partner
      805 15th Street, NW
      Suite 230
      Washington, DC 20005
      202-842-5400

Washington Metropolitan Area Transit Authority, Tenant
Serve:
      Carol O'Keeffe, General Counsel
      WMATA
      600 Fifth Street, NW
      Washington, DC 20001

**Parcel R**
(Lot 54 in Square 703)
Area of Land:  53,418 square feet, more or less

Interested Parties:

Eastern Trans-Waste of Maryland, Inc., f/k/a WSI Acquisitions, Inc., Owner
Serve:
      CT Corporation System
      Registered Agent
      1015 15th Street, NW
      Suite 1000
      Washington, DC 20005

Douglas Graham, Trustee u/d/t
C/o Banknorth, N.A.
111 Main Street
Burlington, VT 05401

Banknorth, N.A., Mortgagee
TD Banknorth, N.A.
Legal Department
P.O. Box 9540
Portland, ME 04112

Caterpillar Financial Services Corporation, Secured Party
Serve:
      Corporation Services Company
      Registered Agent
      1090 Vermont Ave., NW
      Washington, DC 20005

District of Columbia Water and Sewer Authority
Serve: Jerry Johnson, President


**Parcel T**
(Lot 11 in Square 704)
Area of Land: 88,595 square feet, more or less

Interested Parties:
Government Services, Inc., Owner
Serve:
      Corporation Services Company
      United States Corporation Company
      1090 Vermont Ave., NW
      Suite 430
      Washington, DC 20005

      and

      Douglas Verner, Officer

Government Services, Inc.
3055 Prosperity Ave.
Fairfax, VA 22031-2216

Alan M. Hantman, Architect of the Capitol, Tenant
U.S. Capitol Building
SB-15
Washington, DC 20515

**Parcel U**
(Lot 15 in Square 705)
<u>Area of Land</u>:  88,100 square feet, more or less

<u>Interested Parties</u>:
Roubin Associates, L.L.C., t/a Roubin and Janeiro, Inc., Owner
Serve:
 Robert Flinn
 Registered Agent
 8300 Boone Blvd.
 Suite 225
 Vienna, VA 22182

**Parcel V**
(Lot 802 in Square 706)
<u>Area of Land</u>:  3,233 square feet, more or less

<u>Interested Parties</u>:
Square 706 LLC, Owner
Serve:
 Stephen Best
 Registered Agent
 1875 Connecticut Ave., NW
 Suite 1200
 Washington, DC  20009-5728

 and

 Eric Meyers, Member
 4938 Hampden Lane
 Suite 305
 Bethesda, MD  20814-2914

Government of the District of Columbia
Office of Tax and Revenue – Income Tax Lien vs. William Martin
941 North Capitol St., NE
Washington, DC 20002

**Parcel W**
(Lots 806, 807, and 808 in Square 706)
<u>Area of Land</u>:  57,567 square feet, more or less

<u>Interested Parties</u>:

Schroff Real Estate Company, a general partnership, Owner
Serve:
       Nancy Schroff, General Partner
       1700 N. Highland Street
       Arlington, VA 22201

       and

       Evelyn Hummel, General Partner
       10227 Shiloh Street
       Fairfax, VA 22030

       and

       Frank Schroff, General Partner
       900 Monroe Bay Circle
       Colonial Beach, VA 22443

       and

       Guy Schroff, General Partner
       1034 Knight Lane
       Herndon, VA 20170

Lane Construction, Tenant
Serve:
       CT Corporation System Registered Agent
       1015 15th Street, NW
       Suite 1000
       Washington, DC 20005


Arc Metal Fabricators, Inc. (MD), Tenant
Serve:  Karen J. Scott, Reg. Agent
       4215 Fort DuPont St., SE
       Washington, DC 20020

Rana P. Singh, d/b/a Yourway Taxi Cab, Tenant
39 Q Street SW
Washington, DC 20024

Government of the District of Columbia
Office of Tax and Revenue – delinquent Real Property Tax
941 North Capitol St., NE
Washington, DC 20002

Government of the District of Columbia
Department of Public Works – Clean City Liens
2000 14th St., NW 6th Floor
Washington, DC 20009