**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

DISTRICT OF COLUMBIA )
1350 Pennsylvania Avenue, NW, )
Washington, DC  20004, )
a municipal corporation, )
 )
         Plaintiff, )
 )
 )
      v. )
 ) Civil Action No._____(RP)
521,025 SQUARE FEET OF LAND IN THE )
DISTRICT OF COLUMBIA, MORE OR LESS, )
COMPRISED OF: )
 )
ALL OF LOTS 37, 38, AND 39 IN SQUARE 702, )
CONSISTING OF 5,799 SQUARE FEET OF )
LAND, MORE OR LESS (hereinafter )
"Defendant Parcel A"); )
 )
ALL OF LOTS 79, 80, 81, 82, 83, 84, 85, 836, )
AND 838 IN SQUARE 702, CONSISTING OF )
23,088 SQUARE FEET OF LAND, MORE )
OR LESS (hereinafter "Defendant Parcel B"); )
 )
ALL OF LOTS 106, 126, 127, 807, 808, 826, 852, )
853, 859, 860, 861, 866, AND 869 IN )
SQUARE 702, CONSISTING OF 35,989 )
SQUARE  FEET OF LAND, MORE OR LESS )
(hereinafter "Defendant Parcel D"); )
 )
ALL OF LOTS 804, 805, AND 845 IN SQUARE )
702, CONSISTING OF 8,857 SQUARE FEET OF )
LAND, MORE OR LESS (hereinafter )
"Defendant Parcel E"); )
 )
ALL OF LOT 846 IN SQUARE 702 )
CONSISTING OF 17,994 SQUARE FEET OF )
LAND, MORE OR LESS (hereinafter )
"Defendant Parcel H"); )
 )
ALL OF LOTS 854 AND 856 IN SQUARE 702, )
CONSISTING OF 2,662 SQUARE FEET OF )
LAND, MORE OR LESS (hereinafter )
"Defendant Parcel J"); )

05-0009505

RECEIVED
Civil Clerk's Office

OCT 2 5 2005

Superior Court of the
District of Columbia
Washington, D.C.

ALL OF LOTS 855 AND 868 IN SQUARE 702, )
CONSISTING OF 12,721 SQUARE FEET OF )
LAND, MORE OR LESS (hereinafter )
"Defendant Parcel K"); )
)
ALL OF LOTS 870 AND 871 IN SQUARE 702, )
CONSISTING OF 36,707 SQUARE FEET OF )
LAND, MORE OR LESS (hereinafter )
"Defendant Parcel M"); )
)
ALL OF LOT 5 IN SQUARE 703, CONSISTING )
OF 9,588 SQUARE FEET OF LAND, MORE )
OR LESS, (hereinafter "Defendant Parcel N"); )
)
ALL OF LOT 8 IN SQUARE 703, CONSISTING )
OF 9,588 SQUARE FEET OF LAND, MORE )
OR LESS (hereinafter "Defendant Parcel P"); )
)
ALL OF LOT 53 IN SQUARE 703, CONSISTING )
OF 67,119 SQUARE FEET OF LAND, MORE )
OR LESS (hereinafter "Defendant Parcel Q"); )
)
ALL OF LOT 54 IN SQUARE 703, CONSISTING )
OF 53,418 SQUARE FEET OF LAND, MORE )
OR LESS (hereinafter "Defendant Parcel R"); )
)
ALL OF LOT 11 IN SQUARE 704, CONSISTING )
OF 88,595 SQUARE FEET OF LAND, MORE )
OR LESS (hereinafter "Defendant Parcel T"); )
)
ALL OF LOT 15 IN SQUARE 705, CONSISTING )
OF 88,100 SQUARE FEET OF LAND, MORE )
OR LESS (hereinafter "Defendant Parcel U"); )
)
ALL OF LOT 802 IN SQUARE 706, )
CONSISTING OF 3,233 SQUARE FEET OF )
LAND, MORE OR LESS (hereinafter )
"Defendant Parcel V"); )
)
ALL OF LOTS 806, 807, AND 808 IN )
SQUARE 706, CONSISTING OF 57,567 )
SQUARE FEET OF LAND, MORE OR LESS )
(hereinafter "Defendant Parcel W"); )
)
AND )
)

