UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHEAST LAND DEVELOPMENT )<br>ASSOCIATES, L.P., et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendants )<br>_____) | C.A. No. 05-1413 (RWR) |

## ORDER

Upon consideration of the Motion by Non-party Baseball Expos, L.P. to Quash or Modify Subpoena Requesting Discovery by October 25, 2005, any opposition thereto and for good cause having been shown, it is this _____ day of October, 2005 hereby

ORDERED, that the Motion be, and it hereby is, GRANTED and the subpoena issued by Southeast Land Development Associates, L.P., *et al.* to Washington Nationals/ Baseball Expos, L.P. is hereby QUASHED.

_____
United States District Judge

Copies to:

Paul R. Monsees, Esq.
FOLEY & LARDNER, LLP
Suite 500
3000 K Street, N.W.
Washington, D.C. 20007

Barry M. Hartman, Esq.
Kirkpatrick & Lockhart, Nicholson Graham
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036

WASH_1484029.1

Daniel A. Rezneck, Esq.
Assistant Attorney General
Office of the Attorney General
One Judiciary Square
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001