# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE DISTRICT OF COLUMBIA, et al.<br><br>Defendants. | Civil Action No. 05-1413 (RWR) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE, AND MEMORANDUM IN SUPPORT THEREOF, RESPONSE TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS MOTIONS TO DISMISS AND FOR STAY OF DISCOVERY

On October 26, 2005, the District of Columbia and Anthony A. Williams, without seeking leave of Court to do so, filed a Supplemental Memorandum in Support of Motion to Dismiss and For Stay of Discovery. In response, Plaintiffs' respectfully seek leave to file their own supplemental memorandum to rebut the arguments made in Defendants' Supplemental Memorandum.

Plaintiffs note that it would be entirely inequitable to permit Defendants to file a supplemental memorandum, without even seeking leave, and not permit Plaintiffs to counter Defendants' arguments. Accordingly, Plaintiffs seek leave to respond to Defendants' Supplemental Memorandum in Support of Defendants' Motion to Dismiss and For Stay of Discovery. A proposed order is filed herewith as is Plaintiffs' Supplemental Memorandum.

DC-764434 v1

- 2 -

Dated: October 28, 2005                    Respectfully submitted,

                                                         KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP

     *Christopher E. Dominguez*
Barry M. Hartman (D.C. Bar No. 291617)
Charles L. Eisen (D.C. Bar No. 003764)
Christopher E. Dominguez (D.C. Bar No. 460141)
1800 Massachusetts Avenue, N.W.
Washington, D.C.  20036
(202) 778-9000
(202) 778-9100 (fax)

*Counsel for Plaintiffs*

- 2 -