# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P., et al. ) ) ) ) Plaintiffs, ) ) vs. ) ) THE DISTRICT OF COLUMBIA, et al. ) ) Defendants. ) ) ) | Civil Action No. 05-1413 (RWR) |

## ORDER

Plaintiffs having moved for leave of Court to file a Supplemental Memorandum in Opposition to Defendants' Motions to Dismiss and For Stay of Discovery, and on the submissions of the parties and the entire record in this case, it is hereby ORDERED that

Plaintiffs' motion is GRANTED and the Clerk of the Court shall enter Plaintiffs' supplemental memorandum in the case docket.

Dated: _____

Richard W. Roberts
United States District Judge

Copies to:
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM, LLP
Barry M. Hartman
Charles L. Eisen
Christopher E. Dominguez
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036

Daniel Rezneck
Senior Assistant Attorney General
441 – 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001

DC-764467 v1