UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
SOUTHEAST LAND DEVELOPMENT     )
ASSOCIATES, L.P. et al.,       )
                               )
     Plaintiffs,               )
                               )
  v.                           )  Civil Action No. 05-1413 (RWR)
                               )
THE DISTRICT OF COLUMBIA       )
et al.,                        )
                               )
     Defendants.               )
_____ )
```

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion [Dkt. 7] to dismiss plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) be, and hereby is, GRANTED. Plaintiffs' complaint is dismissed.

This is a final, appealable order. See Fed. R. App. P. 4(a).

SIGNED this 31st day of October, 2005.

                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge