IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHEAST LAND DEVELOPMENT ASSOCIATES, L.P., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE DISTRICT OF COLUMBIA, et al.<br><br>Defendants. | Civil Action No. 05-1413 (RWR) |

## NOTICE OF APPEAL

Notice is herby given that Southeast Land Development Associates, L.P., Square 706, L.L.C., and Kenneth B. Wyban, Plaintiffs in the above captioned case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the court's October 31, 2005 order dismissing this action entered on November 1, 2005 (Dkt. No. 32).

Dated: November 2, 2005

Respectfully submitted,

KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP

_____
Barry M. Hartman (D.C. Bar No. 291617)
Charles L. Eisen (D.C. Bar No. 003764)
Christopher E. Dominguez (D.C. Bar No. 460141)
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 778-9000
(202) 778-9100 (fax)

*Counsel for Plaintiffs*

DC-767045 v1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was served by 1st class mail, postage prepaid, and by e-mail this 2nd day of November, 2005, to:

Daniel A. Rezneck
Senior Assistant Attorney General
For the District of Columbia
441 Fourth Street, N.W.
6th Floor South
Washington, D.C. 20001
Daniel.reznick@dc.gov

_____
Christopher E. Dominguez