# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-7158**  **September Term, 2005**

05cv01413

**Filed On:**

Southeast Land Development Associates, L.P. and Square 706, L.L.C.,
 Appellants

v.

District of Columbia, A Municipal Corporation and Anthony A. Williams, In his official capacity,
 Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAR 1 0 2006

**CLERK**

**BEFORE:** Randolph and Tatel, *Circuit Judges*, and Williams, *Senior Circuit Judge*

### ORDER

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *Cheri Carter*
Cheri Carter
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

BY: *Cheri Carter*, Deputy Clerk