SOUTHEAST LAND DEVELOPMENT )
ASSOCIATES, LP, Owner )
C/O SAMUEL JON GERSTENFELD )
General Partner )
805 15th Street, N.W., Suite 230 )
Washington, DC 20005; ET AL., )
 )
   Defendants. )

## DECLARATION OF TAKING

The District of Columbia ("District"), pursuant to D.C. Official Code § 16-1314

(2001), hereby declares that:

1. The Properties subject of this action, and more fully described below in ¶ 3, are

taken for an authorized municipal use, namely the construction and operation of a

publicly owned baseball stadium complex, including a stadium and facilities functionally

related and subordinate thereto, and the accompanying infrastructure including parking,

office, and transportation facilities.

2. The Properties subject of this action are taken under authority of D.C. Official

Code § 16-1311 (2001), and Title I of the Ballpark Omnibus Financing and Revenue Act

of 2004, D.C. Law 15-320, effective April 8, 2005.

3. The Properties described below are hereby taken for the use and purpose

identified above:

 a. Defendant Parcel A, subject of the condemnation action, is real property

comprising 5,799 square feet, more or less, known as Lots 37, 38, and 39 in

Square 702 in the District of Columbia and more specifically described in Exhibit

A, and as shown in the accompanying plan set forth in Exhibt A-1. The estate in

Defendant Parcel A taken is an estate in fee simple absolute, including without

limitation any and all rights, claims, or interests in and to the Property. The sum of money estimated to be just compensation for Defendant Parcel A is $1,225,000.

b.      Defendant Parcel B, subject of the condemnation action, is real property comprising 23,088 square feet, more or less, known as Lots 79, 80, 81, 82, 83, 84, 85, 836, and 838 in Square 702 in the District of Columbia and more specifically described in Exhibit B, and as shown in the accompanying plan set forth in Exhibit B-1. The estate in Defendant Parcel B taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property. The sum of money estimated to be just compensation for Defendant Parcel B is $4,017,000.

c.      Defendant Parcel D, subject of the condemnation action, is real property comprising 35,989 square feet, known as Lots 106, 126, 127, 807, 808, 826, 852, 853, 859, 860, 861, 866, and 869 in Square 702 in the District of Columbia and more specifically described in Exhibit D, and as shown in the accompanying plan set forth in Exhibit D-1. The estate in Defendant Parcel D taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property. The sum of money estimated to be just compensation for Defendant Parcel D is $6,993,000.

d.      Defendant Parcel E, subject of the condemnation action, is real property comprising 8,857 square feet, more or less, known as Lots 804, 805, and 845 in Square 702 in the District of Columbia and more specifically described in Exhibit E, and as shown in the accompanying plan set forth in Exhibit E-1. The estate in

Defendant Parcel E taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property. The sum of money estimated to be just compensation for Defendant Parcel E is $1,620,000.

e.    Defendant Parcel H, subject of the condemnation action, is real property comprising 17,994 square feet, more or less, known as Lot 846 in Square 702 in the District of Columbia and more specifically described in Exhibit H, and as shown in the accompanying plan set forth in Exhibit H-1. The estate in Defendant Parcel H taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property. The sum of money estimated to be just compensation for Defendant Parcel H is $3,152,000.

f.    Defendant Parcel J, subject of the condemnation action, is real property comprising 2,662 square feet, more or less, known as Lots 854 and 856 in Square 702 in the District of Columbia and more specifically described in Exhibit J, and as shown in the accompanying plan set forth in Exhibit J-1. The estate in Defendant Parcel J taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property. The sum of money estimated to be just compensation for Defendant Parcel J is $521,000.

g.    Defendant Parcel K, subject of the condemnation action, is real property comprising 12,721 square feet, more or less, known as Lots 855 and 868 in Square 702 in the District of Columbia and more specifically described in Exhibit K, and as shown in the accompanying plan set forth in Exhibit K-1. The estate in Defendant Parcel K taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property. The sum

of money estimated to be just compensation for Defendant Parcel K is $2,045,000.

h.        Defendant Parcel M, subject of the condemnation action, is real property comprising 36,707 square feet, more or less, known as Lots 870 and 871 in Square 702 in the District of Columbia and more specifically described in Exhibit M, and as shown in the accompanying plan set forth in Exhibit M-1.  The estate in Defendant Parcel M taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property.  The sum of money estimated to be just compensation for Defendant Parcel M is $6,105,000.

i.        Defendant Parcel N, subject of the condemnation action, is real property comprising 9,588 square feet, more or less, known as Lot 5 in Square 703 in the District of Columbia and more specifically described in Exhibit N, and as shown in the accompanying plan set forth in Exhibit N-1.  The estate in Defendant Parcel N taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property.  The sum of money estimated to be just compensation for Defendant Parcel N is $1,793,000.

j.        Defendant Parcel P, subject of the condemnation action, is real property comprising 9,588 square feet, more or less, known as Lot 8 in Square 703 in the District of Columbia and more specifically described in Exhibit P, and as shown in the accompanying plan set forth in Exhibit P-1.  The estate in Defendant Parcel P taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property.  The sum of money estimated to be just compensation for Defendant Parcel P is $1,735,000.

k.      Defendant Parcel Q, subject of the condemnation action, is real property comprising 67,119 square feet, more or less, known as Lot 53 in Square 703 in the District of Columbia and more specifically described in Exhibit Q, and as shown in the accompanying plan set forth in Exhibit Q-1.  The estate in Defendant Parcel Q taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property.  The sum of money estimated to be just compensation for Defendant Parcel Q is $10,994,000.

l.      Defendant Parcel R, subject of the condemnation action, is real property comprising 53,418 square feet, more or less, known as Lot 54 in Square 703 in the District of Columbia and more specifically described in Exhibit R, and as shown in the accompanying plan set forth in Exhibit R-1.  The estate in Defendant Parcel R taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property.  The sum of money estimated to be just compensation for Defendant Parcel R is $8,740,000.

m.      Defendant Parcel T, subject of the condemnation action, is real property comprising 88,595 square feet, more or less, known as Lot 11 in Square 704 in the District of Columbia and more specifically described in Exhibit T, and as shown in the accompanying plan set forth in Exhibit T-1.  The estate in Defendant Parcel T taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property.  The sum of money estimated to be just compensation for Defendant Parcel T is $13,820,000.

n.      Defendant Parcel U, subject of the condemnation action, is real property comprising 88,100 square feet, more or less, known as Lot 15 in Square 705 in the

District of Columbia and more specifically described in <u>Exhibit U</u>, and as shown in the accompanying plan set forth in <u>Exhibit U-1</u>. The estate in Defendant Parcel U taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property. The sum of money estimated to be just compensation for Defendant Parcel U is $13,625,000.

o.       Defendant Parcel V, subject of the condemnation action, is real property comprising 3,233 square feet, more or less, known as Lot 802 in Square 706 in the District of Columbia and more specifically described in <u>Exhibit V</u>, and as shown in the accompanying plan set forth in <u>Exhibit V-1</u>. The estate in Defendant Parcel V taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property. The sum of money estimated to be just compensation for Defendant Parcel V is $294,000.

p.       Defendant Parcel W, subject to the condemnation action, is real property comprising 57,567 square feet, more or less, known as Lots 806, 807, and 808 in Square 706 in the District of Columbia and more specifically described in <u>Exhibit W</u>, and as shown in the accompanying plan set forth in <u>Exhibit W-1</u>. The estate in Defendant Parcel W taken is an estate in fee simple absolute, including without limitation any and all rights, claims, or interests in and to the Property. The sum of money estimated to be just compensation for Defendant Parcel W is $7,253,000.

4. The sum of money estimated to be just compensation for the Properties taken, including all interests therein, is EIGHTY-THREE MILLION, NINE HUNDRED

THIRTY-TWO THOUSAND DOLLARS ($ 83,932,000.00); said sum is deposited

herewith into the Registry of this Court for the use of the persons entitled thereto.

**IN WITNESS WHEREOF**, the District of Columbia has caused this Declaration

of Taking to be signed in its name this 25th day of October 2005, in the City of

Washington, District of Columbia.


                        THE DISTRICT OF COLUMBIA


                        _____
                        ANTHONY A. WILLIAMS
                              MAYOR

# EXHIBIT – A
## LEGAL DESCRIPTION

**SQUARE 702; LOTS 37, 38 and 39**

Lot numbered Thirty-seven (37), Thirty-eight (38) and Thirty-nine (39) in A. Richard and T. A. Richard's subdivision in Square numbered Seven Hundred Two (702), as per plat recorded in Liber WF at Folio 2 in the Surveyor's Office of the District of Columbia.



# EXHIBIT – B
## LEGAL DESCRIPTION

**SQUARE 702; LOTS 79, 80, 81, 82, 83, 84, 85, 836 and 838**

Lots numbered Seven-nine (79) to Eighty-five (85), both inclusive, and Lots numbered Forty-five (45) to Fifty-one (51), both inclusive, in Alfred and Thomas A. Richard's subdivision of lots in square numbered Seven Hundred and Two (702), as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber W.F. at folio 2.

Also alley closed in Square numbered Seven Hundred and Two (702), as shown on plat recorded in said Surveyor's Office in Liber 120 at folio 66, described as follows: Beginning for the same at the Northwest corner of lot 45 in said Square, and running thence South along the West lines of Lots 45 to 51, both inclusive, 143.71 feet to the North line of a public alley 15 feet wide; thence West along said North line of said alley, 8.17 feet to the Southeast corner of lot 85 in said square; thence North along the East line of Lots 85, 84, 83, 82, 81, 80 and 79 in said Square 143.71 feet to the Northeast corner of Lot 79 and the South line of a public alley 10 feet wide; thence East along said South line of said alley, 8.17 feet to the place of beginning.

All of the above described property being now known for purposes of assessment and taxation as lots 79 to 85 inclusive, 836 and 838 in said Square 702.

Defendant Parcel B





# EXHIBIT – D
## LEGAL DESCRIPTION

**SQUARE 702; LOTS 106, 807, 808, 826, 852, 853, 859, 866, 860, 861 and 869**

Lot numbered 106 in Square numbered 702 in a subdivision made by Alfred Richards and William A. Richards as per plat recorded in Liber 20 at folio 155 in the Office of the Surveyor for the District of Columbia.

ALSO

The East 2 feet 4 inches on "N" Street South by a depth of 27 feet and 7 inches of Lot numbered 33 in Square numbered 702 in A. and T. A. Richards subdivision recorded in the Office of the Surveyor for the District of Columbia in Liber W. F. at folio 2.

Said property being now known for assessment and taxation purposes as Lot(s) 807 in Square 702.

ALSO

Part of Original Lot numbered 11 in Square numbered 702 described as follows:
The East 2 feet 4 inches of Original Lot 11 lying South of the East 2 feet 4 inches of said Lot numbered 33.

Said property now known for assessment and taxation purposes as Lot(s) 808 in Square 702.

ALSO

Lots numbered 103 in Square numbered 702 in a subdivision made by Alfred Richards and William A. Richards, as per plat recorded in Liber 20 at folio 155 in the Office of the Surveyor for the District of Columbia.  Also, part of Lot numbered 31 in Square numbered 702 in the subdivision made by A. Richards and others as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber W.F. at folio 2, described as follows:

BEGINNING for the same at the Southwest corner of said Lot numbered 103 and running thence East along the South line of said lot, 17.90 feet to the Southeast corner thereof; thence South and

parallel with the East line of South Capitol Street, 6.58 feet; thence West and parallel with the South line of said Lot 103, 17.90 feet to the East line of South Capitol Street, thence North along said East line, 6.50 feet to the point of beginning.

Said property being now known for assessment and taxation purposes as Lot(s) 826 in Square 702.

ALSO

Lot numbered 28 in Square numbered 702 in a subdivision made by Alfred Richards and Thomas A. Richards as per plat recorded in Liber W.F. at folio 2 in the Office of the Surveyor for the District of Columbia; Also, part of Alley Closed as shown on plat of "Closing of Alleys Square 702" recorded in the Office of the Surveyor for the District of Columbia in Liber 161 at folio 199.

Said property being now known for assessment and taxation purposes as Lot(s) 852 in Square 702.

ALSO

Lots numbered 95, 101 and 102 in Square numbered 702 in a subdivision made by Alfred Richards and William A. Richards as per plat recorded in Liber 20 at folio 153 in the Office of the Surveyor for the District of Columbia.  Also, parts of Alley Closed as shown on plat of "Closing of Alleys Square 702" recorded in the Office of the Surveyor for the District of Columbia in Liber 161 at folio 199.

Said property being now known for assessment and taxation purposes as Lot(s) 853, 859 and 866 in Square 702.

ALSO

Lots numbered 107 and 108 in Square numbered 702 in a subdivision made by Alfred Richards and William A. Richards as per plat recorded in Liber 20 at folio 155 in the Office of the Surveyor for the District of Columbia.  Also, part of Alley Closed as shown on plat of "Closing of Public Alley Square 702" recorded in the Office of the Surveyor for the District of Columbia in Liber 161 at Folio 199.

Said property being now known for assessment and taxation purposes as Lots 860 and 861 in Square 702.

2

ALSO

Part of Lot numbered 34 in A. Richards and others' subdivision of lots in Square numbered 702, as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber W.F. at folio 2; being the West 11.82 feet front on an alley in the rear of Premises No. 11 N Street, S.E., and containing 293 square feet, more or less. Also, part of Alley Closed as shown on plat of "Closing of Public Alleys Square 702" recorded in the Office of the Surveyor for the District of Columbia in Liber 161 at folio 199.

Said property being now known for assessment and taxation purposes as Lot(s) 869 in Square 702.

**AND SQUARE 702; LOT 126**

Lot numbered One Hundred Twenty-five (125) in Square numbered Seven Hundred Two (702) in a subdivision made by Robert Michael Siegel, as per plat recorded in Liber 177 at folio 68 among the Records of the Office of the Surveyor for the District of Columbia.

The above property is now known for purposes of Assessment and Taxation as Lot numbered One Hundred Twenty-six (126) in Square numbered Seven Hundred Two (702).

**AND SQUARE 702; LOT 127**

Original Lot numbered 1 in Square numbered 702. Also, Lots numbered 59, 60 and 61 in Alfred and Thomas A. Richard's subdivision of lots in Square numbered 702, as per plat recorded in Liber W.F. at folio 2 in the Office of the Surveyor for the District of Columbia. Also part of alley closed in Square numbered 702, as shown on plat recorded in said Surveyor's Office in Liber 99 at folio 155, described as follows: Beginning at the Southwest corner of said Lot 61; thence West, 4.085 feet; thence North 59.666 feet; thence East, 4.085 feet to the Northwest corner of said Lot 59; thence South along the rear line of said lots 59, 60 and 61, 59.666 feet to the place of beginning.

Said property being formerly known for assessment and taxation purposes as Lot numbered 850 in Square numbered 702.

ALSO

Lots 62, 93 and 94 in Alfred and Thomas A. Richard's subdivision of lots in Square numbered 702, as per plat recorded in Liber W.F. at folio 2, in the Office of the Surveyor for the District of Columbia. Also part of alley closed as shown on plat recorded in said Surveyor's Office in Liber 99 at folio 155, described as follows: Beginning a the Southeast corner of said Lot 62 and running thence North along the East line of said lots 62, 94 and 93 to the Northeast corner of said Lot 93; thence East 4.085 feet; thence South to a point 4.085 feet East of the Southeast corner of said Lot 62; thence West 4.085 feet to the point of beginning. Also part of another alley closed, as shown on plat recorded in said Surveyor's Office in Liber 11 at folio 54, described as follows: Beginning at the Northwest corner of said Original Lot 1 and running thence North 59.67 feet to a point 15 feet West of the Northwest corner of said Lot 93; thence East 15 feet to the Northwest corner of Lot 93; thence South along the West lines of said Lots 93, 94 and 62, 59.67 feet to the Southwest corner of said Lot 62 and the North line of said Original Lot 1; thence West along the North line of said Original Lot 1, 15 feet to the point of beginning.

Said property formerly known for assessment and taxation purposes as Lot numbered 837 in Square 702

All OF THE ABOVE LOTS, 850 AND 837 ARE NOW KNOWN FOR ASSESSMENT AND TAXATION AS LOT NUMBERED 127 IN SQUARE 702.

4



Defendant Parcel D

# EXHIBIT – E
## LEGAL DESCRIPTION

### SQUARE 702; LOTS 804, 805 and 845

The East 8 feet 4 inches front of South "N" Street by the depth thereof of Lot numbered 43 and the West 8 feet front on South "N" Street by the depth thereof of Lot numbered 44 in Square numbered 702 in a subdivision made by Alfred and Thomas A. Richards as per plat recorded in Liber W.F. at folio 2 in the Office of the Surveyor for the District of Columbia.

Said property being now known for assessment and taxation purposes as Lot 805 in Square 702.

ALSO

Part of Lots numbered 42 and 43 in Square numbered 702 in a subdivision made by Alfred and Thomas a. Richards as per plat recorded in Liber WF at folio 2 in the Office of the Surveyor for the District of Columbia, described as follows:

BEGINNING for the same on the South line of N Street, S.E., 30 feet 4 inches West from the Northeast corner of said Square numbered 702 and running thence West along the said South line of "N" Street, 17 feet 1 inch; thence South 100 feet to a 10 foot alley; thence along the North line of said alley, East 17 feet, 1 inch and thence North 100 feet to the place of beginning.

Said property being now known for assessment and taxation purposes as Lot 804 in Square 702.

ALSO

Lots numbered 40, 41 and the West 13.92 feet front on South "N" Street by the full depth thereof of Lot 42 in Square numbered 702 in a subdivision made by Alfred and Thomas A. Richards as per plat recorded in Liber WF at folio 2 in the Office of the Surveyor for the District of Columbia.

Said property being now known for assessment and taxation purposes as Lot 845 in Square 702.



Defendant Parcel E

# EXHIBIT – H
## LEGAL DESCRIPTION

**SQUARE 702; LOT 846**

Lots numbered One Hundred and Nineteen (119) to One Hundred and Twenty-three (123) inclusive in William A. Richards and others, Trustees' subdivision of lots in Square numbered Seven Hundred and Two (702), as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 30 at folio 157.  The property is now known as Lot 0846 in Square 0702 in the District of Columbia records.

**EXHIBIT H-1**

Defendant Parcel H





# EXHIBIT – J
## LEGAL DESCRIPTION

**SQUARE 702; LOTS 854 and 856**

Lot (s) numbered 96 and 98 in Square numbered 702 in a subdivision made by Alfred Richards and William A. Richards as per plat recorded in Liber 20 at folio 153 in the Office of the Surveyor for the District of Columbia.

Also, Part of Alley Closed as shown on plat of "Closing of Alleys Square 702" recorded in the Office of the Surveyor for the District of Columbia in Liber 161 at folio 199.

Said property being now known for assessment and taxation purposes as Lots numbered 854 and 856 in Square numbered 702.

**EXHIBIT J-1**

Defendant Parcel J





# EXHIBIT – K
## LEGAL DESCRIPTION

**SQUARE 702; LOTS 855 and 868**

Lot 97 in Andrew and William A. Richard's subdivision of lots in Square 702, as per plat recorded in the Surveyor's Office for the District of Columbia in Liber 20 at folio 153, ALSO, part of alley closed in said Square 702.

Said property being now known for assessment and taxation purposes as Lot 855 in Square 702.

Lots 72 to 78, both inclusive, in Alfred and T.A. Richard's subdivision of Square 702, as per plat recorded in said Surveyor's Office in Liber W.F. at folio 2, ALSO, part of alley closed in Square 702.

Said property being now known for assessment and taxation purposes as Lot 868 in Square 702.

**EXHIBIT K-1**

Defendant Parcel K





# EXHIBIT – M
## LEGAL DESCRIPTION

### SQUARE 702; LOTS 870 and 871

Parcel 1

Part of lot 65 and all of Lots 66 to 71, inclusive, in Square 702, as per plat recorded among the Records of the Surveyor's Office of the District of Columbia, in Liber W. F. at folio 2.

Also, part of alley closed as shown on plat recorded in Liber 119 at folio 54.

All of the above property described in one parcel as follows:

Beginning on the Northeast corner of Lot 71 shown in Plat Book W.F. at folio 2, and running thence Southerly along the East line of said Lot 71, 87.50 feet to a point, thence Westerly with right angle to a point 139.48 feet, thence North, with right angle to a point, 87.50 feet, thence East 139.48 feet, to the point of beginning.

At the date hereof the above described land is designated on the Records of the Assessor of the District of Columbia for assessment and taxation purposes as Lot 870 in Square 702.

Parcel II

All of Lots 52 to 58 and 86 to 92, in Square 70, as per plat recorded in Liber W.F., at folio 2, and parts of alleys closed, as shown on plats in Liber no. 99 at folio 155 and Liber 119 at folio 54, being described in one parcel as follows:

Beginning on the Southeast corner of Lot 52 in said Square, being shown on the North line of Half Street, S.E., thence Westerly along the said North line of Half Street, S.E., 139.48 feet to a point, said point being the Southwest corner of Lot 58, as shown in the aforesaid subdivision (Liber W.F. at folio 2); thence North at right angle to a point 175.67 feet, thence East at right angle 139.48 feet to a point; thence South 175.67 feet to the point of beginning.

At the date hereof the above described land is designated on the Records of the Assessor of the District of Columbia for assessment and taxation purposes as Lot 871 in Square 702.

Defendant Parcel M



# EXHIBIT – N
## LEGAL DESCRIPTION

**SQUARE 703; LOT 5**

Original Lot 5 in Square 703, as shown on the Original plats and plans of the City of Washington, as per plat recorded in Liber Record of Squares 3 at folio 703 among the Records of the Office of the Surveyor of the District of Columbia.



**Lipman Frizzell & Mitchell** LLC

# EXHIBIT – P
## LEGAL DESCRIPTION

**SQUARE 703; LOT 8**

Original Lot numbered Eight (8) in Square numbered Seven Hundred Three (703).

SUBJECT TO terms of a party wall agreement dated April 13, 1938 and recorded April 22, 1938 in Liber 7219, at folio 115, among the Land Records of the District of Columbia.

**EXHIBIT P-1**
Defendant Parcel P



Square 702

Square 703

N  Street

South Capitol Street

Half Street

1st  Street

O  Street

Square 704

Square 705

South Capitol  Street

Half Street

1st  Street

P  Street

Square 706

Potomac Avenue

N

Lipman Frizzell & Mitchell LLC

# EXHIBIT – Q
## LEGAL DESCRIPTION

**SQUARE 703; LOT 53**

Original Lots 4, 18 and 19 in Square 703

ALSO

Lots 25 to 34, both inclusive, in the Alfred Richards Brick Company's subdivision of lots in Square 703, as per plat recorded in Liber No. 26 folio 181 of the Records of the Office of the Surveyor for the District of Columbia.

ALSO

Part of Original Lot 1 in Square 703, described as follows: BEGINNING for the same at the Southeast Corner of said Lot 1 and Square 703, and running thence North along the West line of 1st street, 21 feet 11 inches; thence West 80 feet; thence South 21 feet 11 inches; and thence East 80 feet to the place of beginning.

ALSO

Parts of Original Lots 1 and 20 in Square 703, described as follows: Beginning for the same at the Southwest corner of said Lot 1 and running thence North 109 feet 2 inches; thence East 48 feet; thence South 109 feet 2 inches to the North line of "O" Street; thence West along said North line of "O" Street, 48 feet to the place of beginning.

ALSO

"Alley Closed", as closed and shown on plat recorded in Liber No. 134, folio 92 of said surveyor's Office Records, described as follows: BEGINNING for the same at a point in the North line of "O" Street at the Southeast corner of said Lot 32 and running thence North along the East line of said lot, 80 feet; thence West along the North line of Lots 32, 33 and 34, 37.67 feet to the Northwest corner of said Lot 34; thence North 29.166 feet to the South line of said Lot 19; thence East along said South line of Lot 19, 47.67 feet to the Northwest corner of said Lot 25; thence South along the West line of said Lots 25 to 31, and a prolongation South thereof, 109.66 feet to said North line of "O" Street; thence West along said North line, 10 feet to the place of beginning.

ALSO

Lots 40 to 44, both inclusive, in Andrew J. Zilker's subdivision in Square 703, as per plat recorded in Liber No. 33, folio 2 of said Surveyor's Office Records.

At the date hereof all of the above mentioned property is known for assessment and taxation as Lot numbered Fifty-three (53) in Square numbered Seven Hundred Three (703).

Defendant Parcel Q

**EXHIBIT Q-1**



Lipman Frizzell & Mitchell LLC

# EXHIBIT – R
## LEGAL DESCRIPTION

**SQUARE 703; LOT 54**

Lot numbered 54 in Square numbered 703 in the Subdivision made by 1331 First Street, S.E. Associates Limited Partnership, as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 187 at Folio 9.



Lipman Frizzell & Mitchell LLC

# EXHIBIT – T
## LEGAL DESCRIPTION

**SQUARE 704; LOT 11**

Lot 11 in Square 704 in a subdivision made by Government Services, Incorporated as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 147 at folio 113.

Defendant Parcel T



N  Street

Square 702

Square 703

South Capitol Street

Half Street

1st Street

O  Street

Square 704

Square 705

Half Street

South Capitol Street

1st Street

Square 706

P  Street

Potomac Avenue



# EXHIBIT – U
## LEGAL DESCRIPTION

**SQUARE 705; LOT 15**

Lots numbered Two (2) through Fourteen (14) inclusive, and Lots numbered Eight Hundred (800) and Eight Hundred One (801) in Square numbered Seven Hundred Five (705).

At the date hereof the above described land is designated on the Records of the Assessor for the District of Columbia for the purposes of assessment and taxation purposes as Lot numbered Fifteen (15) in Square numbered Seven Hundred Five (705). (formerly known of record as Lot 802 in Square 705)

Defendant Parcel #

EXHIBIT 45-1



Lipman Frizzell & Mitchell LLC

# EXHIBIT – V
## LEGAL DESCRIPTION

**SQUARE 706; LOT 802**

All that certain lot or parcel of land, together with all improvements thereon located and being in the City of Washington, District of Columbia, and being more particularly described as follows:

The North 32.33 feet front on South Capitol Street by depth of one 100 feet of Lot numbered Two (2) in Square numbered Seven Hundred Six (706) as per plat recorded in said Lot in Record Book 3 at page 706 of the Office of the Surveyor for the District of Columbia.

At the date hereof the above property is known for purposes of assessment and taxation as Lot numbered Eight Hundred Two (802) in Square numbered Seven Hundred Six (706).

Defendant Parcel V





# EXHIBIT – W
## LEGAL DESCRIPTION

**SQUARE 706; LOTS 806, 807 and 808**

Original Lots numbered Three (3), Four (4) and Five (5) in Square numbered Seven Hundred and Six (706).  Also Lots numbered Six (6) to Nineteen (19), inclusive, in Edward Temple, Attorney, and others' subdivision of Original Lot numbered One (1) in Square numbered Seven Hundred and Six (706), as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 11 at folio 118, said land being taxed as Lots 806, 807 and 808 in Square 706.

EXHIBIT W-1



Lipman Frizzell & Mitchell LLC